# EXHIBIT 21

# INFRINGEMENT OF U.S. PATENT NO. 8,611,523

# INFRINGEMENT CHART FOR U.S. PATENT NO. 8,611,523

Defendant and Defendant's customers using the Accused Instrumentalities have directly infringed, and continue to infringe, at least claim 1 of U.S. Patent No. 8,611,523 ("the '523 patent").[1] This infringement has occurred, either literally or under the doctrine of equivalents, by the making, using, selling, and/or offering for sale in the United States, and/or importing into the United States without authority, the Accused Instrumentalities, such as the Eureka software and other instrumentalities.

Defendant has and continues to induce infringement of at least claim 1 of the '523 patent, literally or equivalently, by selling, offering to sell, or importing the Accused Instrumentalities to or for its customers with the knowledge of the '523 patent and its claims.[2] Defendants know that its customers will make, use, sell, offer to sell, and/or import into the United States the Accused Instrumentalities, and has acting with knowledge and specific intent to encourage and facilitate those infringing acts.

Defendant has and continues to contributorily infringe at least claim 1 of the '523 patent by offering to sell, selling, or importing the Accused Instrumentalities. The Accused Instrumentalities are components of a '523 patented machine, manufacture, combination, or composition constituting a material part of the '523 patented invention. Defendant knows that the Accused Instrumentalities are especially made or adapted for use in an infringement of the '523 patent, and the Accused Instrumentalities are not a staple article or commodity of commerce suitable for substantial noninfringing use.

| U.S. Patent No. 8,611,523 | Accused Instrumentalities |
|---|---|
| 1. A system for analyzing a telephonic communication between one or more customers and a contact center having one or more agents, the system comprising: | The Accused Instrumentalities include a system for analyzing a telephonic communication between one or more customers and a contact center having one or more agents. For example, Defendant's Eureka software analyzes telephonic communication between one or more customers and a contact center having one or more agents. *See, e.g.,* |

2

---

[1] The following citations are nonexhaustive. They are provided merely to illustrate certain aspects of the accused instrumentalities. Accordingly, the reference to specific features should not be construed as excluding other aspects of the Accused Instrumentalities also meeting the relevant limitations. Nor should the inclusion of certain claims be construed as excluding the infringement of other claims (e.g., dependent claims or other independent claims).

[2] Defendant has had actual knowledge of the '523 patent as late as December 27, 2018 through Plaintiffs' service of this Infringement Chart.

| U.S. Patent No. 8,611,523 | Accused Instrumentalities |
|---|---|
| | 

*CallMiner Eureka*, CALLMINER, https://callminer.com/products/platform/.

"The first step of the process in analyzing your customers' conversations is capturing the calls, emails, chats, or other interactions along with any associated metadata (agent ID/name, agent group, time and date, customer ID, etc), and ingesting or mining the data.

The CallMiner platform supports integrations with all the leading call recorders, premise based or hosted, and text based communication systems. It also provides a standard method (programmatic interface) for integration of any data source that is not currently natively supported.

Originally designed with large enterprise deployment in mind, CallMiner Eureka can support integrations with multiple sources or 'sites' of call recordings or other contacts in a single instance. These sources could be different systems, different physical locations (regional contact centers, outsourcers), and different recording or contact system vendors. . . . |

| U.S. Patent No. 8,611,523 | Accused Instrumentalities |
|---|---|
| | Rich contact metadata (agent, group, line of business, customer identifier, IVR path, etc.) provides you greater ability to analyze conversation data. Metadata is used to filter your searches and data visualizations, target categories and scores to certain conversation sets, compare and correlate various metrics, and identify root cause of various issues. CallMiner Eureka supports integration of all common metadata types associated with customer contacts, with unique support for each different type of contact (call, email, chat, social), and a large number of customizable fields to meet your specific business needs. Metadata ingested does not have to be limited to that which is captured at the time of the interaction or by the contact capture system – external data that can be associated with any interaction can be ingested through post processing. For example, CRM data such as whether a sale occurred and for what dollar value can be attached to the call record within CallMiner Eureka." <br><br> *Robust Data Capture*, CALLMINER, https://callminer.com/advantages/robus-data-capture/ <br><br> "CallMiner's multi-channel analytics approach quickly and easily incorporates both text and speech based forms of communication, while maintaining a consistent user experience and data analysis. This approach provides insights into what your customers want and helps optimize engagement at every step of the customer journey. You simply cannot afford to ignore the ever-evolving multichannel customer landscape. <br><br> Multi-Channel Text & Speech Analytics Benefits: <br> • Follow a customer's journey regardless of communication channel with CallMiner's unique contact linking feature. <br> • Easily navigate to previous or subsequent interactions from the same customer. <br> • Determine root cause of repeat contacts and poor first contact resolution, even across multiple channels. <br> • Capture information across a multitude of platforms. <br> • Develop a single view of the customer journey, allowing for historical contextual analysis." |

| U.S. Patent No. 8,611,523 | Accused Instrumentalities |
|---|---|
| | *Multichannel Text & Speech Analytics*, CALLMINER, https://callminer.com/advantages/multi-channel-text-speech-analytics/. |
| | "CallMiner Eureka is a SaaS-based, customer engagement and speech analytics platform that leverages AI and machine learning to capture, transcribe and reveal insight from 100% of your customer interactions. Automated scoring with sentiment analysis and sensitive data redaction creates awareness at scale with evidence to more effectively drive customer experience, contact center optimization, sale effectiveness and risk mitigation performance. |
| | *CallMiner Eureka*, CALLMINER, https://callminer.com/products/platform/. |
| | |

| U.S. Patent No. 8,611,523 | Accused Instrumentalities |
|---|---|
| |  |

*Eureka Analyze*, CALLMINER, https://callminer.com/products/analyze/.

6

| U.S. Patent No. 8,611,523 | Accused Instrumentalities |
|---|---|
| | "Eureka Coach is a cloud-based direct performance feedback solution that leverages automated linguistic/acoustic analysis and performance scoring to improve agent quality through individualized feedback and coaching."<br><br>*Eureka Coach*, CALLMINER, https://callminer.com/products/coach/.<br><br>"Today's customer engagement centers are capturing huge amounts of valuable data in their recorded customer interactions, but accessing and analyzing this data can be a challenge due to the sheer volume of contacts.<br><br>In the age of instant feedback and social media, it is more important than ever that organizations optimize every engagement with their customers and drive positive outcomes. With CallMiner Eureka interaction analytics, you can quickly discover the best path to those positive outcomes for both the organization and customers, whether it's a successful sale, a compliant interaction, or a satisfactory solution to a problem.<br><br>CallMiner Eureka potent and scalable contact analytics solution automates this overwhelming process by analyzing every interaction in a customer's journey across all communication channels, including calls, chats, emails, and social media, helping organizations improve contact center performance by unlocking key business intelligence."<br><br>*Intro to Eureka Analyze*, CALLMINER, at 1, https://learn.callminer.com/data-sheet/eureka-4pg-december-2015-new-2; *see also* http://callminer.com/wp-content/uploads/2016/07/Eureka_4pg-December-2015-new.pdf. |

| U.S. Patent No. 8,611,523 | Accused Instrumentalities |
|---|---|
| | "Voice characteristics are used to 'voiceprint' an agent. CallMiner Eureka can then clearly identify caller and agent speakers within its powerful analytics engine. As a result, automated agent scoring, caller and agent sentiment metrics, topic discovery based on what callers or agents are saying and more is enabled." *Speaker Separation Datasheet*, CALLMINER, https://learn.callminer.com/home/speaker-separation-datasheet. |
| a first server for recording a telephonic communication between a customer and an agent; | The Accused Instrumentalities include a first server for recording a telephonic communication between a customer and an agent. For example, Defendant's Eureka software runs on a server for recording telephonic communications between a customer and agent. *See, e.g.*, |

| U.S. Patent No. 8,611,523 | Accused Instrumentalities |
| --- | --- |

**Accused Instrumentalities**

Features—

- Operates on advanced speech analytics technology, delivering accurate and reliable results.
- Maintains PCI compliance and certification and reduces privacy risk.
- Does not depend on a change in payment processing, human intervention, or integration with CRM systems.

*Are Your Call Recordings CPI Compliant? Redact Sensitive Data with CallMiner Redactor,* CALLMINER.

"The Eureka engagement analytics platform transforms the Voice of Your Customers and Agents into operational intelligence at scale with automated performance and sentiment scoring, topic discovery and trend presentation."

| U.S. Patent No. 8,611,523 | Accused Instrumentalities |
|---|---|
| | "Voice characteristics are used to 'voiceprint' an agent. CallMiner Eureka can then clearly identify caller and agent speakers within its powerful analytics engine. As a result, automated agent scoring, caller and agent sentiment metrics, topic discovery based on what callers or agents are saying and more is enabled."<br><br>*Speaker Separation Datasheet*, CALLMINER, https://learn.callminer.com/home/speaker-separation-datasheet.<br><br><br><br>*CallMiner Eureka*, CALLMINER, https://callminer.com/products/platform/.<br><br>"Directly ingest call audio and metadata into Eureka with or without call recording. The Eureka Ingestion API enables you take full advantage of contextual business insights locked away in other business systems by asynchronously adding to or updating your call metadata — such as |

10

| U.S. Patent No. 8,611,523 | Accused Instrumentalities |
|---|---|
| | dispositions, survey feedback, post-call work, and more — into Eureka to enhance customer engagement analysis and intelligence." |

"Eureka generates valuable analytics data and intelligence about your customer interactions. The Eureka Data API enables you to share these important business insights across your organization through direct integration with your API-enabled internal business systems (ERP, CRM, data warehouse, BI tools, etc.) as well as third-party applications."

*CallMiner API*, CALLMINER, https://callminer.com/products/api/.

"Interceptor provides enterprises the ability to capture customer interactions in-network (also known as in-network recording, in the Telco network, or Telco cloud). Interceptor captures calls

| U.S. Patent No. 8,611,523 | Accused Instrumentalities |
|---|---|
| | before they are compressed so audio quality is exceptional, and customer and agent interactions are distinct. With Interceptor, a single unified platform gathers all interactions before they enter in the contact center eliminating all delays and providing real time access to rich sources of customer data. Most importantly, with Interceptor, enterprises own their customer interactions and may do whatever they please with them." |
| | Jeff Gallino, *Improving Performance: Using Interceptor and In-Network Analytics to Capture Customer Interactions as They Happen*, CALLMINER, at 5 (2011), https://www.callcentrehelper. com/images/callminer_webinar_white_paper_v2.pdf. |
| | "The first step of the process in analyzing your customers' conversations is capturing the calls, emails, chats, or other interactions along with any associated metadata (agent ID/name, agent group, time and date, customer ID, etc), and ingesting or mining the data. |
| | The CallMiner platform supports integrations with all the leading call recorders, premise based or hosted, and text based communication systems. It also provides a standard method (programmatic interface) for integration of any data source that is not currently natively supported. |
| | Originally designed with large enterprise deployment in mind, CallMiner Eureka can support integrations with multiple sources or 'sites' of call recordings or other contacts in a single instance. These sources could be different systems, different physical locations (regional contact centers, outsourcers), and different recording or contact system vendors. . . . |
| | Rich contact metadata (agent, group, line of business, customer identifier, IVR path, etc.) provides you greater ability to analyze conversation data. Metadata is used to filter your searches and data visualizations, target categories and scores to certain conversation sets, compare and correlate various metrics, and identify root cause of various issues. CallMiner Eureka supports integration of all common metadata types associated with customer contacts, with unique support for each different type of contact (call, email, chat, social), and a large number of customizable fields to meet your specific business needs. Metadata ingested does not have to be limited to that which is |

| U.S. Patent No. 8,611,523 | Accused Instrumentalities |
|---|---|
| | captured at the time of the interaction or by the contact capture system – external data that can be associated with any interaction can be ingested through post processing. For example, CRM data such as whether a sale occurred and for what dollar value can be attached to the call record within CallMiner Eureka." |
| | *Robust Data Capture*, CALLMINER, https://callminer.com/advantages/robus-data-capture/ |
| a module for processing said telephonic communication into a plurality of computer telephony interpretation events; and | The Accused Instrumentalities include a module for processing the telephonic communication into a plurality of computer telephony interpretation events. For example, Defendant's Eureka software processes telephonic communications into a plurality of computer telephony interpretation events. *See, e.g.,* |
| | "Automated call categorization is a fundamental component of voice of customer engagement analytics (speech & text). Categorization is the automatic tagging of contacts that contain certain language patterns, keywords, phrases, or other characteristics. Any given customer contact is likely to be tagged as belonging to several categories. Categories allow you to find, count, and trend contacts that contain these characteristics. |
| | Our automated call categorization has been tested and proven by Fortune 500 customers to be more accurate than manual call categorization, and can be used with confidence for decision-making and across 100% of your customer interactions. |
| | At CallMiner, we have identified a common taxonomy of category groups used in tagging calls and text communications. The common types of categories include: |
| | - **Behaviors** – how are agents or customer behaving? For example, are they expressing dissatisfaction, and is there an empathetic response to that dissatisfaction.<br>- **Reasons** – the reason for the contact, in voice often referred to as the call driver. For example, you may call your bank for a balance inquiry, and as a follow up you may conduct a transfer – each of these would be reasons for the call. |

| U.S. Patent No. 8,611,523 | Accused Instrumentalities |
|---|---|
| | • **Procedures** – are agents complying with procedures? Commonly used in collections to ensure agents are staying compliant with FDCPA (or FSA) regulations. <br> • **Outcomes** – measuring the response to specific actions. For example, how did a customer respond to an upsell offer? <br> • **Products** – are certain products mentioned? <br> • **Competitors** – are certain competitors mentioned? . . . . <br><br> CallMiner Eureka's call category groups and definitions can be configured and organized to suit your specific business needs. CallMiner Eureka ships out of the box with Instant Insights – 13 behavioral categories including dissatisfaction, empathy, repeat contact language, transfer language, politeness, just to name a few – intended to provide instant insight into your customer conversations on day one of implementation. With over 10 years of experience in speech analytics CallMiner has developed libraries for language patterns for different contact center functions and different industries. <br><br> CallMiner Eureka provides you with all the tools necessary to edit existing call categories or create new categories, easily adapting to your changing needs and expanding focus. Creating a category is as easy and familiar as creating a web search – spend less time learning the tool, more time analyzing your conversations." <br><br> *Automated Categorization*, CALLMINER, https://callminer.com/advantages/automated-categorization/. |

# Accused Instrumentalities



## U.S. Patent No. 8,611,523

| U.S. Patent No. 8,611,523 | Accused Instrumentalities |
|---|---|
| | *Eureka Analyze*, CALLMINER, https://callminer.com/products/analyze/. |
| | |
| | **Snippet Transcript and Playback** |
| | Full text transcription of the audio snippets that trigger alerts and instant playback allow for quick and easily problem identification and triage. |
| | *CallMiner Eureka Live: Real-Time Feedback and Guidance for Supervisors and Agents*, CALLMINER, at 2, http://callminer.com/wp-content/uploads/2016/07/EurekaLive-Data-Sheet-Sept-2015.pdf. |
| | |

| U.S. Patent No. 8,611,523 | Accused Instrumentalities |
|---|---|
| | *Intro to Eureka Analyze*, CALLMINER, at 1-4, https://learn.callminer.com/data-sheet/eureka-4pg-december-2015-new-2; *see also* http://callminer.com/wp-content/uploads/2016/07/Eureka_4pg-December-2015-new.pdf. |

*Understanding & Responding to TCPA Changes*, CALLMINER, at 23 (Sept. 24, 2013), https://sparkroom.com/wp-content/uploads/2013/10/Understanding-and-Responding-to-TCPA-Changes-Webinar-092413.pdf.

"Real-time monitoring technology scans the live stream of audio transcriptions to rapidly identify events such as keywords, phrases or acoustic measures which you have defined as important. Algorithms can be configured to automatically trigger notifications that you can API-configure to

| U.S. Patent No. 8,611,523 | Accused Instrumentalities |
|---|---|
| | alert your agents to the next-best-action and inform your supervisors about when and how they need to intervene on a call to optimize customer." |
| | *Eureka Alert*, CALLMINER, https://callminer.com/products/alert/. |
| | "[Eureka's] Sentiment Analysis combines both the acoustic characteristics of a speaker's voice and the context of the conversation into a single score. This call score can be used to measure relative sentiment or emotion across various cross sections of calls, agent groups, and time frames. |
| | During Sentiment Analysis CallMiner measures: |
| | • The amount of physical stress in the voice<br>• The changes in stress<br>• The rate of speech |
| | CallMiner Eureka seamlessly meshes these acoustic measures with the overall context of the conversation to determine true meaning behind the spoken words – for example, when 'amazon' means the rainforest and when it means the retailer." |
| | *Sentiment Analysis*, CALLMINER, https://callminer.com/advantages/sentiment-analysis/. |

| U.S. Patent No. 8,611,523 | Accused Instrumentalities |
|---|---|
| | **Customer Service** **Sales** |
| | **Categories** — Agent Ownership, Compliments, Dissatisfaction, Empathy, Hold Language, Politeness, Transfer Language, Escalation **Scorecards** — Agent Quality, Percent Silence, Handle Time, Emotion **Categories** — Sales Ownership, Assumptive Close, Upsell / Cross Sell, Touting Benefits, Objection Handling, Escalation **Scorecards** — Sales Effectiveness, Percent Silence, Handle Time |
| | **Collections** **Chat** |
| | **Categories** — Right Party Contact, Mini-Miranda, FDCPA Violations, Legal Action Mentions, Risk & Abusive Language, Escalation **Scorecards** — Compliance Risk, Hot Calls, Handle Time **Categories** — Churn Language, Compliments, Dissatisfaction, Empathy, Escalation, Ownership, Repeat Contact, Transfer Language |
| a module for analyzing said plurality of computer telephony interpretation events and classifying said plurality of computer telephony interpretation events into a first type and a second, different type. | *Solution Packs Datasheet*, CALLMINER, https://learn.callminer.com/data-sheet/solution-packs. The Accused Instrumentalities include a module for analyzing said plurality of computer telephony interpretation events and classifying said plurality of computer telephony interpretation events into a first type and a second, different type. For example, Defendant's Eureka software is a module for analyzing said plurality of computer telephony interpretation events and classifying said plurality of computer telephony interpretation events into a first type and a second, different type. *See, e.g.,* "Automated call categorization is a fundamental component of voice of customer engagement analytics (speech & text). Categorization is the automatic tagging of contacts that contain certain language patterns, keywords, phrases, or other characteristics. Any given customer contact is likely |

| U.S. Patent No. 8,611,523 | Accused Instrumentalities |
|---|---|
| | to be tagged as belonging to several categories. Categories allow you to find, count, and trend contacts that contain these characteristics.

Our automated call categorization has been tested and proven by Fortune 500 customers to be more accurate than manual call categorization, and can be used with confidence for decision-making and across 100% of your customer interactions.

At CallMiner, we have identified a common taxonomy of category groups used in tagging calls and text communications. The common types of categories include:

- **Behaviors** – how are agents or customer behaving? For example, are they expressing dissatisfaction, and is there an empathetic response to that dissatisfaction.
- **Reasons** – the reason for the contact, in voice often referred to as the call driver. For example, you may call your bank for a balance inquiry, and as a follow up you may conduct a transfer – each of these would be reasons for the call.
- **Procedures** – are agents complying with procedures? Commonly used in collections to ensure agents are staying compliant with FDCPA (or FSA) regulations.
- **Outcomes** – measuring the response to specific actions. For example, how did a customer respond to an upsell offer?
- **Products** – are certain products mentioned?
- **Competitors** – are certain competitors mentioned? . . . .

CallMiner Eureka's call category groups and definitions can be configured and organized to suit your specific business needs. CallMiner Eureka ships out of the box with Instant Insights – 13 behavioral categories including dissatisfaction, empathy, repeat contact language, transfer language, politeness, just to name a few – intended to provide instant insight into your customer conversations on day one of implementation. With over 10 years of experience in speech analytics CallMiner has developed libraries for language patterns for different contact center functions and different industries. |

| U.S. Patent No. 8,611,523 | Accused Instrumentalities |
|---|---|
| | CallMiner Eureka provides you with all the tools necessary to edit existing call categories or create new categories, easily adapting to your changing needs and expanding focus. Creating a category is as easy and familiar as creating a web search – spend less time learning the tool, more time analyzing your conversations." |
| | *Automated Categorization*, CALLMINER, https://callminer.com/advantages/automated-categorization/. |
| | |
| | *CallMiner Eureka Live: Real-Time Feedback and Guidance for Supervisors and Agents*, CALLMINER, at 2, http://callminer.com/wp-content/uploads/2016/07/EurekaLive-Data-Sheet-Sept-2015.pdf. |

| U.S. Patent No. 8,611,523 | Accused Instrumentalities |
|---|---|
| |  *Intro to Eureka Analyze*, CALLMINER, at 4, https://learn.callminer.com/data-sheet/eureka-4pg-december-2015-new-2; *see also* http://callminer.com/wp-content/uploads/2016/07/Eureka_4pg-December-2015-new.pdf. |

| U.S. Patent No. 8,611,523 | Accused Instrumentalities |
|---|---|
| | *Understanding & Responding to TCPA Changes*, CALLMINER, at 23 (Sept. 24, 2013), https://sparkroom.com/wp-content/uploads/2013/10/Understanding-and-Responding-to-TCPA-Changes-Webinar-092413.pdf. |

# EXHIBIT 22

# INFRINGEMENT OF U.S. PATENT NO. 8,694,307

Defendant and Defendant's customers using the Accused Instrumentalities have directly infringed, and continue to infringe, at least claim 1 of U.S. Patent No. 8,694,307 ("the '307 patent").[1] This infringement has occurred, either literally or under the doctrine of equivalents, by the making, using, selling, and/or offering for sale in the United States, and/or importing into the United States without authority, the Accused Instrumentalities, such as the Eureka software and other instrumentalities.

Defendant has and continues to induce infringement of at least claim 1 of the '307 patent, literally or equivalently, by selling, offering to sell, or importing the Accused Instrumentalities to or for its customers with the knowledge of the '307 patent and its claims.[2] Defendants know that its customers will make, use, sell, offer to sell, and/or import into the United States the Accused Instrumentalities, and has acting with knowledge and specific intent to encourage and facilitate those infringing acts.

Defendant has and continues to contributorily infringe at least claim 1 of the '307 patent by offering to sell, selling, or importing the Accused Instrumentalities. The Accused Instrumentalities are components of a '307 patented machine, manufacture, combination, or composition constituting a material part of the '307 patented invention. Defendant knows that the Accused Instrumentalities are especially made or adapted for use in an infringement of the '307 patent, and the Accused Instrumentalities are not a staple article or commodity of commerce suitable for substantial noninfringing use.

| U.S. Patent No. 8,694,307 | Accused Instrumentalities |
|---|---|
| 1. A method for speech analysis, comprising | The Accused Instrumentalities are a method for speech analysis. For example, Defendant's Eureka software is a method for speech analysis. *See, e.g.,*<br><br>"CallMiner Eureka is a SaaS-based, customer engagement and ***speech analytics platform*** that leverages AI and machine learning to capture, transcribe and reveal insight from 100% of your customer interactions. Automated scoring with sentiment analysis and sensitive data redaction creates awareness at scale with evidence to more effectively drive customer experience, contact center optimization, sale effectiveness and risk mitigation performance." |

2

---

[1] The following citations are nonexhaustive. They are provided merely to illustrate certain aspects of the accused instrumentalities. Accordingly, the reference to specific features should not be construed as excluding other aspects of the Accused Instrumentalities also meeting the relevant limitations. Nor should the inclusion of certain claims be construed as excluding the infringement of other claims (e.g., dependent claims or other independent claims).
[2] Defendant has had actual knowledge of the '307 patent as late as December 27, 2018 through Plaintiffs' service of this Infringement Chart.

| U.S. Patent No. 8,694,307 | Accused Instrumentalities |
|---|---|
| | *CallMiner Eureka*, CALLMINER, https://callminer.com/products/platform/ (emphasis added); *see also, e.g., id.* (representing that Eureka has earned the "most customer awards for best use of speech analytics"). |
| | "CallMiner Eureka *speech analytics* allows you to optimize customer engagement by analyzing every interaction your agents have with your customers, regardless of channel (phone, email, chat, social media, or surveys)." |
| | *Multi-channel Analytics*, CALLMINER, https://callminer.com/advantages/multi-channel-text-speech-analytics/ (emphasis added). |
| | "Customer Engagement Analytics delivers dialog and sentiment visibility, agent performance management and PCI-supported sensitive data redaction to enable secure sharing throughout the organization. Improve CX, enhance contact center performance and mitigate risk with data driven confidence." |
| | *Eureka Platform Intro*, CALLMINER, at 1, available at https://learn.callminer.com/data-sheet/intro-to-the-eureka-platform. |

| U.S. Patent No. 8,694,307 | Accused Instrumentalities |
|---|---|
| | <br><br>*CallMiner Eureka*, CALLMINER, https://callminer.com/products/platform/.<br><br>"CallMiner Eureka['s] potent and scalable contact analytics solution automates this overwhelming process by analyzing every interaction in a customer's journey across all communication channels, including calls, chats, emails, and social media, helping organizations improve contact center performance by unlocking key business intelligence."<br><br>*Intro to Eureka Analyze*, CALLMINER, at 1, https://learn.callminer.com/data-sheet/eureka-4pg-december-2015-new-2; *see also* http://callminer.com/wp-content/uploads/2016/07/Eureka_4pg-December-2015-new.pdf. |
| receiving at a computerized apparatus comprising a processor and memory, a signal | The Accused Instrumentalities receive, at a computerized apparatus comprising a processor and memory, a signal of a verbal interaction between speakers. For example, Defendant's Eureka |

4

| U.S. Patent No. 8,694,307 | Accused Instrumentalities |
|---|---|
| of a verbal interaction between speakers; | software receives, at a computerized apparatus comprising a processor and memory, a signal of a verbal interaction between speakers. *See, e.g.*, |
| | |
| | *CallMiner Eureka*, CALLMINER, https://callminer.com/products/platform/. |
| | "The first step of the process in analyzing your customers' conversations is capturing the calls, emails, chats, or other interactions along with any associated metadata (agent ID/name, agent group, time and date, customer ID, etc), and ingesting or mining the data. |
| | The CallMiner platform supports integrations with all the leading call recorders, premise based or hosted, and text based communication systems. It also provides a standard method (programmatic interface) for integration of any data source that is not currently natively supported. |

| U.S. Patent No. 8,694,307 | Accused Instrumentalities |
|---|---|
| | Originally designed with large enterprise deployment in mind, CallMiner Eureka can support integrations with multiple sources or 'sites' of call recordings or other contacts in a single instance. These sources could be different systems, different physical locations (regional contact centers, outsourcers), and different recording or contact system vendors." |
| | *Robust Data Capture*, CALLMINER, https://callminer.com/advantages/robus-data-capture/. |
| | "CallMiner Eureka speech analytics allows you to optimize customer engagement by analyzing every interaction your agents have with your customers, regardless of channel (phone, email, chat, social media, or surveys). |
| | While ***phone conversations still represent the large majority of contact center interactions***, multichannel interactions are rapidly increasing." |
| | *Multi-channel Analytics*, CALLMINER, https://callminer.com/advantages/multi-channel-text-speech-analytics/ (emphasis added). |
| | "The Eureka engagement analytics platform transforms the Voice of Your Customers and Agents into operational intelligence at scale with automated performance and sentiment scoring, topic discovery and trend presentation." |
| | *CallMiner Eureka*, CALLMINER, https://callminer.com/products/platform/. |
| | "CallMiner Eureka['s] potent and scalable contact analytics solution automates this overwhelming process by analyzing every interaction in a customer's journey across all communication channels, ***including calls***, chats, emails, and social media, helping organizations improve contact center performance by unlocking key business intelligence." |

| U.S. Patent No. 8,694,307 | Accused Instrumentalities |
|---|---|
| | *Intro to Eureka Analyze*, CALLMINER, at 1, https://learn.callminer.com/data-sheet/eureka-4pg-december-2015-new-2 (emphasis added); *see also* http://callminer.com/wp-content/uploads/2016/07/Eureka_4pg-December-2015-new.pdf. |
| | "Interceptor provides enterprises the ability to capture customer interactions in-network (also known as in-network recording, in the Telco network, or Telco cloud). Interceptor captures calls before they are compressed so audio quality is exceptional, and customer and agent interactions are distinct. With Interceptor, a single unified platform gathers all interactions before they enter in the contact center eliminating all delays and providing real time access to rich sources of customer data. Most importantly, with Interceptor, enterprises own their customer interactions and may do whatever they please with them." |
| | Jeff Gallino, *Improving Performance: Using Interceptor and In-Network Analytics to Capture Customer Interactions as They Happen*, CALLMINER, at 5 (2011), https://www.callcentrehelper.com/images/callminer_webinar_white_paper_v2.pdf. |
| analyzing by the computerized apparatus temporal characteristics of speech of the speakers of the verbal interaction to detect behavioral aspects including: emotional behavior of the speakers, dialog behavior of the speakers and a measure of accent disparity between the accents of the speakers to each other or to a native accent of the verbal interaction language; and | The Accused Instrumentalities analyze, via the computerized apparatus, temporal characteristics of speech of the speakers of the verbal interaction to detect behavioral aspects including: emotional behavior of the speakers, dialog behavior of the speakers and a measure of accent disparity between the accents of the speakers to each other or to a native accent of the verbal interaction language. For example, Defendant's Eureka software analyzes temporal characteristics to detect behavioral aspects including emotional, dialog, and accent behavior. *See, e.g.*, |
| | "CallMiner Eureka's Score Builder allows quality departments to interactively create, modify and target scores to any set of contacts and for any set of competencies based on language spoken/written, acoustics such as silence or hold time, or quality metrics such as compliance, emotion, empathy, politeness, customer satisfaction and agent ownership." |
| | *Fully Automated Quality Solution*, CALLMINER (OCT. 12, 2011), https://callminer.com/company/news/callminer-launches-eureka-8-with-a-fully-automated-quality-solution/. |

| U.S. Patent No. 8,694,307 | Accused Instrumentalities |
|---|---|
| |
*How HomeServe USA Improved CX with Speech Analytics*, CALLMINER, slides available at https://learn.callminer.com/webinars/2016-09-homeserve-improved-agent-performance-cx-results. |

| U.S. Patent No. 8,694,307 | Accused Instrumentalities |
|---|---|
| | *Understanding & Responding to TCPA Changes*, CALLMINER, at 23 (Sept. 24, 2013), https://sparkroom.com/wp-content/uploads/2013/10/Understanding-and-Responding-to-TCPA-Changes-Webinar-092413.pdf. |
| | "Categorization is the automatic tagging of contacts that contain certain language patterns, keywords, phrases, or other characteristics. . . . At CallMiner, we have identified a common taxonomy of category groups used in tagging calls and text communications. The common types of categories include: Behaviors, how are agents or customer behaving? For example, are they expressing dissatisfaction, and is there an empathetic response to that dissatisfaction. . . . CallMiner Eureka language patterning is capable of measuring language in specific locations of conversation, order of occurrence of language, positive or negative rules, and standard Boolean logic." |
| | *Automated Categorization*, CALLMINER, https://callminer.com/advantages/automated-categorization/. |
| | "[Eureka's] Sentiment Analysis combines both the acoustic characteristics of a speaker's voice and the context of the conversation into a single score. This call score can be used to measure relative sentiment or emotion across various cross sections of calls, agent groups, and time frames. |
| | During Sentiment Analysis CallMiner measures: |
| |    • The amount of physical stress in the voice<br>   • The changes in stress<br>   • The rate of speech |
| | CallMiner Eureka seamlessly meshes these acoustic measures with the overall context of the conversation to determine true meaning behind the spoken words – for example, when 'amazon' means the rainforest and when it means the retailer." |
| | *Sentiment Analysis*, CALLMINER, https://callminer.com/advantages/sentiment-analysis/. |

| U.S. Patent No. 8,694,307 | Accused Instrumentalities |
|---|---|
| | "CallMiner uses specific language models that are *tuned according to different dialects and accents*. . . . [It's] advanced analytics systems offer sophisticated categorization capabilities which can identify more complex language patterns and are significantly more powerful than simple word or phrase spotting." |
| | *The Inner Circle Guide to Customer Contact Analytics*, CALLMINER, at 41, https://callminer.com/wp-content/whitepapers/ICGCCA-CallMiner-US.pdf (emphasis added). |
| | "[T]he most unexpected benefit of CallMiner was the ability to analyze how account managers were delivering their 'mini Miranda' intro including using specific words, the order of delivery, and *even the impact of accents*. CallMiner makes it reasonable to review the performance of all agents within these intros." |
| | Steve Chirokas, *Speech Industry Implementation*, SPEECHTECHMAG.COM (Aug. 1, 2016), http://www.speechtechmag.com/Articles/Editorial/Cover-Story/The-2016-Speech-Industry-Implementation-Awards-Encore-Capital-Group-112701.aspx. |
| | "Advancements in speech recognition technology not only deliver faster speeds, these new recognition engines are more accurate than ever before, and handle dialects and accents with greater precision. CallMiner Interaction Analytics uses a new recognition engine that delivers up to 80-90% word accuracy and supports over 20 languages and dialects. It also eliminates out-of-vocabulary concerns with an expanded dictionary and accommodates additional words and phrases." |
| | *The Inner Circle Guide to Customer Interaction Analytics*, CALLMINER, at 19, http://callminer.com/wp-content/uploads/The-Inner-Circle-Guide-to-Customer-Interaction-Analytics.pdf. |

| U.S. Patent No. 8,694,307 | Accused Instrumentalities |
|---|---|
| deducing quantitative scores for the behavioral aspects of the speakers for a plurality of time intervals; | The Accused Instrumentalities deduce quantitative scores for the behavioral aspects of the speakers for a plurality of time intervals. For example, Defendant's Eureka software deduces quantitative scores for the behavioral aspects of the speakers for a plurality of time intervals. *See, e.g.,*

"CallMiner Eureka's Score Builder allows quality departments to interactively create, modify and target scores to any set of contacts and for any set of competencies based on language spoken/written, acoustics such as silence or hold time, or quality metrics such as compliance, emotion, empathy, politeness, customer satisfaction and agent ownership."

*Fully Automated Quality Solution*, CALLMINER (OCT. 12, 2011), https://callminer.com/company/news/callminer-launches-eureka-8-with-a-fully-automated-quality-solution/.

|

| U.S. Patent No. 8,694,307 | Accused Instrumentalities |
|---|---|
| | "CallMiner's automated call scoring allows you to aggregate any number of interaction metrics, including category hits or weights, acoustic measures, and measures ingested as metadata, into a performance index that can be assessed against every contact. . . . |
| | CallMiner's Score Builder allows you to build individualized call scores in an intuitive and easy-to-use interface. Score Builder offers a wide variety of configuration options. These personalized call scores can be used to assess any contact, or targeted to specific contacts defined through filtering (using metadata, attributes, acoustics, or categories). |
| | *For example:* a score can be used to assess contacts handled by certain agent groups, of a certain length, and/or that contain escalation language. |
| | Configuration of weights for each component of a score within Score Builder gives you the control to fine-tune your score and to match existing manual performance measures or quality programs . . . |
| | Call scores can help track performance trends over time and compare relative performance across different groups of contacts (such as agent groups or teams). |
| | You have the ability to define thresholds, acceptable and unacceptable ranges for call scores, with the ability to label and color code each range. Labeling and coloring target ranges simplifies the analysis of scores in heat maps, scorecards, or within the myEureka performance portals. Sometimes a grade, descriptive label, or color is more telling than the underlying number value." |
| | *Automated Scoring,* CALLMINER, https://callminer.com/advantages/automated-scoring/. |
| | "[Eureka's] Sentiment Analysis combines both the acoustic characteristics of a speaker's voice and the context of the conversation into a single score. This call score can be used to measure relative sentiment or emotion across various cross sections of calls, agent groups, and time frames. |

| U.S. Patent No. 8,694,307 | Accused Instrumentalities |
|---|---|
| | During Sentiment Analysis CallMiner measures: |
| | - The amount of physical stress in the voice |
| | - The changes in stress |
| | - The rate of speech |
| | CallMiner Eureka seamlessly meshes these acoustic measures with the overall context of the conversation to determine true meaning behind the spoken words – for example, when 'amazon' means the rainforest and when it means the retailer." |
| | *Sentiment Analysis*, CALLMINER, https://callminer.com/advantages/sentiment-analysis/. |
| | Duration: 5m46s<br><br>% Silence: 40%<br><br>Agitation: 3459<br><br>Tempo: 105wpm |
| | *Understanding & Responding to TCPA Changes*, CALLMINER, at 23 (Sept. 24, 2013), https://sparkroom.com/wp-content/uploads/2013/10/Understanding-and-Responding-to-TCPA-Changes-Webinar-092413.pdf. |
| | "CallMiner's Score Builder allows you to build individualized call scores in an intuitive and easy-to-use interface. Score Builder offers a wide variety of configuration options. These personalized call scores can be used to assess any contact, or targeted to specific contacts defined through filtering (using metadata, attributes, acoustics, or categories). |

| U.S. Patent No. 8,694,307 | Accused Instrumentalities |
|---|---|
| | For example: a score can be used to assess contacts handled by certain agent groups, of a certain length, and/or that contain escalation language. |
| | Configuration of weights for each component of a score within Score Builder gives you the control to fine-tune your score and to match existing manual performance measures or quality programs." |
| | *Automated Scoring*, CALLMINER, https://callminer.com/advantages/automated-scoring/. |
| | |

| U.S. Patent No. 8,694,307 | Accused Instrumentalities |
| --- | --- |
| |  |

*Eureka Analyze*, CALLMINER, https://callminer.com/products/analyze/.

| U.S. Patent No. 8,694,307 | Accused Instrumentalities |
|---|---|
| | <br><br>*Intro to Eureka Analyze*, CALLMINER, at 4, https://learn.callminer.com/data-sheet/eureka-4pg-december-2015-new-2; *see also* http://callminer.com/wp-content/uploads/2016/07/Eureka_4pg-December-2015-new.pdf. |

16

| U.S. Patent No. 8,694,307 | Accused Instrumentalities |
|---|---|
| | <br><br>*Improving Agent + CSR Performance with Automated Quality Management*, CALLMINER, https://www.youtube.com/watch?v=UBQhS0t_c-w. |
| determining a classification for the verbal interaction based on the quantitative scores. | The Accused Instrumentalities determine a classification for the verbal interaction based on the quantitative scores. For example, Defendant's Eureka software determines a classification for the verbal interaction based on the quantitative scores. *See, e.g.,*<br><br>"You have the ability to define thresholds, acceptable and unacceptable ranges for call scores, with the ability to label and color code each range. Labeling and coloring target ranges simplifies the analysis of scores in heat maps, scorecards, or within the myEureka performance portals. Sometimes a grade, descriptive label, or color is more telling than the underlying number value."<br><br>*Automated Scoring*, CALLMINER, https://callminer.com/advantages/automated-scoring/. |

17

| U.S. Patent No. 8,694,307 | Accused Instrumentalities |
|---|---|
| | 

*Eureka Live*, CALLMINER, https://callminer.com/products/eurekalive/ (Wayback Machine, June 2, 2017). |

18

| U.S. Patent No. 8,694,307 | Accused Instrumentalities |
|---|---|
| | *CallMiner Eureka Live: Real-Time Feedback and Guidance for Supervisors and Agents*, CALLMINER, at 2, http://callminer.com/wp-content/uploads/2016/07/EurekaLive-Data-Sheet-Sept-2015.pdf. |
| | "Automated call categorization is a fundamental component of voice of customer engagement analytics (speech & text). Categorization is the automatic tagging of contacts that contain certain language patterns, keywords, phrases, or other characteristics. Any given customer contact is likely to be tagged as belonging to several categories. Categories allow you to find, count, and trend contacts that contain these characteristics. . . . |
| | At CallMiner, we have identified a common taxonomy of category groups used in tagging calls and text communications. The common types of categories include: Behaviors – how are agents or customer behaving? For example, are they expressing dissatisfaction, and is there an empathetic response to that dissatisfaction." |
| | *Automated Categorization*, CALLMINER, https://callminer.com/advantages/automated-categorization/. |

# Accused Instrumentalities



*Eureka Analyze*, CALLMINER, https://callminer.com/products/analyze/.

| U.S. Patent No. 8,694,307 | Accused Instrumentalities |
|---|---|
| | "Real-time monitoring technology scans the live stream of audio transcriptions to rapidly identify events such as keywords, phrases or acoustic measures which you have defined as important. Algorithms can be configured to automatically trigger notifications that you can API-configure to alert your agents to the next-best-action and inform your supervisors about when and how they need to intervene on a call to optimize customer."<br><br>*Eureka Alert*, CALLMINER, https://callminer.com/products/alert/.<br><br><br><br>*Solution Packs Datasheet*, CALLMINER, https://learn.callminer.com/data-sheet/solution-packs. |

# EXHIBIT 23

# INFRINGEMENT OF U.S. PATENT NO. 10,021,248

INFRINGEMENT CHART FOR U.S. PATENT NO. 10,021,248

Defendant and Defendant's customers using the Accused Instrumentalities have directly infringed, and continue to infringe, at least claim 1 of U.S. Patent No. 10,021,248 ("the '248 patent").[1]  This infringement has occurred, either literally or under the doctrine of equivalents, by the making, using, selling, and/or offering for sale in the United States, and/or importing into the United States without authority, the Accused Instrumentalities, such as the Eureka software and other instrumentalities.

Defendant has and continues to induce infringement of at least claim 1 of the '248 patent, literally or equivalently, by selling, offering to sell, or importing the Accused Instrumentalities to or for its customers with the knowledge of the '248 patent and its claims.[2]  Defendants know that its customers will make, use, sell, offer to sell, and/or import into the United States the Accused Instrumentalities, and has acting with knowledge and specific intent to encourage and facilitate those infringing acts.

Defendant has and continues to contributorily infringe at least claim 1 of the '248 patent by offering to sell, selling, or importing the Accused Instrumentalities.  The Accused Instrumentalities are components of a '248 patented machine, manufacture, combination, or composition constituting a material part of the '248 patented invention.  Defendant knows that the Accused Instrumentalities are especially made or adapted for use in an infringement of the '248 patent, and the Accused Instrumentalities are not a staple article or commodity of commerce suitable for substantial noninfringing use.

| U.S. Patent No. 10,021,248 | Accused Instrumentalities |
|---|---|
| 1. A non-transitory, computer readable medium having an executable computer readable program code embedded therein, the executable computer readable program code for implementing a method of analyzing caller interaction events, which method comprises: | The Accused Instrumentalities are a non-transitory, computer readable medium having an executable computer readable program code embedded therein, the executable computer readable program code for implementing a method of analyzing caller interaction events.  For example, Defendant's Eureka software is a non-transitory, computer readable medium having an executable computer readable program code embedded therein, the executable computer readable program code for implementing a method of analyzing caller interaction events. *See, e.g.,*

"With CallMiner, analytics functionality is the same whether the software is deployed in our cloud or on premise. If analytics is provided as a hosted service then the customer requires only minimal internal IT support to enable integration of the audio. If analytics is deployed on premise then the |

[1] The following citations are nonexhaustive.  They are provided merely to illustrate certain aspects of the accused instrumentalities.  Accordingly, the reference to specific features should not be construed as excluding other aspects of the Accused Instrumentalities also meeting the relevant limitations.  Nor should the inclusion of certain claims be construed as excluding the infringement of other claims (e.g., dependent claims or other independent claims).

[2] Defendant has had actual knowledge of the '248 patent as late as December 27, 2018 through Plaintiffs' service of this Infringement Chart.

| U.S. Patent No. 10,021,248 | Accused Instrumentalities |
|---|---|
| | hardware resides in the customer's data center and requires the typical infrastructure support required by any on premise application. . . ." |
| | Additional hardware in form of servers will be required for audio processing and analysis, the number of which is dependent on the volume of calls and the speed which customers require the analysis to be completed by - a stack of servers might be required for multi-thousand agents and real-time monitoring, whereas a smaller and less process-heavy environment might only require a single server." |
| | *The Inner Circle Guide to Customer Contact Analytics*, CALLMINER, at 46, https://callminer.com/wp-content/whitepapers/ICGCCA-CallMiner-US.pdf. |
| | "CallMiner Eureka is a SaaS-based, customer engagement and speech analytics platform that leverages AI and machine learning to capture, transcribe and reveal insight from 100% of your customer interactions. Automated scoring with sentiment analysis and sensitive data redaction creates awareness at scale with evidence to more effectively drive customer experience, contact center optimization, sale effectiveness and risk mitigation performance." |
| | *CallMiner Eureka*, CALLMINER, https://callminer.com/products/platform/. |
| | "Eureka Analyze is a cloud-based customer engagement analytics solution that leverages AI and machine learning to deliver intelligence-at-scale from the voice of your customers and to foster a culture of data driven optimization and compliance." |

| U.S. Patent No. 10,021,248 | Accused Instrumentalities |
|---|---|
| |  |

4

| U.S. Patent No. 10,021,248 | Accused Instrumentalities |
|---|---|
| |

*Eureka Analyze*, CALLMINER, https://callminer.com/products/analyze/.

"Real-time monitoring technology scans the live stream of audio transcriptions to rapidly identify events such as keywords, phrases or acoustic measures which you have defined as important. Algorithms can be configured to automatically trigger notifications that you can API-configure to alert your agents to the next-best-action and inform your supervisors about when and how they need to intervene on a call to optimize customer."

*Eureka Alert*, CALLMINER, https://callminer.com/products/alert/. |
| receiving a caller interaction event between an agent and a caller; | The Accused Instrumentalities receive a caller interaction event between an agent and a caller. For example, Defendant's Eureka software receives a caller interaction event between an agent and a caller. *See, e.g.,* |

| U.S. Patent No. 10,021,248 | Accused Instrumentalities |
|---|---|
| | <br><br>*CallMiner Eureka*, CALLMINER, https://callminer.com/products/platform/.<br><br>"The first step of the process in analyzing your customers' conversations is capturing the calls, emails, chats, or other interactions along with any associated metadata (agent ID/name, agent group, time and date, customer ID, etc), and ingesting or mining the data.<br><br>The CallMiner platform supports integrations with all the leading call recorders, premise based or hosted, and text based communication systems. It also provides a standard method (programmatic interface) for integration of any data source that is not currently natively supported.<br><br>Originally designed with large enterprise deployment in mind, CallMiner Eureka can support integrations with multiple sources or 'sites' of call recordings or other contacts in a single instance. These sources could be different systems, different physical locations (regional contact centers, outsourcers), and different recording or contact system vendors." |

| U.S. Patent No. 10,021,248 | Accused Instrumentalities |
|---|---|
| | *Robust Data Capture*, CALLMINER, https://callminer.com/advantages/robus-data-capture/ |
| | "Real-time monitoring technology scans the live stream of audio transcriptions to rapidly identify events such as keywords, phrases or acoustic measures which you have defined as important. Algorithms can be configured to automatically trigger notifications that you can API-configure to alert your agents to the next-best-action and inform your supervisors about when and how they need to intervene on a call to optimize customer." |
| | *Eureka Alert*, CALLMINER, https://callminer.com/products/alert/. |
| | "CallMiner Eureka speech analytics allows you to optimize customer engagement by analyzing every interaction your agents have with your customers, regardless of channel (phone, email, chat, social media, or surveys). |
| | While phone conversations still represent the large majority of contact center interactions, multichannel interactions are rapidly increasing." |
| | *Multi-channel Analytics*, CALLMINER, https://callminer.com/advantages/multi-channel-text-speech-analytics/. |
| | "The Eureka engagement analytics platform transforms the Voice of Your Customers and Agents into operational intelligence at scale with automated performance and sentiment scoring, topic discovery and trend presentation." |
| | *CallMiner Eureka*, CALLMINER, https://callminer.com/products/platform/. |

| U.S. Patent No. 10,021,248 | Accused Instrumentalities |
|---|---|
| | Duration: 5m46s<br>% Silence: 40%<br>Agitation: 3459<br>Tempo: 105wpm<br><br>*Understanding & Responding to TCPA Changes*, CALLMINER, at 23 (Sept. 24, 2013), https://sparkroom.com/wp-content/uploads/2013/10/Understanding-and-Responding-to-TCPA-Changes-Webinar-092413.pdf. |
| extracting caller event data from the caller interaction event; | The Accused Instrumentalities extract caller event data from the caller interaction event. For example, Defendant's Eureka software extracts caller event data from the caller interaction event. *See, e.g.,*<br><br>"Categorization is the automatic tagging of contacts that contain certain language patterns, keywords, phrases, or other characteristics. . . . At CallMiner, we have identified a common taxonomy of category groups used in tagging calls and text communications. The common types of categories include: Behaviors, how are agents or customer behaving? For example, are they expressing dissatisfaction, and is there an empathetic response to that dissatisfaction. . . . CallMiner Eureka language patterning is capable of measuring locations of conversation, order of occurrence of language, positive or negative rules, and standard Boolean logic."<br><br>*Automated Categorization*, CALLMINER, https://callminer.com/advantages/automated-categorization/.<br><br>"CallMiner Eureka indexes every customer interaction allowing organizations to quickly find contacts matching any combination of metadata, measures, words and phrases, contact categories, |

| U.S. Patent No. 10,021,248 | Accused Instrumentalities |
|---|---|
| | or manual tags. Query creation is made simple using Semantic Building BlocksTM, auto-complete and search suggestions. Fine tuning and accuracy is achieved through category development tools and testing views.

TopicMinerTM assists in category creation and root cause analysis by automatically identifying topics in any group of contacts or near any event. Rich insights are obtained through a broad variety of views into customer interactions including A/B speaker comparisons, tag clouds and hierarchical tree views."



*Intro to Eureka Analyze*, CALLMINER, at 2, 4, https://learn.callminer.com/data-sheet/eureka-4pg-december-2015-new-2; *see also* http://callminer.com/wp-content/uploads/2016/07/Eureka_4pg-December-2015-new.pdf.

"[Eureka's] Sentiment Analysis combines both the acoustic characteristics of a speaker's voice and the context of the conversation into a single score. This call score can be used to measure relative sentiment or emotion across various cross sections of calls, agent groups, and time frames.

During Sentiment Analysis CallMiner measures: |

| U.S. Patent No. 10,021,248 | Accused Instrumentalities |
|---|---|
| | • The amount of physical stress in the voice<br>• The changes in stress<br>• The rate of speech<br><br>CallMiner Eureka seamlessly meshes these acoustic measures with the overall context of the conversation to determine true meaning behind the spoken words – for example, when 'amazon' means the rainforest and when it means the retailer."<br><br>*Sentiment Analysis*, CALLMINER, https://callminer.com/advantages/sentiment-analysis/.<br><br> |

# U.S. Patent No. 10,021,248

## Accused Instrumentalities



*Eureka Analyze*, CALLMINER, https://callminer.com/products/analyze/.

| U.S. Patent No. 10,021,248 | Accused Instrumentalities |
|---|---|
| | *Best Practices in Building a Customer-Centric Organization*, CALLMINER, at 26. |

*Understanding & Responding to TCPA Changes*, CALLMINER, at 23 (Sept. 24, 2013), https://sparkroom.com/wp-content/uploads/2013/10/Understanding-and-Responding-to-TCPA-Changes-Webinar-092413.pdf.

| U.S. Patent No. 10,021,248 | Accused Instrumentalities |
|---|---|
| generating a report displaying one or more selected categories of the caller event data; and | The Accused Instrumentalities generate a report displaying one or more selected categories of the caller event. For example, Defendant's Eureka software generates a report displaying one or more selected categories of the caller event. *See, e.g.,* |

| U.S. Patent No. 10,021,248 | Accused Instrumentalities |
|---|---|
| | "CallMiner Eureka's Score Builder allows quality departments to interactively create, modify and target scores to any set of contacts and for any set of competencies based on language spoken/written, acoustics such as silence or hold time, or quality metrics such as compliance, emotion, empathy, politeness, customer satisfaction and agent ownership."<br><br>*Fully Automated Quality Solution*, CALLMINER, https://callminer.com/company/news/callminer-launches-eureka-8-with-a-fully-automated-quality-solution/.<br><br> |

| U.S. Patent No. 10,021,248 | Accused Instrumentalities |
|---|---|
| | 

*Eureka Analyze*, CALLMINER, https://callminer.com/products/analyze/.

"CallMiner Eureka indexes every customer interaction allowing organizations to quickly find contacts matching any combination of metadata, measures, words and phrases, contact categories, or manual tags. Query creation is made simple using Semantic Building Blocks™, auto-complete and search suggestions. Fine tuning and accuracy is achieved through category development tools and testing views.

TopicMiner™ assists in category creation and root cause analysis by automatically identifying topics in any group of contacts or near any event. Rich insights are obtained through a broad variety of views into customer interactions including A/B speaker comparisons, tag clouds and hierarchical tree views." |

| U.S. Patent No. 10,021,248 | Accused Instrumentalities |
|---|---|
| |  *Intro to Eureka Analyze*, CALLMINER, at 2, 4, https://learn.callminer.com/data-sheet/eureka-4pg-december-2015-new-2; *see also* http://callminer.com/wp-content/uploads/2016/07/Eureka_4pg-December-2015-new.pdf. |

15

| U.S. Patent No. 10,021,248 | **Accused Instrumentalities** |
|---|---|
| | 

*Eureka Coach*, CALLMINER, https://callminer.com/products/coach/.

"[Eureka's] Sentiment Analysis combines both the acoustic characteristics of a speaker's voice and the context of the conversation into a single score. This call score can be used to measure relative sentiment or emotion across various cross sections of calls, agent groups, and time frames.

During Sentiment Analysis CallMiner measures:

- The amount of physical stress in the voice
- The changes in stress
- The rate of speech

CallMiner Eureka seamlessly meshes these acoustic measures with the overall context of the conversation to determine true meaning behind the spoken words – for example, when 'amazon' means the rainforest and when it means the retailer."

*Sentiment Analysis*, CALLMINER, https://callminer.com/advantages/sentiment-analysis/. |

| U.S. Patent No. 10,021,248 | Accused Instrumentalities |
|---|---|
| | "Automated call categorization is a fundamental component of voice of customer engagement analytics (speech & text). Categorization is the automatic tagging of contacts that contain certain language patterns, keywords, phrases, or other characteristics. Any given customer contact is likely to be tagged as belonging to several categories. Categories allow you to find, count, and trend contacts that contain these characteristics. |
| | Our automated call categorization has been tested and proven by Fortune 500 customers to be more accurate than manual call categorization, and can be used with confidence for decision-making and across 100% of your customer interactions. |
| | At CallMiner, we have identified a common taxonomy of category groups used in tagging calls and text communications. The common types of categories include: |
| | • **Behaviors** – how are agents or customer behaving? For example, are they expressing dissatisfaction, and is there an empathetic response to that dissatisfaction. |
| | • **Reasons** – the reason for the contact, in voice often referred to as the call driver. For example, you may call your bank for a balance inquiry, and as a follow up you may conduct a transfer – each of these would be reasons for the call. |
| | • **Procedures** – are agents complying with procedures? Commonly used in collections to ensure agents are staying compliant with FDCPA (or FSA) regulations. |
| | • **Outcomes** – measuring the response to specific actions. For example, how did a customer respond to an upsell offer? |
| | • **Products** – are certain products mentioned? |
| | • **Competitors** – are certain competitors mentioned? . . . . |
| | CallMiner Eureka's call category groups and definitions can be configured and organized to suit your specific business needs. CallMiner Eureka ships out of the box with Instant Insights – 13 behavioral categories including dissatisfaction, empathy, repeat contact language, transfer language, politeness, just to name a few – intended to provide instant insight into your customer |

| U.S. Patent No. 10,021,248 | Accused Instrumentalities |
|---|---|
| | conversations on day one of implementation. With over 10 years of experience in speech analytics CallMiner has developed libraries for language patterns for different contact center functions and different industries.<br><br>CallMiner Eureka provides you with all the tools necessary to edit existing call categories or create new categories, easily adapting to your changing needs and expanding focus. Creating a category is as easy and familiar as creating a web search – spend less time learning the tool, more time analyzing your conversations."<br><br>*Automated Categorization*, CALLMINER, https://callminer.com/advantages/automated-categorization/. |
| determining customer satisfaction following the caller interaction event based on the one or more selected categories of the caller event data. | The Accused Instrumentalities determine customer satisfaction following the caller interaction event based on the one or more selected categories of the caller event data. For example, Defendant's Eureka software determines customer satisfaction following the caller interaction event based on the one or more selected categories of the caller event data. *See, e.g.,*<br><br>"CallMiner Eureka's Score Builder allows quality departments to interactively create, modify and target scores to any set of contacts and for any set of competencies based on language spoken/written, acoustics such as silence or hold time, or quality metrics such as compliance, emotion, empathy, politeness, customer satisfaction and agent ownership."<br><br>*Fully Automated Quality Solution*, CALLMINER, https://callminer.com/company/news/callminer-launches-eureka-8-with-a-fully-automated-quality-solution/.<br><br>Customer Satisfaction Score |

| U.S. Patent No. 10,021,248 | Accused Instrumentalities |
|---|---|
| | <br><br>*Improving Agent + CSR Performance with Automated Quality Management*, CALLMINER, https://www.youtube.com/watch?v=UBQhS0t_c-w.<br><br>*Intro to Eureka Analyze*, CALLMINER, at 4, https://learn.callminer.com/data-sheet/eureka-4pg-december-2015-new-2; *see also* http://callminer.com/wp-content/uploads/2016/07/Eureka_4pg-December-2015-new.pdf. |

| U.S. Patent No. 10,021,248 | Accused Instrumentalities |
|---|---|
| | "Automated call categorization is a fundamental component of voice of customer engagement analytics (speech & text). Categorization is the automatic tagging of contacts that contain certain language patterns, keywords, phrases, or other characteristics. Any given customer contact is likely to be tagged as belonging to several categories. Categories allow you to find, count, and trend contacts that contain these characteristics. |
| | Our automated call categorization has been tested and proven by Fortune 500 customers to be more accurate than manual call categorization, and can be used with confidence for decision-making and across 100% of your customer interactions. |
| | At CallMiner, we have identified a common taxonomy of category groups used in tagging calls and text communications. The common types of categories include: |
| |     • **Behaviors** – how are agents or customer behaving? For example, are they expressing dissatisfaction, and is there an empathetic response to that dissatisfaction. |
| |     • **Reasons** – the reason for the contact, in voice often referred to as the call driver. For example, you may call your bank for a balance inquiry, and as a follow up you may conduct a transfer – each of these would be reasons for the call. |
| |     • **Procedures** – are agents complying with procedures? Commonly used in collections to ensure agents are staying compliant with FDCPA (or FSA) regulations. |
| |     • **Outcomes** – measuring the response to specific actions. For example, how did a customer respond to an upsell offer? |
| |     • **Products** – are certain products mentioned? |
| |     • **Competitors** – are certain competitors mentioned? . . . . |
| | CallMiner Eureka's call category groups and definitions can be configured and organized to suit your specific business needs. CallMiner Eureka ships out of the box with Instant Insights – 13 behavioral categories including dissatisfaction, empathy, repeat contact language, transfer language, politeness, just to name a few – intended to provide instant insight into your customer conversations on day one of implementation. With over 10 years of experience in speech analytics |

| U.S. Patent No. 10,021,248 | Accused Instrumentalities |
|---|---|
| | CallMiner has developed libraries for language patterns for different contact center functions and different industries.

CallMiner Eureka provides you with all the tools necessary to edit existing call categories or create new categories, easily adapting to your changing needs and expanding focus. Creating a category is as easy and familiar as creating a web search – spend less time learning the tool, more time analyzing your conversations."

*Automated Categorization*, CALLMINER, https://callminer.com/advantages/automated-categorization/.

*Eureka Analyze*, CALLMINER, https://callminer.com/products/analyze/. |

# EXHIBIT 24

# INFRINGEMENT OF U.S. PATENT NO. 10,104,233

# INFRINGEMENT CHART FOR U.S. PATENT NO. 10,104,233

Defendant and Defendant's customers using the Accused Instrumentalities have directly infringed, and continue to infringe, at least claim 1 of U.S. Patent No. 10,104,233 ("the '233 patent").[1] This infringement has occurred, either literally or under the doctrine of equivalents, by the making, using, selling, and/or offering for sale in the United States, and/or importing into the United States without authority, the Accused Instrumentalities, such as the Eureka software and other instrumentalities.

Defendant has induced and continues to induce infringement of at least claim 1 of the '233 patent, literally or equivalently, by selling, offering to sell, or importing the Accused Instrumentalities to or for its customers with the knowledge of the '233 patent and its claims.[2] Defendants know that its customers will make, use, sell, offer to sell, and/or import into the United States the Accused Instrumentalities, and has acting with knowledge and specific intent to encourage and facilitate those infringing acts.

Defendant has contributorily infringed and continues to contributorily infringe at least claim 1 of the '233 patent by offering to sell, selling, or importing the Accused Instrumentalities. The Accused Instrumentalities are components of a '233 patented machine, manufacture, combination, or composition constituting a material part of the '233 patented invention. Defendant knows that the Accused Instrumentalities are especially made or adapted for use in an infringement of the '233 patent, and the Accused Instrumentalities are not a staple article or commodity of commerce suitable for substantial noninfringing use.

| U.S. Patent No. 10,104,233 | Accused Instrumentalities |
|---|---|
| 1. An interface portal system, which comprises: | The Accused Instrumentalities are an interface portal system. For example, Defendant's Eureka software is an interface portal system. *See, e.g.,* <br><br> Supervisor Portal <br><br> Agent Portal |

---

[1] The following citations are nonexhaustive. They are provided merely to illustrate certain aspects of the accused instrumentalities. Accordingly, the reference to specific features should not be construed as excluding other aspects of the Accused Instrumentalities also meeting the relevant limitations. Nor should the inclusion of certain claims be construed as excluding the infringement of other claims (e.g., dependent claims or other independent claims).

[2] Defendant has had actual knowledge of the '233 patent as late as December 27, 2018 through Plaintiffs' service of this Infringement Chart.

| U.S. Patent No. 10,104,233 | Accused Instrumentalities |
|---|---|



*Eureka Coach*, CALLMINER, https://callminer.com/products/coach/.

"Eureka Coach offers distinct feedback tools for agents and for their supervisors. The Agent's web-based portal offers a dashboard that displays personal evaluation metrics, their scores compared to team members, resources for notification from supervisors with targeted coaching guidance, and an inline player for listening to calls."

*Eureka Coach Datasheet*, CALLMINER, at 1, https://learn.callminer.com/data-sheet/my-eureka-data-sheet-sept-2015-2; *see also, e.g., id.* (representing that it is a "performance portal for personalized

| U.S. Patent No. 10,104,233 | Accused Instrumentalities |
|---|---|
| | agent feedback and coaching" offering "[p]ersonalized, web-based portals for agents and supervisors.). |

"CallMiner Eureka is a SaaS-based, customer engagement and speech analytics platform that leverages AI and machine learning to capture, transcribe and reveal insight from 100% of your customer interactions. Automated scoring with sentiment analysis and sensitive data redaction creates awareness at scale with evidence to more effectively drive customer experience, contact center optimization, sale effectiveness and risk mitigation performance."

*CallMiner Eureka*, CALLMINER, https://callminer.com/products/platform/.

| U.S. Patent No. 10,104,233 | **Accused Instrumentalities** |
|---|---|
| |  |
| | *Eureka Analyze*, CALLMINER, https://callminer.com/products/analyze/. |
| | "Combining Eureka's automated scoring with myEureka performance portal, organizations deliver impactful individual or group feedback information to the right people at the right time." |

| U.S. Patent No. 10,104,233 | Accused Instrumentalities |
|---|---|
| | *Intro to Eureka Analyze*, CALLMINER, at 3, https://learn.callminer.com/data-sheet/eureka-4pg-december-2015-new-2; *see also* http://callminer.com/wp-content/uploads/2016/07/Eureka_4pg-December-2015-new.pdf. |
| a non-transitory computer readable medium comprising a plurality of instructions stored therein adapted to generate a coaching portal based on behavioral assessment data, the plurality of instructions comprising: | The Accused Instrumentalities include a non-transitory computer readable medium comprising a plurality of instructions stored therein adapted to generate a coaching portal based on behavioral assessment data.  For example, Defendant's Eureka software includes a non-transitory computer readable medium comprising a plurality of instructions stored therein adapted to generate a coaching portal based on behavioral assessment data. *See, e.g.*, <br><br>"Eureka Coach is a cloud-based direct performance feedback solution that leverages automated linguistic/acoustic analysis and performance scoring to improve agent quality through individualized feedback and coaching. . . . <br><br>Eureka Coach encourages a culture of performance optimization with speech analytics insight from every call, targeted guidance and agent self-improvement[.] <br><br>Role-based dashboards with automated performance scoring make it easy for supervisors to identify coaching moments and for agents to view their performance with drill down detail. Alerts notify agents for guidance with annotated call examples[.]"  <br><br>Supervisor Portal <br><br>Agent Portal |



*Eureka Coach*, CALLMINER, https://callminer.com/products/coach/.

7

| U.S. Patent No. 10,104,233 | Accused Instrumentalities |
|---|---|
| |

"CallMiner Eureka is a SaaS-based, customer engagement and speech analytics platform that leverages AI and machine learning to capture, transcribe and reveal insight from 100% of your customer interactions. Automated scoring with sentiment analysis and sensitive data redaction creates awareness at scale with evidence to more effectively drive customer experience, contact center optimization, sale effectiveness and risk mitigation performance."

*CallMiner Eureka*, CALLMINER, https://callminer.com/products/platform/.

"Eureka Coach is a cloud-based solution that optimizes agent performance management with actionable insight. Dashboard presentation for agent performance scores, trend analysis, issue alerts with follow-up and more provide data supported evidence for customer engagement awareness and action. Call transcription to detect specific words/phrases, AI-driven linguistics and acoustic analysis to identify sentiment, and automated performance scoring personalizes outcomes for each agent with role-based presentation that will:

- Enhance coaching with an automated, data-fortified performance perspective |

| U.S. Patent No. 10,104,233 | Accused Instrumentalities |
|---|---|
| | • Drive sustained quality, compliance and customer experience improvement through continuous feedback<br>• Build agent trust with objective, transparent and consistent scoring"<br><br>*Eureka Coach Datasheet*, CALLMINER, at 1, https://learn.callminer.com/data-sheet/my-eureka-data-sheet-sept-2015-2; *see also*, *e.g.*, *id.* (representing that it is a "performance portal for personalized agent feedback and coaching" offering "[p]ersonalized, web-based portals for agents and supervisors.).<br><br>"With CallMiner, analytics functionality is the same whether the software is deployed in our cloud or on premise. If analytics is provided as a hosted service then the customer requires only minimal internal IT support to enable integration of the audio. If analytics is deployed on premise then the hardware resides in the customer's data center and requires the typical infrastructure support required by any on premise application. . . .<br><br>Additional hardware in form of servers will be required for audio processing and analysis, the number of which is dependent on the volume of calls and the speed which customers require the analysis to be completed by - a stack of servers might be required for multi-thousand agents and real-time monitoring, whereas a smaller and less process-heavy environment might only require a single server."<br><br>*The Inner Circle Guide to Customer Contact Analytics*, CALLMINER, at 46, https://callminer.com/wp-content/whitepapers/ICGCCA-CallMiner-US.pdf. |
| instructions that, when executed, analyze one or more communications between a customer and an agent, wherein the analysis comprises instructions that, when executed, | The Accused Instrumentalities include instructions that, when executed, analyze one or more communications between a customer and an agent, wherein the analysis comprises instructions that, when executed, apply a linguistic-based psychological behavioral model to separated voice data for the customer, the agent, or both, from each communication by analyzing behavioral characteristics of the customer, the agent, or both, based on the one or more communications. For example, Defendant's Eureka analyzes communications between customers and agents using a |

9

| U.S. Patent No. 10,104,233 | Accused Instrumentalities |
|---|---|
| apply a linguistic-based psychological behavioral model to separated voice data for the customer, the agent, or both, from each communication by analyzing behavioral characteristics of the customer, the agent, or both, based on the one or more communications; | linguistic-based psychological behavioral model to separated voice data for the customer, the agent, or both based on the communications. *See, e.g.,*

"Automated call categorization is a fundamental component of voice of customer engagement analytics (speech & text). Categorization is the automatic tagging of contacts that contain certain language patterns, keywords, phrases, or other characteristics. Any given customer contact is likely to be tagged as belonging to several categories. Categories allow you to find, count, and trend contacts that contain these characteristics. . . .

At CallMiner, we have identified a common taxonomy of category groups used in tagging calls and text communications. The common types of categories include: Behaviors – how are agents or customer behaving? For example, are they expressing dissatisfaction, and is there an empathetic response to that dissatisfaction. . . .

CallMiner Eureka's call category groups and definitions can be configured and organized to suit your specific business needs. CallMiner Eureka ships out of the box with Instant Insights – 13 behavioral categories including dissatisfaction, empathy, repeat contact language, transfer language, politeness, just to name a few – intended to provide instant insight into your customer conversations on day one of implementation. With over 10 years of experience in speech analytics CallMiner has developed libraries for language patterns for different contact center functions and different industries.

CallMiner Eureka provides you with all the tools necessary to edit existing call categories or create new categories, easily adapting to your changing needs and expanding focus. Creating a category is as easy and familiar as creating a web search – spend less time learning the tool, more time analyzing your conversations."

*Automated Categorization*, CALLMINER, https://callminer.com/advantages/automated-categorization/. |

| U.S. Patent No. 10,104,233 | Accused Instrumentalities |
|---|---|
| | "Sentiment Analysis combines both the acoustic characteristics of a speaker's voice and the context of the conversation into a single score. This call score can be used to measure relative sentiment or emotion across various cross sections of calls, agent groups, and time frames.<br><br>During Sentiment Analysis CallMiner measures:<br><br>• The amount of physical stress in the voice<br>• The changes in the stress<br>• The rate of speech<br><br>CallMiner Eureka seamlessly meshes these acoustic measures with the overall context of the conversation to determine true meaning behind the spoken words – for example, when 'amazon' means the rainforest and when it means the retailer."<br><br>*Sentiment Analysis*, CALLMINER, https://callminer.com/advantages/sentiment-analysis/.<br><br><br><br>"CallMiner Speaker Separation is a voice biometrics-based software that divides mono recordings into speaker channels representing the agent and the customer portions of a call to improve speech analytics effectiveness. . . ." |

| U.S. Patent No. 10,104,233 | Accused Instrumentalities |
|---|---|
| | CallMiner Speaker Separation overcomes this challenge with voice biometrics. Voice characteristics are used to 'voiceprint' an agent. CallMiner Eureka can then clearly identify caller and agent speakers within its powerful analytics engine. As a result, automated agent scoring, caller and agent sentiment metrics, topic discovery based on what callers or agents are saying and more is enabled."<br><br>*Speaker Separation Datasheet*, CALLMINER, https://learn.callminer.com/home/speaker-separation-datasheet.<br><br><br><br>*CallMiner Eureka*, CALLMINER, https://callminer.com/products/platform/.<br><br>"CallMiner uses specific language models that are tuned according to different dialects and accents. . . . [It's] advanced analytics systems offer sophisticated categorization capabilities which can identify more complex language patterns and are significantly more powerful than simple word or phrase spotting."<br><br>*The Inner Circle Guide to Customer Contact Analytics*, CALLMINER, at 41, https://callminer.com/wp-content/whitepapers/ICGCCA-CallMiner-US.pdf. |

| U.S. Patent No. 10,104,233 | Accused Instrumentalities |
|---|---|
| instructions that, when executed, identify one or more customer-agent interaction events based on the analyzed behavioral characteristics; and | The Accused Instrumentalities include instructions that, when executed, identify one or more customer-agent interaction events based on the analyzed behavioral characteristics. For example, Defendant's Eureka identifies one or more customer-agent interaction events based on the analyzed behavioral characteristics. *See, e.g.,*

"Real-time monitoring technology scans the live stream of audio transcriptions generated by the Eureka real-time speech mining engine to rapidly identify key events such as keywords, phrases or acoustic measures which you have defined as important. AI-driven algorithms automatically trigger notifications that alert your agents to the next-best-action and inform your supervisors about when and how they need to intervene on a call to optimize customer."

*Eureka Alert,* CALLMINER, https://callminer.com/products/alert/.

"The embedded contact finder simplifies searching for specific contact records – and filter them – by attributes including category descriptions, date ranges, metadata and performance scores."



"A customizable alert tool enables supervisors to deliver directed performance feedback to agents as focused, contact specific notifications that agents can view and respond to." |

13

| U.S. Patent No. 10,104,233 | Accused Instrumentalities |
|---|---|
| |  |

*Eureka Coach*, CALLMINER, https://callminer.com/products/coach/.

"Real-time monitoring technology scans the live stream of audio transcriptions to rapidly identify events such as keywords, phrases or acoustic measures which you have defined as important. Algorithms can be configured to automatically trigger notifications that you can API-configure to alert your agents to the next-best-action and inform your supervisors about when and how they need to intervene on a call to optimize customer."

14

| U.S. Patent No. 10,104,233 | Accused Instrumentalities |
|---|---|
| | *Eureka Alert*, CALLMINER, https://callminer.com/products/alert/. |
| |  |
| | *Eureka Analyze*, CALLMINER, https://callminer.com/products/analyze/. |
| | "CallMiner Eureka indexes every customer interaction allowing organizations to quickly find contacts matching any combination of metadata, measures, words and phrases, contact categories, or manual tags. Query creation is made simple using Semantic Building Blocks™, auto-complete and search suggestions. Fine tuning and accuracy is achieved through category development tools and testing views." |

15

| U.S. Patent No. 10,104,233 | Accused Instrumentalities |
|---|---|
| | 

*Intro to Eureka Analyze*, CALLMINER, at 4, https://learn.callminer.com/data-sheet/eureka-4pg-december-2015-new-2; *see also* http://callminer.com/wp-content/uploads/2016/07/Eureka_4pg-December-2015-new.pdf.

"Automated call categorization is a fundamental component of voice of customer engagement analytics (speech & text). Categorization is the automatic tagging of contacts that contain certain language patterns, keywords, phrases, or other characteristics. Any given customer contact is likely to be tagged as belonging to several categories. Categories allow you to find, count, and trend contacts that contain these characteristics. . . .

At CallMiner, we have identified a common taxonomy of category groups used in tagging calls and text communications. The common types of categories include: Behaviors – how are agents or customer behaving? For example, are they expressing dissatisfaction, and is there an empathetic response to that dissatisfaction. . . .

CallMiner Eureka's call category groups and definitions can be configured and organized to suit your specific business needs. CallMiner Eureka ships out of the box with Instant Insights – 13 behavioral categories including dissatisfaction, empathy, repeat contact language, transfer |

| U.S. Patent No. 10,104,233 | Accused Instrumentalities |
|---|---|
| | language, politeness, just to name a few – intended to provide instant insight into your customer conversations on day one of implementation. With over 10 years of experience in speech analytics CallMiner has developed libraries for language patterns for different contact center functions and different industries. |
| | CallMiner Eureka provides you with all the tools necessary to edit existing call categories or create new categories, easily adapting to your changing needs and expanding focus. Creating a category is as easy and familiar as creating a web search – spend less time learning the tool, more time analyzing your conversations." |
| | *Automated Categorization*, CALLMINER, https://callminer.com/advantages/automated-categorization/. |
| | |

Customer Service

Categories
- Agent Ownership
- Compliments
- Dissatisfaction
- Empathy
- Hold Language
- Politeness
- Transfer Language
- Escalation

Scorecards
- Agent Quality
- Percent Silence
- Handle Time
- Emotion

Sales

Categories
- Sales Ownership
- Assumptive Close
- Upsell / Cross Sell
- Touting Benefits
- Objection Handling
- Escalation

Scorecards
- Sales Effectiveness
- Percent Silence
- Handle Time

Collections

Categories
- Right Party Contact
- Mini-Miranda
- FDCPA Violations
- Legal Action Mentions
- Risk & Abusive
- Language
- Escalation

Scorecards
- Compliance Risk
- Hot Calls
- Handle Time

Chat

Categories
- Churn Language
- Compliments
- Dissatisfaction
- Empathy
- Escalation
- Ownership
- Repeat Contact
- Transfer Language

| U.S. Patent No. 10,104,233 | Accused Instrumentalities |
|---|---|
| instructions that, when executed, display a time-based graphic representation including a plurality of the identified customer-agent interaction events across a selected time interval based on one or more communications. | *Solution Packs Datasheet*, CALLMINER, https://learn.callminer.com/data-sheet/solution-packs. |
| | The Accused Instrumentalities include instructions that, when executed, display a time-based graphic representation including a plurality of the identified customer-agent interaction events across a selected time interval based on one or more communications. For example, Defendant's Eureka software displays a time-based graphic representation including a plurality of the identified customer-agent interaction events across a selected time interval based on one or more communications. *See, e.g.*, |
| | |
| | "The embedded contact finder simplifies searching for specific contact records – and filter them – by attributes including category descriptions, date ranges, metadata and performance scores." |
| | *Eureka Coach*, CALLMINER, https://callminer.com/products/coach/. |

<table>
<tr><td>U.S. Patent No. 10,104,233</td><td>**Accused Instrumentalities**</td></tr>
<tr><td></td><td>



*Intro to Eureka Analyze*, CALLMINER, at 4, https://learn.callminer.com/data-sheet/eureka-4pg-december-2015-new-2; *see also* http://callminer.com/wp-content/uploads/2016/07/Eureka_4pg-December-2015-new.pdf.

*CallMiner Eureka Live: Real-Time Feedback and Guidance for Supervisors and Agents*, CALLMINER, at 2, http://callminer.com/wp-content/uploads/2016/07/EurekaLive-Data-Sheet-Sept-2015.pdf.

</td></tr>
</table>

| U.S. Patent No. 10,104,233 | Accused Instrumentalities |
|---|---|
| | 

*Eureka Analyze*, CALLMINER, https://callminer.com/products/analyze/. |

20



**EXHIBIT 25**



## CallMiner and Morae Global Announce Partnership to Deliver Conversational Behavioral Analytics for Financial Services Risk Mitigation and Regulatory Compliance

**Voice surveillance based upon conversational content proactively reveals compliance and fraud threats**

 f   🐦   in   G+   📌   |   @ Email   |   🖨 Print Friendly   |   ➤ Share

February 21, 2019 08:55 ET | **Source:** CallMiner



Waltham, MA, Feb. 21, 2019 (GLOBE NEWSWIRE) -- CallMiner, the leading provider of award-winning speech and customer engagement analytics platform CallMiner Eureka, announced today a partnership with Morae Global Corporation, a full-service, technology-enabled, integrated solution provider for the legal and compliance function. The new partnership combines CallMiner's speech analytics for behavioral insight with Morae Global's unique expertise in legal risk and compliance for financial services to spotlight threats that model-based solutions are incapable of capturing.

Regulations such as Dodd-Frank, MiFID II and MAR place increasing demands on compliance and risk departments, trading desks, CFOs and legal teams in the financial markets. Intensified regulatory scrutiny means that companies must engage in the active monitoring of employee actions to ensure compliance with the applicable laws and

regulations. Such monitoring will identify and address potentially noncompliant and fraudulent activity.

CallMiner and Morae Global deliver a new regulatory risk mitigation and compliance solution that steps beyond traditional compliance approaches by leveraging sophisticated speech analytics technology to analyze audio interactions and uncover potential noncompliant behavior. Advanced audio analytics, delivered through Morae Global's Audio IQ platform, apply CallMiner's AI-fueled speech analytics technology to uncover undesirable behavior based on what is being said, when it was discussed and how the conversation occurs in context with previous or subsequent actions or communications. Key benefits are:

- **Predictive** – Prior actions and indications of illicit behavior can be used to train models to identify similar scenarios and occurrences enabling proactive mitigation and compliance.
- **Comprehensive** – A highly scalable solution capable of 100 percent surveillance means every call is monitored.
- **Manageable** – Automated objective risk scoring efficiently focuses attention on the most critical activities.

"Enabling legal and compliance teams to become aware of emerging threats allows them to correct illegal, noncompliant or simply troublesome behavior long before it results in legal or regulatory problems for the company," says Morae Global President & Chief Executive Officer Shahzad Bashir. "Our relationship with CallMiner lets us help our clients build preventative programs that can provide enormous value legally, financially and reputationally."

Focusing on the behavior that matters most is supported by risk scoring based on voice and conversational analytics. Morae domain expertise contributes to uniquely effective communications categorization to provide accurate threat identification while minimizing false positives. Traders are scored based on unique speech characteristics and other conversational elements that provide some indication of noncompliant behavior. When used in context with each other, review-worthy occurrences are then color-coded based on user-established criteria, making it easy for compliance officers to spot behavior for further investigation.

"CallMiner and Morae Global now offer a regulatory and compliance solution that helps financial institutions and others more effectively address regulatory requirements and protect fundamental business integrity with unobtrusively persistent conversational behavioral surveillance and analytics," says Paul Bernard, CallMiner president and CEO. "Our partnership with Morae Global enables a new class of risk mitigation and compliance support through audio analytics."

Morae Global will offer this solution as a managed service. For more information about CallMiner, visit **www.callminer.com**. For more information about Morae Global, visit **www.moraeglobal.com**.

**About CallMiner**

**CallMiner** empowers organizations of any size to extract and take action on intelligence from customer interactions for improving customer experience, sales, marketing, and compliance, as well as agent and customer engagement center performance. Highlighted by multiple customer achievement awards, including eight Speech Technology implementation awards in the past six years, CallMiner was recently named a leader in the industry analyst report Forrester New Wave: AI-Fueled Speech Analytics Solutions, Q2 2018. **www.callminer.com**.

**Media Contact:** Scott Kendrick | VP Marketing **|** **scott.kendrick@callminer.com** | 239-288-0174

**About Morae Global Corporation**

Morae Global Corporation provides end-to-end legal and compliance solutions to General Counsel and Chief Compliance Officers. Morae's team of experts is comprised of some of the most seasoned and knowledgeable professionals in the legal industry who are trusted to transform legal and compliance departments worldwide. Core service lines include CLUTCH Information Management & eDiscovery, Legal & Compliance Consulting Solutions and Alternative Legal Services. Using performance-based management consulting and technology-enabled information, discovery and on-demand legal services, Morae Global is redefining the business of law. Morae Global has offices throughout the United States, including in Houston, Chicago, New York and Washington, D.C., and internationally in London, Bangalore, Zurich and Hong Kong. For more information about Morae Global's legal solutions, visit www.moraeglobal.com.

**Attachment**

- **morae**

```
Scott Kendrick
CallMiner, Inc
239-288-0174
scott.kendrick@callminer.com
```

---

Newswire Distribution Network & Management

- Home
- Newsroom
- RSS Feeds
- Legal

About Us

**GlobeNewswire** is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases financial disclosures and multimedia content to the media, investment community, individual investors and the general public.

© 2019 GlobeNewswire, Inc. All Rights Reserved.



**EXHIBIT 26**



US009942400B2

(12) **United States Patent**     (10) **Patent No.:**    **US 9,942,400 B2**

Conway et al.         (45) **Date of Patent:**     *Apr. 10, 2018

---

(54) **SYSTEM AND METHODS FOR ANALYZING MULTICHANNEL COMMUNICATIONS INCLUDING VOICE DATA**

(71) Applicant: **Mattersight Corporation**, Chicago, IL (US)

(72) Inventors: **Kelly Conway**, Lake Bluff, IL (US); **Christopher Danson**, Austin, TX (US); **Douglas Brown**, Austin, TX (US); **David Gustafson**, Lake Bluff, IL (US); **Roger Warford**, Hoschton, GA (US); **Melissa Moore**, Chicago, IL (US); **Keene Hedges Capers**, La Jolla, CA (US)

(73) Assignee: **MATTERSIGHT CORPORATION**, Chicago, IL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **15/605,333**

(22) Filed: **May 25, 2017**

(65) **Prior Publication Data**

US 2017/0264744 A1     Sep. 14, 2017

**Related U.S. Application Data**

(63) Continuation of application No. 15/224,002, filed on Jul. 29, 2016, now Pat. No. 9,667,788, which is a (Continued)

(51) **Int. Cl.**
     *H04M 3/51*     (2006.01)
     *H04M 3/523*    (2006.01)
(Continued)

(52) **U.S. Cl.**
     CPC ........ *H04M 3/5175* (2013.01); *G06Q 30/016* (2013.01); *G10L 25/63* (2013.01);
(Continued)

(58) **Field of Classification Search**
     CPC ............. H04M 3/5175; H04M 3/5141; H04M 7/0012; H04M 3/42161; H04M 3/5191;
(Continued)

(56) **References Cited**

U.S. PATENT DOCUMENTS

3,851,121 A    11/1974   Marvin
3,855,418 A    12/1974   Fuller
(Continued)

FOREIGN PATENT DOCUMENTS

EP    0862304 A2    9/1998
EP    0863678 A2    9/1998
(Continued)

OTHER PUBLICATIONS

Abstract: Killerbrew, Wayne et al, "Playing by the rules," Telephony, vol. 235, No. 25, Dec. 21, 1981, 1 page.
(Continued)

*Primary Examiner* — Harry S Hong

(74) *Attorney, Agent, or Firm* — Haynes and Boone, LLP

(57) **ABSTRACT**

Methods, behavioral assessment computer program products, and systems for analyzing electronic customer communication data, generating behavioral assessment data and displaying instructions to a user that include receiving a plurality of types of electronic customer communication data by one or more servers configured to provide a user interface including a web site, web portal, or virtual portal or application, wherein at least one of the types of electronic communication data includes voice data, generating a text file from the voice data, identifying a customer associated with the electronic communication data received by the one

(Continued)



or more servers, generating behavioral assessment data for the electronic communication data for that identified customer by analyzing the customer's electronic communication data, and displaying instructions to a user via a reporting engine, wherein the instructions are based on the generated behavioral assessment data, and wherein the user includes the identified customer or a customer service agent.

23 Claims, 13 Drawing Sheets

### Related U.S. Application Data

continuation of application No. 14/808,092, filed on Jul. 24, 2015, now Pat. No. 9,407,768, which is a continuation of application No. 13/828,864, filed on Mar. 14, 2013, now Pat. No. 9,191,510.

(51) **Int. Cl.**

| | |
|---|---|
| *H04M 3/42* | (2006.01) |
| *G06Q 30/00* | (2012.01) |
| *H04L 29/12* | (2006.01) |
| *H04L 29/08* | (2006.01) |
| *H04M 7/00* | (2006.01) |
| *G10L 25/63* | (2013.01) |

(52) **U.S. Cl.**
CPC .......... *H04L 61/1582* (2013.01); *H04L 67/02* (2013.01); *H04L 67/10* (2013.01); *H04L 67/20* (2013.01); *H04M 3/42161* (2013.01); *H04M 3/5191* (2013.01); *H04M 7/0012* (2013.01); *H04M 3/5141* (2013.01); *H04M 2203/555* (2013.01); *H04M 2203/556* (2013.01)

(58) **Field of Classification Search**
CPC ...... H04M 2203/556; H04M 2203/555; G10L 25/63; H04L 61/1582; H04L 67/02; H04L 67/10; H04L 67/20; G06Q 30/016
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,971,034 | A | 7/1976 | Bell, Jr. et al. |
| 4,093,821 | A | 6/1978 | Williamson |
| 4,142,067 | A | 2/1979 | Williamson |
| 4,377,158 | A | 3/1983 | Friedman et al. |
| 4,490,840 | A | 12/1984 | Jones |
| 4,694,483 | A | 9/1987 | Cheung |
| 5,148,483 | A | 9/1992 | Silverman |
| 5,148,493 | A | 9/1992 | Bruney |
| 5,206,903 | A | 4/1993 | Kohler et al. |
| 5,239,460 | A | 8/1993 | LaRoche |
| 5,299,260 | A | 3/1994 | Shaio |
| 5,467,391 | A | 11/1995 | Donaghue, Jr. et al. |
| 5,500,795 | A | 3/1996 | Powers et al. |
| 5,535,256 | A | 7/1996 | Maloney et al. |
| 5,559,875 | A | 9/1996 | Bieselin et al. |
| 5,561,707 | A | 10/1996 | Katz |
| 5,577,254 | A | 11/1996 | Gilbert |
| 5,590,171 | A | 12/1996 | Howe et al. |
| 5,590,188 | A | 12/1996 | Crockett |
| 5,594,790 | A | 1/1997 | Curreri et al. |
| 5,594,791 | A | 1/1997 | Szlam et al. |
| 5,621,789 | A | 4/1997 | McCalmont et al. |
| 5,633,916 | A | 5/1997 | Goldhagen et al. |
| 5,646,981 | A | 7/1997 | Klein |
| 5,696,811 | A | 12/1997 | Maloney et al. |
| 5,710,884 | A | 1/1998 | Dedrick |
| 5,712,954 | A | 1/1998 | Dezonno |
| 5,717,742 | A | 2/1998 | Hyde-Thomson |
| 5,721,827 | A | 2/1998 | Logan et al. |
| 5,724,420 | A | 3/1998 | Torgrim |
| 5,732,216 | A | 3/1998 | Logan et al. |
| 5,734,890 | A | 3/1998 | Case et al. |
| 5,737,405 | A | 4/1998 | Dezonno |
| 5,757,904 | A | 5/1998 | Anderson |
| 5,764,728 | A | 6/1998 | Ala et al. |
| 5,765,513 | A | 6/1998 | Diehl et al. |
| 5,784,452 | A | 7/1998 | Carney |
| 5,790,798 | A | 8/1998 | Beckett, II et al. |
| 5,799,063 | A | 8/1998 | Krane |
| 5,809,250 | A | 9/1998 | Kisor |
| 5,815,551 | A | 9/1998 | Katz |
| 5,818,907 | A | 10/1998 | Maloney et al. |
| 5,818,909 | A | 10/1998 | Van Berkum et al. |
| 5,822,306 | A | 10/1998 | Catchpole |
| 5,822,400 | A | 10/1998 | Smith |
| 5,822,410 | A | 10/1998 | McCausland et al. |
| 5,822,744 | A | 10/1998 | Kesel |
| 5,825,869 | A | 10/1998 | Brooks et al. |
| 5,828,730 | A | 10/1998 | Zebryk et al. |
| 5,841,966 | A | 11/1998 | Irribarren |
| 5,845,290 | A | 12/1998 | Yoshii |
| 5,848,396 | A | 12/1998 | Gerace |
| 5,854,832 | A | 12/1998 | Dezonno |
| 5,857,175 | A | 1/1999 | Day et al. |
| 5,859,898 | A | 1/1999 | Checco |
| 5,864,616 | A | 1/1999 | Hartmeier |
| 5,870,549 | A | 2/1999 | Bobo, II |
| 5,875,436 | A | 2/1999 | Kikinis |
| 5,878,384 | A | 3/1999 | Johnson et al. |
| 5,884,032 | A | 3/1999 | Bateman et al. |
| 5,884,262 | A | 3/1999 | Wise et al. |
| 5,894,512 | A | 4/1999 | Zenner |
| 5,897,616 | A | 4/1999 | Kanevsky et al. |
| 5,903,641 | A | 5/1999 | Tonisson |
| 5,910,107 | A | 6/1999 | Iliff |
| 5,911,776 | A | 6/1999 | Guck |
| 5,914,951 | A | 6/1999 | Bentley et al. |
| 5,915,001 | A | 6/1999 | Uppaluru |
| 5,915,011 | A | 6/1999 | Miloslavsky |
| 5,923,746 | A | 7/1999 | Baker et al. |
| 5,926,538 | A | 7/1999 | Deryugin et al. |
| 5,930,764 | A | 7/1999 | Melchione et al. |
| 5,940,476 | A | 8/1999 | Morganstein et al. |
| 5,940,494 | A | 8/1999 | Rafacz et al. |
| 5,940,792 | A | 8/1999 | Hollier |
| 5,943,416 | A | 8/1999 | Gisby |
| 5,945,989 | A | 8/1999 | Freishtat et al. |
| 5,946,375 | A | 8/1999 | Pattison et al. |
| 5,946,388 | A | 8/1999 | Walker et al. |
| 5,951,643 | A | 9/1999 | Shelton et al. |
| 5,953,389 | A | 9/1999 | Pruett et al. |
| 5,953,406 | A | 9/1999 | LaRue et al. |
| 5,964,839 | A | 10/1999 | Johnson et al. |
| 5,978,465 | A | 11/1999 | Corduroy et al. |
| 5,987,415 | A | 11/1999 | Breese et al. |
| 5,991,735 | A | 11/1999 | Gerace |
| 6,003,013 | A | 12/1999 | Boushy et al. |
| 6,006,188 | A | 12/1999 | Bogdashevsky et al. |
| 6,009,163 | A | 12/1999 | Nabkel et al. |
| 6,014,647 | A | 1/2000 | Nizzari et al. |
| 6,021,428 | A | 2/2000 | Miloslavsky |
| 6,026,397 | A | 2/2000 | Sheppard |
| 6,029,153 | A | 2/2000 | Bauchner et al. |
| 6,058,163 | A | 5/2000 | Pattison et al. |
| 6,064,731 | A | 5/2000 | Flockhart et al. |
| 6,078,891 | A | 6/2000 | Riordan et al. |
| 6,108,711 | A | 8/2000 | Beck et al. |
| 6,128,380 | A | 10/2000 | Shaffer et al. |
| 6,151,571 | A | 11/2000 | Pertrnishin |
| 6,173,053 | B1 | 1/2001 | Bogart et al. |
| 6,185,534 | B1 | 2/2001 | Breese et al. |
| 6,205,215 | B1 | 3/2001 | Dombakly |
| 6,212,502 | B1 | 4/2001 | Ball et al. |
| 6,243,684 | B1 | 6/2001 | Stuart et al. |
| 6,275,806 | B1 | 8/2001 | Pertnishin |
| 6,286,030 | B1 | 9/2001 | Wenig et al. |
| 6,289,094 | B1 | 9/2001 | Miloslavsky |

(56)  **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,295,353 | B1 | 9/2001 | Flockhart et al. |
| 6,334,110 | B1 | 12/2001 | Walter et al. |
| 6,345,094 | B1 | 2/2002 | Khan et al. |
| 6,353,810 | B1 | 3/2002 | Petrushin |
| 6,363,145 | B1 | 3/2002 | Shaffer et al. |
| 6,363,346 | B1 | 3/2002 | Walters |
| 6,366,658 | B1 | 4/2002 | Bjornberg et al. |
| 6,366,666 | B2 | 4/2002 | Bengtson et al. |
| 6,370,574 | B1 | 4/2002 | House et al. |
| 6,389,132 | B1 | 5/2002 | Price |
| 6,392,666 | B1 | 5/2002 | Hong et al. |
| 6,404,883 | B1 | 6/2002 | Hartmeier |
| 6,411,687 | B1 | 6/2002 | Bohacek et al. |
| 6,411,708 | B1 | 6/2002 | Khan |
| 6,424,709 | B1 | 7/2002 | Doyle et al. |
| 6,427,137 | B2 | 7/2002 | Pertrushin |
| 6,434,230 | B1 | 8/2002 | Gabriel |
| 6,434,231 | B2 | 8/2002 | Neyman et al. |
| 6,446,119 | B1 | 9/2002 | Olah et al. |
| 6,466,663 | B1 | 10/2002 | Ravenscroft et al. |
| 6,480,601 | B1 | 11/2002 | McLaughlin |
| 6,480,826 | B1 | 11/2002 | Pertrushin |
| 6,490,560 | B1 | 12/2002 | Ramaswamy et al. |
| 6,510,220 | B1 | 1/2003 | Beckett, II et al. |
| 6,535,601 | B1 | 3/2003 | Flockhart et al. |
| 6,542,156 | B1 | 4/2003 | Hong et al. |
| 6,542,602 | B1 | 4/2003 | Elazar |
| 6,553,112 | B2 | 4/2003 | Ishikawa |
| 6,556,976 | B1 | 4/2003 | Callen |
| 6,567,504 | B1 | 5/2003 | Kercheval et al. |
| 6,567,787 | B1 | 5/2003 | Walker et al. |
| 6,574,605 | B1 | 6/2003 | Sanders et al. |
| 6,598,020 | B1 | 7/2003 | Kleindienst et al. |
| 6,600,821 | B1 | 7/2003 | Chan et al. |
| 6,601,031 | B1 | 7/2003 | O'Brien |
| 6,611,498 | B1 | 8/2003 | Baker et al. |
| 6,628,777 | B1 | 9/2003 | McIllwaine et al. |
| 6,643,622 | B2 | 11/2003 | Stuart et al. |
| 6,647,372 | B1 | 11/2003 | Brady et al. |
| 6,658,388 | B1 | 12/2003 | Kleindienst et al. |
| 6,658,391 | B1 | 12/2003 | Williams et al. |
| 6,662,156 | B2 | 12/2003 | Bartosik |
| 6,665,644 | B1 | 12/2003 | Kanevsky et al. |
| 6,674,447 | B1 | 1/2004 | Chiang et al. |
| 6,691,073 | B1 | 2/2004 | Erten et al. |
| 6,697,457 | B2 | 2/2004 | Pertrushin |
| 6,700,972 | B1 | 3/2004 | McHugh et al. |
| 6,711,543 | B2 | 3/2004 | Cameron |
| 6,721,417 | B2 | 4/2004 | Saito et al. |
| 6,721,704 | B1 | 4/2004 | Strubbe et al. |
| 6,724,887 | B1 | 4/2004 | Eilbacher et al. |
| 6,731,307 | B1 | 5/2004 | Strubbe et al. |
| 6,731,744 | B1 | 5/2004 | Khuc et al. |
| 6,735,298 | B2 | 5/2004 | Neyman et al. |
| 6,741,697 | B2 | 5/2004 | Benson et al. |
| 6,744,877 | B1 | 6/2004 | Edwards |
| 6,760,414 | B1 | 7/2004 | Schurko et al. |
| 6,760,727 | B1 | 7/2004 | Schroeder et al. |
| 6,766,012 | B1 | 7/2004 | Crossley |
| 6,788,768 | B1 | 9/2004 | Saylor et al. |
| 6,798,876 | B1 | 9/2004 | Bala |
| 6,839,671 | B2 | 1/2005 | Attwater et al. |
| 6,853,966 | B2 | 2/2005 | Bushey et al. |
| 6,864,901 | B2 | 3/2005 | Chang et al. |
| 6,868,154 | B1 | 3/2005 | Stuart et al. |
| 6,868,392 | B1 | 3/2005 | Ogasawara |
| 6,937,706 | B2 | 8/2005 | Bscheider et al. |
| 6,959,079 | B2 | 10/2005 | Elazar |
| 7,010,106 | B2 | 3/2006 | Gritzer et al. |
| 7,010,109 | B2 | 3/2006 | Gritzer et al. |
| 7,027,708 | B2 | 4/2006 | Nygren et al. |
| 7,043,745 | B2 | 5/2006 | Nygren et al. |
| 7,076,427 | B2 | 7/2006 | Scarano et al. |
| 7,103,553 | B2 | 9/2006 | Applebaum et al. |
| 7,127,058 | B2 | 10/2006 | O'Connor et al. |

| | | | |
|---|---|---|---|
| 7,184,540 | B2 | 2/2007 | Dezonno et al. |
| 7,219,138 | B2 | 5/2007 | Straut et al. |
| 7,222,075 | B2 | 5/2007 | Petrushin |
| 7,224,788 | B1 | 5/2007 | Rhee et al. |
| 7,263,474 | B2 | 8/2007 | Fables et al. |
| 7,305,345 | B2 | 12/2007 | Bares et al. |
| 7,346,151 | B2 | 3/2008 | Erhart et al. |
| 7,349,944 | B2 | 3/2008 | Vernon et al. |
| 7,406,413 | B2 | 7/2008 | Geppert et al. |
| 7,474,633 | B2 | 1/2009 | Halbraich et al. |
| 7,613,635 | B2 | 11/2009 | Blumenau |
| 7,940,914 | B2 | 5/2011 | Petrushin |
| 7,953,219 | B2 | 5/2011 | Freedman et al. |
| 7,995,717 | B2 | 8/2011 | Conway et al. |
| 8,060,364 | B2 | 11/2011 | Bachar et al. |
| 8,170,195 | B2 | 5/2012 | Conway et al. |
| 8,255,514 | B2 | 8/2012 | DeHaas et al. |
| 8,594,285 | B2 | 11/2013 | Conway et al. |
| 9,083,801 | B2 | 7/2015 | Conway et al. |
| 9,191,510 | B2 | 11/2015 | Conway et al. |
| 9,407,768 | B2 | 8/2016 | Conway et al. |
| 9,667,788 | B2 * | 5/2017 | Conway .............. H04M 3/5175 |
| 2001/0033644 | A1 | 10/2001 | Offer |
| 2003/0069780 | A1 | 4/2003 | Hailwood et al. |
| 2003/0072463 | A1 | 4/2003 | Chen |
| 2003/0154092 | A1 | 8/2003 | Bouron et al. |
| 2003/0185379 | A1 * | 10/2003 | O'Connor .............. H04L 51/14 |
| | | | 379/265.02 |
| 2003/0193504 | A1 | 10/2003 | Cook et al. |
| 2004/0054715 | A1 | 3/2004 | Cesario |
| 2004/0073569 | A1 | 4/2004 | Knott et al. |
| 2004/0100507 | A1 | 5/2004 | Hayner et al. |
| 2004/0162724 | A1 | 8/2004 | Hill et al. |
| 2004/0190687 | A1 | 9/2004 | Baker |
| 2005/0010411 | A1 | 1/2005 | Rigazion et al. |
| 2005/0010415 | A1 | 1/2005 | Hagen et al. |
| 2006/0262920 | A1 * | 11/2006 | Conway .............. G10L 15/1822 |
| | | | 379/265.02 |
| 2006/0265089 | A1 | 11/2006 | Conway et al. |
| 2008/0015865 | A1 | 1/2008 | Chiu |
| 2012/0284080 | A1 | 11/2012 | De Oliveira et al. |
| 2013/0051545 | A1 | 2/2013 | Ross et al. |
| 2016/0337519 | A1 | 11/2016 | Conway et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0998108 A1 | 5/2000 |
| EP | 1361739 A1 | 11/2003 |
| EP | 1635534 A2 | 3/2006 |
| GB | 2331201 | 5/1999 |
| GB | 2389736 | 12/2003 |
| WO | WO 01/74042 A2 | 10/2001 |
| WO | WO 02/17165 A2 | 2/2002 |
| WO | WO 02/073413 A2 | 9/2002 |
| WO | WO 03/009175 A1 | 1/2003 |
| WO | WO 03/0018909 A1 | 1/2003 |

OTHER PUBLICATIONS

Abstract: Garrison, P., "An Electronic Sales Call File," Computing for Business, vol. 9, No. 4, Apr. 1984, 1 page.
Abstract: Sullivan, Kristina B., Software helps salespeople generate new leads. (product announcement), PC Week, vol. 3, No. 38, Sep. 9, 1986, 2 pages.
Abstract: Kohli, Rajiv et al., Strategic application of organizational data through customer relational databases, Journal of Systems Management, vol. 44, No. 10, Oct. 1993, 2 pages.
"Efficiency ratio (ER) is increasingly era of permanent downsizing being looked to by bankers, analysts as a yardstick of operating success, in and cost reduction," Retail Banker International, No. 341 (Published in Ireland), Jan. 19, 1996, 3 pages.
Couretas, John, "Car dealer management software systems are being re-engineered with web technology to allow greater communications with customers," Automotive News, (Published in the United States), No. 5847, Nov. 8, 1999, 4 pages.
Abstract: "The Most Innovative Call Center Products We Saw in 1999," Call Center Magazine, vol. 13, No. 2, Feb. 1, 2000, 2 pages.

(56)         **References Cited**

OTHER PUBLICATIONS

Abstract: "etalk and Utopy to Provide Enhanced Quality Monitoring and Speech Analytics Solutions to Contact Centers," Newswire, Apr. 7, 2003, 2 pages.

Abstract: Tan, Run-hua et al., "Innovation Design of product based on TRIZ," Journal of Hebei University of Technology, vol. 33, No. 2, 2004, 2 pages.

Abstract: Testa, Bridget Mintz, "Call Monitoring Gets Emotional," Telecommunications Americas, vol. 38, No. 13, Dec. 1, 2004, 2 pages.

Satya Shah et al., "Technology Selection for Human Behaviour Modelling in Contact Centres," Cranfield University, 2006, pp. 1-29.

http://www.economist.com/news/science-and-technology/21578357-planassess-peoples-personal-characteristics-their-twitter-streams-no, "No Hiding Place: A Plan to Assess People's Personal Characteristics from their Twitter-Streams," May 25, 2013, 3 pages.

WIPO, PCT/US2004/025763, "International Search Report," Aug. 5, 2014, 3 pages.

WIPO, PCT/US2004/025763, "Written Opinion of the International Searching Authority," Aug. 5, 2014, 6 pages.

* cited by examiner



**FIG. 1**



*FIG. 2*



*FIG. 3*



*FIG. 4*

*FIG. 5*



*FIG. 6*

*FIG. 7*



**FIG. 8**



900

Receive Electronic Customer Communication Data — 905

↓

Identify Customer — 910

↓

Detect Behavioral Data — 915

↓

Output Data — 920

*FIG. 9*



1000

Separate Communication Into First and Second Constituent Data — 1005

↓

Analyze At Least One of First and Second Voice Data — 1010

↓

Generate Behavioral Assessment Data — 1015

*FIG. 10*



*FIG. 11A*



*FIG. 11B*



*FIG. 11C*



*FIG. 12*



1220
FIRST CONSTITUENT VOICE DATA

1225
SECOND CONSTITUENT VOICE DATA

1305
APPLY A NON-LINGUISTIC ANALYTIC TOOL AND GENERATING PHONE EVENT DATA

1306
APPLY A NON-LINGUISTIC ANALYTIC TOOL AND GENERATING PHONE EVENT DATA

1310
TRANSLATE VOICE DATA INTO TEXT FORMAT AND STORING IN TEXT FILE

1311
TRANSLATE VOICE DATA INTO TEXT FORMAT AND STORING IN TEXT FILE

1315
ANALYZE VOICE DATA (TEXT) AND GENERATE BEHAVIORAL ASSESSMENT DATA AND/OR DISTRESS ASSESSMENT DATA

1316
ANALYZE VOICE DATA (TEXT) AND GENERATE BEHAVIORAL ASSESSMENT DATA AND/OR DISTRESS ASSESSMENT DATA

1320
COMPARATIVE ANALYSIS TO GENERATE CALL ASSESSMENT DATA

1325
OUTPUT EVENT DATA CORRESPONDING TO AT LEAST ONE IDENTIFYING INDICIA AND AT LEAST ONE TIME INTERVAL

*FIG. 13*



*FIG. 14*

1

# SYSTEM AND METHODS FOR ANALYZING MULTICHANNEL COMMUNICATIONS INCLUDING VOICE DATA

## CROSS-REFERENCE TO RELATED APPLICATION

This application is a continuation of U.S. patent application Ser. No. 15/224,002, filed Jul. 29, 2016, now allowed, which is a continuation of U.S. patent application Ser. No. 14/808,092, filed Jul. 24, 2015, now U.S. Pat. No. 9,407,768, which is a continuation of U.S. patent application Ser. No. 13/828,864, filed Mar. 14, 2013, now U.S. Pat. No. 9,191,510, the contents of each of which is hereby incorporated herein in its entirety by express reference thereto.

## TECHNICAL FIELD

The present disclosure relates generally to a method and system for analyzing electronic communication data and generating a responsive communication, and more particularly to applying a psychological behavioral model to such electronic customer communication data and generating a responsive communication based on that behavioral assessment data.

## BACKGROUND OF THE DISCLOSURE

It is known to use call centers to facilitate the receipt, response and routing of incoming telephonic communications relating to customer service and sales. Generally, a customer communicates via telephone with a customer service representative ("CSR") or contact center agent who is responsible for responding to customer inquiries and/or directing the customer to an appropriate individual, department, information source, or service as required to satisfy the customer's needs.

It is also well known to monitor calls and other electronic communications between a customer and a call center. Accordingly, call centers typically employ individuals responsible for listening to the conversation, or monitoring other types of electronic communications, between a customer and an agent. Many companies have in-house call centers to respond to customer complaints and inquiries. In many cases, however, it has been found to be cost effective for a company to use a third party call center to handle such inquiries. Call centers may be located thousands of miles away from a company's location or a customer. This often results in inconsistent and subjective methods of monitoring, training and evaluating contact center agents. These methods also may vary widely from call center to call center.

For typical call centers, call monitoring may occur in real time. In some instances, call centers may accumulate data for later review. Information gathered by a call center is typically used to provide a corrective response, to monitor agents of a call center and to identify possible training needs. Based on the review and analysis of the incoming data, a monitor can make suggestions or recommendations to improve the quality of the customer interaction.

Accordingly, there is a need in the field of customer relationship management ("CRM") for an objective tool useful in improving the quality of customer interactions with agents, and ultimately customer relationships. In particular, a need exists for an objective monitoring and analysis tool which provides information about a customer's perception of an interaction with a service. In the past, post-interaction data collection methods have been used to survey callers for

2

feedback. Although such surveys have enjoyed some degree of success, their usefulness is directly tied to a customer's willingness to provide data after an interaction.

Recently, there has arisen an increase in the use of electronic mail, social media data feeds and web data and other electronic customer communication data. Conventional call centers do not account for the collection of this type of customer commentary regarding the quality of products or services. As such, a need has arisen for an objective tool useful for monitoring and analyzing not only telephonic communications, but also electronic data transmissions.

Certain psychological behavioral models have been developed as tools to evaluate and understand how and/or why one person or a group of people interacts with another person or group of people. The Process Communication Model® ("PCM") developed by Dr. Taibi Kahler is an example of one such behavioral model. Specifically, PCM presupposes that all people fall primarily into one of six basic personality types: Reactor, Workaholic, Persister, Dreamer, Rebel and Promoter. Although each person is one of these six types, all people have parts of all six types within them arranged like a "six-tier configuration." Each of the six types learns differently, is motivated differently, communicates differently, and has a different sequence of negative behaviors in which they engage when they are in distress. Importantly, each PCM personality type responds positively or negatively to communications that include tones or messages commonly associated with another of the PCM personality types. Thus, an understanding of a communicant's PCM personality type offers guidance as to an appropriate responsive tone or message. There exists a need for a system and method that analyzes the underlying behavioral characteristics of customer and agent communications by automatically applying a psychological behavioral model such as, for example PCM, to collected electronic data.

The embodiments described herein should overcome one or more of the deficiencies of conventional systems and methods.

## SUMMARY

Various embodiments of a first aspect of the present disclosure include the following. In a first embodiment, the disclosure encompasses a method for analyzing electronic customer communication data, generating behavioral assessment data and generating a responsive communication, that includes receiving, by a server, electronic customer communication data of two or more types, wherein the server is configured to provide a user interface including a web site, web portal, or virtual portal, and wherein at least one of the two or more types of electronic customer communication data includes social media data, update status, media feed, social media review, social media data stream, social media profile or social media account setup, determining customer identification data associated with the electronic customer communication data by the server, analyzing the electronic customer communication data by applying a predetermined linguistic-based psychological behavioral model to the electronic customer communication data, generating behavioral assessment data by the contact center based on said analyzing, the behavioral assessment data providing a personality type for the analyzed electronic customer communication data, generating a responsive communication based on the generated behavioral assessment data, and providing the responsive electronic communication via the user interface.

In a second embodiment, the disclosure encompasses a customer-responsive computer program product stored on a non-transitory computer readable medium including computer executable code for analyzing electronic customer communication data, generating behavioral assessment data and generating a responsive communication, where the computer program product includes instructions that, when executed, receive, by a server, electronic customer communication data of two or more types, wherein the server is configured to provide a user interface including a web site, web portal, or virtual portal, and wherein at least one of the two or more types of electronic customer communication data includes social media data, update status, media feed, social media review, social media data stream, social media profile or social media account setup, determine customer identification data associated with the electronic customer communication data by the server, analyze the electronic customer communication data by applying a predetermined linguistic-based psychological behavioral model to the electronic customer communication data, generate behavioral assessment data by the contact center based on said analyzing, the behavioral assessment data providing a personality type for the analyzed electronic customer communication data, generate a responsive communication based on the generated behavioral assessment data, and provide the responsive electronic communication via the user interface.

In a third embodiment, the disclosure encompasses a method for analyzing electronic customer communication data, generating behavioral assessment data and generating a responsive communication, that includes receiving, by a server, electronic customer communication data of two or more types, wherein the server is configured to provide a user interface including a web site, web portal, or virtual portal, and wherein at least one of the two or more types of electronic customer communication data includes social media data, update status, media feed, social media data stream, social media profile or social media account setup, identifying a customer associated with the electronic customer communication data received by the server, aggregating electronic customer communication data from one or more sources based on identification of the customer from the electronic customer communication data, analyzing the aggregated electronic customer communication data by applying a predetermined linguistic-based psychological behavioral model to the electronic customer communication data for that identified customer, generating behavioral assessment data by the contact center based on said analyzing, the behavioral assessment data providing a personality type for the analyzed electronic customer communication data, generating a responsive communication based on the generated behavioral assessment data, and providing the responsive electronic communication via the user interface.

In a fourth embodiment, the disclosure encompasses a system configured to analyze customer communications and provide a responsive communication based on behavioral data from the customer communications, that includes a node including a processor and a non-transitory computer readable medium operably coupled thereto, the non-transitory computer readable medium including a plurality of instructions stored in association therewith that are accessible to, and executable by, the processor, where the plurality of instructions includes instructions, that when executed, receive by the processor electronic customer communication data of two or more types, wherein the server is configured to provide a user interface including a web site, web portal, or virtual portal, and wherein at least one of the two or more

types of electronic customer communication data includes social media data, update status, media feed, social media review, social media data stream, social media profile or social media account setup, determine customer identification data associated with the electronic customer communication data by the processor, analyze the electronic customer communication data by applying a predetermined linguistic-based psychological behavioral model to the electronic customer communication data, generate behavioral assessment data by the contact center based on said analyzing, the behavioral assessment data providing a personality type for the analyzed electronic customer communication data, generate a responsive communication based on the generated behavioral assessment data, and provide the responsive electronic communication via the user interface.

Various embodiments of a second aspect are now described. According to one embodiment, a method is provided for analyzing electronic customer communication data of one or more types. Electronic mail data, electronic social media data, and web content data (including internet survey data, blog data, microblog data, on line video data, discussion forum data and chat data), SMS data, VOIP data, and other electronic customer content data and voice data from telephonic communications. Once electronic customer communication data is received, customer identification data associated with the electronic customer communication data is determined by the contact center the data, and the data is analyzed by mining the data and applying a predetermined linguistic-based psychological behavioral model to the data. According to one embodiment of the present method, behavioral assessment data is generated based on analyzing the electronic communication data. The generated behavioral assessment data includes a personality type corresponding to the analyzed electronic communication data.

According to another embodiment, a method of analyzing an electronic customer communication data includes aggregating electronic customer communication data. In some embodiments, aggregated electronic customer communication data may be used to generate a text file. The aggregated electronic communication data may be analyzed by mining the text file and applying a predetermined linguistic-based psychological behavioral model to the text file. Behavioral assessment data is generated based on analyzing the aggregated electronic communication data. The generated behavioral assessment data includes a personality type corresponding to the analyzed aggregated electronic communication data.

According to another embodiment, a method of analyzing social media data is provided. Once social media data is received, the social media data can be analyzed by mining the social media data and applying a predetermined linguistic-based psychological behavioral model to the mined social media data. Behavioral assessment data is generated based on the step of analyzing the electronic communication data. The generated behavioral assessment data includes a personality type corresponding to the analyzed electronic communication data.

According to another embodiment, a method of analyzing a telephonic communication between a first communicant to the telephonic communication and a second communicant to the telephonic communication is provided. The method may include employing one or more types of electronic customer communication data with voice data to generate behavioral assessment data. The telephonic communication is separated into at least first and second constituent voice data. The first constituent voice data is generated by the first communicant and the second constituent voice data is generated by the

second communicant. The separated first and second constituent voice data is analyzed by mining the separated first and second constituent voice data and applying a predetermined linguistic-based psychological behavioral model to the separated first and second constituent voice data. Behavioral assessment data is generated that includes a personality type corresponding to the analyzed constituent voice data based on the step of analyzing one of the first and second constituent voice data.

According to one embodiment, either or both of the first and second constituent voice data is aggregated with the electronic communication data (i.e., one or more of the electronic mail data, electronic social media data, and web content data), and the text file is generated from the aggregation. According to one embodiment, a text file is generated that includes a textual translation of at least one of the first and second constituent voice data before the analyzing step, the analyzing step being performed on the text file.

In yet another embodiment, a method is provided for analyzing electronic customer communication data and generating behavioral assessment data. The method can include receiving electronic customer communication data by a contact center, determining customer identification data associated with the electronic customer communication data by the contact center, analyzing the electronic customer communication data by applying a predetermined linguistic-based psychological behavioral model to the electronic customer communication data. The method may also include generating behavioral assessment data by the contact center based on said analyzing, the behavioral assessment data providing a personality type for the analyzed electronic customer communication data, and outputting a notification including the behavioral assessment data by the contact center based on detection of the customer identification data.

The methods described above can be embodied in a non-transitory computer readable medium adapted to control an executable computer readable program code for implementing one or more of the methods therein. The computer program would include code segments or routines to enable all of the functional aspects of the interface described or shown herein.

According to still another embodiment of the above aspects, the computer program also includes a code segment for generating a graphical user interface ("GUI"). The GUI can also be embodied in a computer program stored on computer readable media. The computer program would include code segments or routines to enable all of the functional aspects of the interface described or shown herein.

Various embodiments of a third aspect are now described. In one embodiment, the present disclosure encompasses a customer analysis method for analyzing electronic customer communication data and generating behavioral assessment data, which method includes: receiving a plurality of types of electronic customer communication data by one or more servers configured to provide a user interface that includes a web site, web portal, or virtual portal or application, wherein at least one of the types of electronic communication data includes voice data, generating a text file from the voice data, identifying a customer associated with the electronic communication data received by the one or more servers, generating behavioral assessment data for the electronic communication data for that identified customer by analyzing the customer's electronic communication data, and displaying instructions to a user via a reporting engine, wherein the instructions are based on the generated behavioral assessment data, wherein the user includes the identified customer or a customer service agent.

In a second embodiment, the present disclosure encompasses a behavioral assessment computer program product stored on a non-transitory computer readable medium including computer executable code for analyzing electronic customer communication data, generating behavioral assessment data and displaying instructions to a user, where the computer program product includes instructions that, when executed: receive, by one or more servers, a plurality of types of electronic customer communication data configured to provide a user interface comprising a web site, web portal, or virtual portal or application, wherein at least one of the types of electronic communication data includes voice data; generate, by the one or more servers, a text file from the voice data; identify, by the one or more servers, a customer associated with the electronic communication data received by the one or more servers; generating, by the one or more servers, behavioral assessment data for the electronic communication data for that identified customer by analyzing the customer's electronic communication data; and display instructions to a user via a reporting engine, wherein the instructions are based on the generated behavioral assessment data, wherein the user includes the identified customer or a customer service agent.

In a third embodiment, the present disclosure encompasses a system configured to analyze customer communications and display instructions to a user based on behavioral assessment data from the customer communications, which system includes: a node that includes a processor and a non-transitory computer readable medium operably coupled thereto, the non-transitory computer readable medium including a plurality of instructions stored in association therewith that are accessible to, and executable by, the processor, where the plurality of instructions includes: instructions that, when executed, receive a plurality of types of electronic customer communication data configured to provide a user interface comprising a web site, web portal, or virtual portal or application, wherein at least one of the types of electronic communication data includes voice data; instructions that, when executed, generate a text file from the voice data; instructions that, when executed, identify a customer associated with the electronic communication data received by the processor; instructions that, when executed, generate behavioral assessment data for the electronic communication data for that identified customer by analyzing the customer's electronic communication data; and instructions that, when executed, display instructions to a user via a reporting engine, wherein the instructions are based on the generated behavioral assessment data, wherein the user includes the identified customer or a customer service agent.

Other features and advantages will be apparent from the following specification taken in conjunction with the following drawings.

## BRIEF DESCRIPTION OF THE DRAWINGS

The present disclosure is best understood from the following detailed description when read with the accompanying figures. It is emphasized that, in accordance with the standard practice in the industry, various features are not drawn to scale. In fact, the dimensions of the various features may be arbitrarily increased or reduced for clarity of discussion.

FIG. **1** is a simplified system diagram according to one or more embodiments.

FIG. **2** is a simplified block diagram of a computing device according to one or more embodiments.

FIG. **3** is a simplified diagram according to one or more embodiments.

FIG. **4** is a schematic diagram illustrating a process of analyzing electronic communication data in accordance with one or more embodiments.

FIG. **5** is a method of analyzing electronic communication data according to one or more embodiments.

FIG. **6** is a flowchart depicting analysis of electronic customer communication data according to one or more embodiments.

FIG. **7** is a flowchart depicting analysis of electronic customer communication data according to one or more embodiments.

FIG. **8** is a graphical representation of providing a behavioral analytics alert according to one or more embodiments.

FIG. **9** is a flowchart depicting output of data based on received electronic customer communication data according to one or more embodiments.

FIG. **10** is a flowchart depicting analysis of electronic customer communication data according to one or more embodiments.

FIGS. **11A-11B** are schematic diagrams of a telephonic communication system according to one or more embodiments.

FIG. **11C** is a schematic diagram of a telephonic communication system with a multi-port PSTN module according to one or more embodiments.

FIG. **12** is a flow chart illustrating a process of recording and separating a telephonic communication according to one or more embodiments.

FIG. **13** is a flow chart illustrating a process of recording and separating a telephonic communication according to one or more embodiments.

FIG. **14** is a flow chart illustrating a process of analyzing separated constituent voice data of a telephonic communication in according to one or more embodiments.

DETAILED DESCRIPTION

For the purposes of promoting an understanding of the principles of the present disclosure, reference will now be made to the embodiments illustrated in the drawings, and specific language will be used to describe the same. It is nevertheless understood that no limitation to the scope of the disclosure is intended. Any alterations and further modifications to the described devices, systems, and methods, and any further application of the principles of the present disclosure are fully contemplated and included within the present disclosure as would normally occur to one of ordinary skill in the art to which the disclosure relates. In particular, the features, components, and/or steps described with respect to one embodiment may be combined with the features, components, and/or steps described with respect to other embodiments of the present disclosure. For the sake of brevity, however, the numerous iterations of these combinations will not be described separately.

FIG. **1** is a simplified system diagram of a system including contact center **105** according to one or more embodiments. As shown in FIG. **1**, contact center **105** may include one or more servers, such as servers **106**$_{1-n}$ for receiving electronic customer communication data.

A "contact center" as used herein can include any facility or system server suitable for receiving and recording electronic communications data from customers. In one embodiment, electronic customer communication data can include,

for example, telephone calls, facsimile transmissions, web interactions, voice over IP ("VoIP"), and video data with contact center **105**. According to another embodiment, electronic customer communication data is at least one of electronic-mail data, web content data, text message data, voice over IP data, and online forum data received by contact center **105**. In certain embodiments, electronic customer communication data may include social media data, such as one or more of an update status, media feed, social media review, and a social media data stream. According to another embodiment, electronic customer communication data may be provided by a customer during communication with contact center **105**, the electronic customer communication data being associated with one or more of a pop-up window message, computer display, and application window and graphical user interface for the contact center. Contact center **105** may be configured to aggregate electronic customer communication data from one or more channels and generate behavioral assessment data based on the aggregated data.

Contact center **105** may be configured to receive electronic customer communication data from customers via one or more channels, or mediums, in order to allow for multi-channel input of customer data and interactions. As shown in FIG. **1**, contact center **105** may interface with one or more of customers **115**$_{1-n}$ via communication network **110**. According to another embodiment, contact center **105** may receive electronic customer communication data from one or more devices, such as mobile communication device **120**, fax machine **125**, computer **130** and server **135**. Communications with contact center **105** via communication network **110** may be transmitted by and through any type of telecommunication device and over any medium suitable for carrying data. For example, the communications may be transmitted by or through telephone lines, network cable or wireless communications.

In certain embodiments, electronic customer communication data may be received by one or more of servers **106**$_{1-n}$ of contact center **105** based on a user interface provided contact center **105**. By way of example, contact center **105** may provide a user interface, such as a web site or web portal that may be accessed for providing one or more of telephonic communications relating to one or more of customer service, customer satisfaction, customer preference, customer retention, and sales. In some embodiments, servers **106**$_{1-n}$ of contact center **105** may each be configured to capture specific channels. In other embodiments, contact center **105** may communicate with a server, such as server **135**, configured to provide a user interface of customer interaction. One or more of servers **106**$_{1-n}$ and server **135** may be configured to provide a virtual portal or user interface for contact center **105**. In certain embodiments, server **135** may be a third-party server configured to receive electronic customer communication data, and to transmit the received electronic customer communication data to contact center **105**. By way of example, server **135** may be a third-party server hosting a network service (e.g., web based service, social media service, etc.) configured to collect and store customer data. In some instances, server **135** may be associated with a social media service. As will be discussed in more detail below, contact center **105** may be configured to monitor and/or analyze electronic customer communication data received form server **135**. In one embodiment, analysis of the electronic customer communication data received from server **135** may be used by contact server **105** to evaluate and monitor server **135**.

Contact center **105** may be configured to receive and record varying electronic communications and data formats that represent an interaction with one or more customers. Each type of electronic customer communication may relate to a channel. Accordingly, by receiving one or more types of electronic customer communication data behavioral assessment data may be generated for multichannel applications. In certain embodiments, the method for analyzing an electronic communication between a customer and a contact center can be implemented by a computer program. In more specific terms, computer hardware associated contact center **105** may be operating on or more computer programs that may be used in connection with embodiments described herein.

Contact center **105** may be configured to provide customer service resources for one or more entities (e.g., company, corporation, government entity, utility, voice and/or data service providers, broadcasters, etc.). In certain embodiments, contact center **105** may be associated with a particular entity. In other embodiments, contact center **105** may be provided by a third-party for providing customer service to a plurality of entities.

As shown in FIG. **1**, contact center **105** may interface with one or more customers **115**$_{1-n}$. As used herein, a "customer" may be a purchaser or registered user of a service, an entity acting on behalf of a purchaser or registered user of service, an unregistered user of service, and/or entity communicating with contact center **105**. Contact center **105** may be configured to track and/or store contact information, identifying information, and electronic customer communication data for one or more customers.

FIG. **2** is a simplified block diagram of a computing device according to one or more embodiments. Computing device **200** may be configured to receive electronic customer communication data and generate behavioral assessment data according to one or more embodiments. For purposes of understanding the hardware as described herein, the terms "computer" and "server" have identical meanings and are interchangeably used. Computing device **200** includes processor **205**, and memory **210** storing a computer program product **215**. As shown in FIG. **2**, computing device **200** additionally includes local interface **220** and communication interface **230**. Processor **205** can be a hardware device for executing software, including computer program **215** stored in memory **210**. Processor **205** can be a custom made or commercially available processor, a central processing unit (CPU), an auxiliary processor among several processors associated with the computing device **200**, a semiconductor based microprocessor (in the form of a microchip or chip set), a macroprocessor, or generally any device for executing software instructions.

According to one or more embodiments, memory **210** can include any one, or combination of, volatile memory elements (e.g., random access memory (RAM, such as DRAM, SRAM, SDRAM, etc.)) and nonvolatile memory elements (e.g., ROM, hard drive, tape, CDROM, etc.). Moreover, memory **210** may incorporate electronic, magnetic, optical, and/or other types of storage media. In some embodiments, memory **210** may have a distributed architecture where various components are situated separate from, or remote from, one another, but can be accessed by the processor **205**. Memory **210** can include one or more separate programs, each of which having an ordered listing of executable instructions for implementing logical functions. For example, memory **210** can include computer program **215** and one or more programs for providing an operating system (O/S). Computer program product **215** can be implemented

in software (e.g., firmware), hardware, or a combination thereof. Computer program **215** may be a control system, a source program, executable program (object code), script, or any other non-transitory computer readable code comprising instructions to be performed. When computing device **200** is in operation, the processor **205** is configured to execute software stored within the memory **210**, to communicate data to and from the memory **210**, and to generally control operations of the computing device **200** pursuant to the software.

In one embodiment, computer program **215** may be implemented in software and may be stored on any nontransitory computer readable medium for use by or in connection with any computer related system or method. In the context of this document, a "computer-readable medium" can be any non-transitory means that can store, communicate, propagate, or transport the program for use by or in connection with the instruction execution system, apparatus, or device. The computer readable medium can be, for example but not limited to, an electronic, magnetic, optical, electromagnetic, infrared, or semiconductor system, apparatus, or device. More specific examples (a non-exhaustive list) of the computer-readable medium would include the following: an electrical connection (electronic) having one or more wires, a portable computer diskette (magnetic), a random access memory (RAM) (electronic), a read-only memory (ROM) (electronic), an erasable programmable read-only memory (EPROM, EEPROM, or Flash memory) (electronic), an optical fiber (optical), and a portable compact disc read-only memory (CDROM) (optical). In another embodiment, computer program **215** may be implemented in hardware by one or more of a discrete logic circuit(s) having logic gates for implementing logic functions upon data signals, an application specific integrated circuit (ASIC) having appropriate combinational logic gates, a programmable gate array(s) (PGA), a field programmable gate array (FPGA), etc.

I/O devices **225** may include input devices, for example but not limited to, a keyboard, mouse, scanner, microphone, touch screens, interfaces for various medical devices, bar code readers, stylus, laser readers, radio-frequency device readers, etc. Furthermore, the I/O devices **225** may also include output devices, for example but not limited to, a printer, bar code printers, displays, etc. I/O devices **225** may further include devices that communicate both inputs and outputs, for instance but not limited to, a modulator/demodulator (modem; for accessing another device, system, or network), a radio frequency (RF) or other transceiver, a telephonic interface, a bridge, a router, etc. In certain embodiments processor **205** of computing device **200** may include communication interface **230** for communication with one or more or other devices via wired and/or wireless communication. Communication interface **230** may be configured to allow for communication with via a communication network (e.g., communication network **110** of FIG. **1**).

Referring now to FIG. **3**, a simplified system diagram is shown according to one or more embodiments. According to one embodiment, system **300** includes server **305** configured to receive electronic customer communication data. Server **305** may be associated with a contact center (e.g., contact center **105** of FIG. **1**) and may be configured to receive communications of one or more types (e.g., multichannel) from customers and/or electronic data sources via communication network **315**. As shown in FIG. **3**, system **300** includes server **305**, associated with a contact center, however, it should be appreciated that system **300** may include a plurality of servers associated with a contact center. In

11

certain embodiments, server **305** may be located within a contact center. In other embodiments, server **305** may be a shared server (e.g., cloud sever, etc.) configured to provide data to a contact center. Server **305** may be configured to receive and store electronic customer data in data storage **310**, which may include one or more memory storage devices. In certain embodiments, data storage **310** may be distributed storage. According to one embodiment, server **305** may analyze electronic customer communication data received from one or more channels. As such, multi-channel electronic customer communication data may be received, stored, and/or analyzed for one or more customers.

Server **305** may be configured to communicate with one or more devices, such as mobile device **320**, computing device **325**, servers **330** and/or personal computing device **340**. As will be discussed below, electronic communication data, from these devices may be received by server **305** and analyzed based on the type of communication employed. By allowing for multiple channels of communication with server **305**, a plurality of data types may be used to generate behavioral assessment data for a user.

According to one embodiment, devices for communicating with server **305**, such as device **325**, may be smart computing devices. Smart computing devices can be computing devices such as laptop or desktop computers, smartphones, PDAs, portable media players, tablet computers, televisions or other displays with one or more processors coupled thereto or embedded therein, or other appropriate computing devices that can be used to for displaying a web page or web application.

In one embodiment, server **305** can include a network address for receiving electronic customer communication data over communication network **315**. By way of example, a contact center may have one or more contact numbers (e.g., telephone, text messaging, short message service (SMS), multimedia message service (MMS), etc.) or network addresses (e.g., email, electronic messaging, voice over IP, IP address, etc.). Customers may communicate with contact center **305** by sending one or more messages to the contact center. In some cases, electronic communication data may be initiated by a customer regarding a request for service, a change to service, information for an account, and/or to speak with an agent associated with a service.

According to another embodiment, a contact center may receive electronic customer data from one or more third-party servers. Servers **330** may be third-party servers, such as servers responsible for hosting a social networking site, including calendar functions, message boards, synchronous communications, forum discussions and the like. Servers **3330** can also be responsible for sending and receiving electronic messages to devices **320**, **325** and **340** via communication network **315** (for example, a LAN, WAN, WiFi, or the Internet) or causing such messages to be sent. Servers **330** also may be configured to provide one or more application programming interfaces (APIs) for the integration of mobile-to-web extension applications.

Servers **330** may be configured to provide a user interface (e.g., website, portal, etc.) for customers to access data for accounts and/or service. In one embodiment, servers **330** may be social media servers including accounts for the social media service of customers and one or more accounts for a contact center. Servers may allow for customers to interact with the profile or account setup by the contact center via one or more applications or programs run by servers **330**. Server **305** may be configured to receive data for one or more accounts of the contact center on servers **330** and via one or more application programming interfaces

12

(APIs). In certain embodiments, server **305** may be configured to fetch data. In other embodiments, server **305** may be configured to receive pushed data.

According to another embodiment, one or more of devices **320**, **325** and **340** may include applications (e.g., apps) that are dedicated for providing a user interface on the device for communicating and receiving data from server **305**. In addition to providing electronic customer communication data, the applications may provide identification of a customer or user of a device, usage details, metadata, application interaction data, etc.

According to one or more embodiments, behavioral assessment data may be generated by analyzing electronic customer communication data. Analyzing electronic customer communication data and generating behavioral assessment data are discussed below with reference to FIGS. **4**-**10**. According to one or more embodiments, electronic customer communication data can be one or more of electronic mail data, electronic social media data, and web content data electronic mail data, electronic social media data, and web content data (including internet survey data, blog data, micro-blog data, on line video data, discussion forum data, chat feed data), SMS data, VOIP data, and other electronic customer content data and voice data generated during a telephonic communication.

In FIG. **4**, a schematic diagram illustrates a process of analyzing electronic communication data in accordance with one or more embodiments. In one embodiment, electronic customer communication data can be received at block **405**. At block **410**, an analytics engine can analyze the electronic customer communication data received at block **405**, which can include one or more of mining data from the communication, converting data in the communication to a file, determining the sender of the data, identifying a customer associated with the data, determining the reason for the data being sent, identifying the type of communication that is being sent, aggregating data, etc. In certain embodiments, analyzing at block **410** may include applying one or more behavioral models to electronic customer communication data. A behavioral model may apply one or more analytic engines for detecting behavioral signifiers, detecting customer interests and personality types.

In block **415**, electronic customer communication data may be stored based on one or more attributes or fields of interest. As shown in FIG. **4**, electronic customer communication data may be profiled for storage at block **415** based on one or more of customer index, personality, attitude, megaphone, and a web content score. For example, data may be characterized by one or more profile fields. It should be appreciated however, that other types of profile information may be employed at block **415**. Based on profile information determined at block **415**, data may be generated or added to provide a data mart for customers. By way of example, data determined for a particular customer may be stored and/or associated with a particular customer profile at block **420**. Customer profiles may be assigned one or more identification numbers, including but not limited to an account number, mobile communication number, etc. In certain embodiments, customer data stored at block **420** may be based on one or more network communication addresses employed for contacting a contact center.

According to another embodiment, data profiled at block **415** may be provided to one or more of a profile engine at block **425**, influence engine at block **430**, and reporting engine at block **435** for generating and outputting behavioral assessment data. The profile engine at block **425** may be configured to match electronic customer communication

data to one or more profiles. The influence engine at block 430 may be configured to assess the relevancy of electronic customer communication data. For example, influence engine 430 may select or discard recent or previously stored electronic customer communication data based on the relevancy to a particular series of events or an incoming communication from a customer. The reporting engine at block 435 may be configured to generate reports of electronic customer communication data.

Referring now to FIG. 5, a method of analyzing electronic communication data is shown according to one or more embodiments. Process 500 of FIG. 5 may be employed by a contact center, and/or performed by one or more servers associated with a contact center. Process 500 may be initiated by receiving electronic customer communication data at block 505. In one embodiment, electronic customer communication data at block 505 can include one or more of a telephone call, facsimile transmission, web interaction, voice over IP ("VoIP") data, and video data received by one or more servers associated with a contact center. According to another embodiment, electronic customer communication data is at least one of electronic-mail data, web content data, text message data, voice over IP data, and online forum data received by one or more servers associated with a contact center. In certain embodiments, electronic customer communication data at block 505 may include social media data, such as one or more of an update status, media feed, social media review, and a social media data stream. Electronic customer communication data received at block 505 may be from one or more channels. As will be discussed below, the electronic customer communication data from one or more channels may be multi-channel data (e.g., received from one or more channels and/or source types), which can be aggregated to generate behavioral and/or analytic data by one or more servers of a contact center.

According to another embodiment, electronic customer communication data may be provided by a customer during communication with contact center, the electronic customer communication data being associated with one or more of a pop-up window message, computer display, and application window and graphical user interface for the contact center. By way of example, electronic customer communication data can be generated by a computer or mobile device operated by a user to communicate with the contact center. In certain cases, an application on the customers device, such as an application for monitoring an account and paying bills for a service associated with the contact center, can transmit electronic customer communication to a server associated with a contact center.

At block 510, process 500 analyzes the electronic customer communication data received at block 505. Analysis of electronic customer communication data may be performed by one or more servers of a contact center. In one embodiment, electronic customer communication data is analyzed at block 510 by mining the data and applying a predetermined linguistic-based psychological behavioral model to the electronic communication data. For examiner, the electronic customer communication data may be mined to determine the purpose of the communication, customer activity associated with the contact center, a type of transaction, behavioral signifiers, etc. Analysis at block 510 may include identifying or determining the type of communication in which the electronic customer communication data is associated with. As will be discussed in more detail below with reference to FIG. 6, electronic customer communication data identified with a customer may be stored and/or aggregated. Process 500 may include one or more servers of

a contact center determining customer identification data associated with the electronic customer communication data. Analysis at block 510 of the electronic customer communication data is associated may be based on the type of data detected. For example, for certain types of communication, a behavior model may assess the criteria based on one or more signifiers particular to the communication type.

Analysis at block 510 may include determining identifying indicia of a customer and/or a behavioral signifier in the electronic customer data. Table 2 provides behavioral signifiers (i.e., words) that may be associated with a corresponding behavioral type in the PCM Model according to one or more embodiments.

Behavioral assessment data is generated at block 515. In one embodiment, process 500 generates behavioral analysis data based on the analysis of received electronic customer communication data at block 515 and data mined from the communication. As will be discussed below, behavioral assessment data, generated by one or more servers of the contact center, includes a personality type corresponding to the analyzed electronic communication data. Behavioral assessment data generated by process 500 may be employed by the contact center in one or more ways. In one embodiment, behavioral assessment data may be employed by the contact center to assist customers. As will be discussed in more detail below with respect to FIG. 9, one or more notifications of behavioral data may be output to an agent of a contact center to provide the context of a customer's interaction with a contact center and intent for contacting a contact center. According to another embodiment, behavioral assessment generated by process 500 may be employed for one or more analytics to monitor a customer agent of a contact center, third party service provided of the contact center and the customer service of the contact center as a whole. The behavioral assessment data can allow for monitoring effectiveness of a contact center agent, third party call center, etc., by providing performance metrics rating the effectiveness based on a behavioral model and/or one or more performance management criteria. In addition to monitoring effectiveness, behavioral assessment data can provide output data characterizing one or more of customer satisfaction, ability to correct customer needs, and improvements to customer service.

In another embodiment, multiple forms of electronic communication data are received at block 505 and aggregated at block 510. A text file may optionally be generated from aggregated electronic customer communication data at block 525. The aggregated electronic communication data can be analyzed by mining the text file and applying a predetermined linguistic-based psychological behavioral model to the text file at block 525. Behavioral assessment data may then generated based on the aggregated electronic communication data.

According to another embodiment, a psychological behavioral model used to analyze the electronic customer communication data is the Process Communication Model® ("PCM") developed by Dr. Taibi Kahler. PCM is a psychological behavioral analytic tool which presupposes that all people fall primarily into one of six basic personality types: Reactor, Workaholic, Persister, Dreamer, Rebel and Promoter. Although each person is one of these six types, all people have parts of all six types within them arranged like a six-tier configuration. Each of the six types learns differently, is motivated differently, communicates differently, and has a different sequence of negative behaviors they engage in when they are in distress. Importantly, according to PCM, each personality type of PCM responds positively or nega-

15

tively to communications that include tones or messages commonly associated with another of the PCM personality types. Thus, an understanding of a communicant's PCM personality type offers guidance as to an appropriate responsive tone or message or wording.

According to the PCM Model, behavioral characteristics are associated with the respective personality types. For example, Table 1 provides behavioral characteristics that may be associated with a corresponding behavioral type in the behavioral model employed by process 500.

TABLE 1

| Process Communication Model (PCM) Personality Type | Behavioral Characteristics |
|---|---|
| Reactors | compassionate, sensitive, and warm; great "people skills" and enjoy working with groups of people |
| Workaholics | responsible, logical, and organized |
| Persisters | conscientious, dedicated, and observant; tend to follow the rules and expect others to follow them |
| Dreamers | reflective, imaginative, and calm |
| Rebels | creative, spontaneous, and playful |
| Promoters | resourceful, adaptable, and charming |

The behavioral characteristics of Table 1 may be categorized by words, tones, gestures, postures and facial expressions, and can be observed objectively with significantly high interjudge reliability.

Behavioral assessment data may be based on comparison of the electronic customer communication data to one or more libraries of data, wherein one or more words or phrases can be evaluated. For example, behavioral data generated at block 515 may assess a level of distress, wherein electronic customer communication data including the term "manager" will escalate the communication. In that fashion, a language based model may be applied to customer communications. The model may apply linguistic analysis to received data to create one or more structures evaluating the customer, communication and contact center.

Behavioral assessment data may be stored at block 520 by one or more servers associated with a contact center. In one embodiment, behavioral data may be stored based on one or more customer identifiers determined at block 510. According to another embodiment, behavioral assessment data may be stored at block 520 by associated the data with identifying indicia associated with a customer, such as one or more fields, profiles, identification numbers, account numbers, email addresses, source identifier of the communication type, IP addresses, and unique identifier associated with app. As will be discussed in more detail below with respect to FIG. 9, behavioral assessment data generated based on electronic customer communication data, such as behavioral assessment data by process 500, may be output. For example, a notification may be output including the behavioral assessment data by the contact center based on detection of the customer identification data.

Behavioral data may be generated in real-time, or near real-time. In other embodiments, analysis and/or generation of behavioral data may be post processed.

According to one embodiment, behavioral assessment data stored at block 520 may be used to for assessment of customers and a contact center. In certain embodiments, for example, the behavioral assessment data may be used to rate ability of customer service rep, interactive voice response (IVR), etc.

16

According to one embodiment, one or more methods are provided for analyzing social media data. Accordingly, process 500 of FIG. 5 may analyze social media data to generate behavioral assessment data. By way of example, social media data may be received at block 505 and analyzed at block 510 by mining the social media data and applying a predetermined linguistic-based psychological behavioral model to the mined social media data. Behavioral assessment data may be generated at block 515 based on the analyzing of block 510. The behavioral assessment data generated at block 515 can include a personality type corresponding to the analyzed electronic communication data. It will be understood that electronic communications received in accordance with any of the methods described may be either actively retrieved from a source or transmitted by a source. Social media data may also include one or more of captured image/video data, and employee data.

FIG. 6 is a flowchart depicting analysis of electronic customer communication data according to one or more embodiments. Process 600 may be employed by a contact center, and/or performed by one or more servers associated with a contact center. Process 600 of FIG. 6 may be initiated by receiving electronic customer communication data at block 605. At block 610, process 600 includes analyzing the electronic customer communication data to identify a customer based on the data received at block 605. Identification of the customer at block 610 may include determining one or more of a customer identification number, such as a number identifying customers of the contact center and one or more identifiers associated with the electronic customer communication data type. Identifiers of the electronic customer communication data type may include a network address (e.g., IP address, email address, network login, etc.), device number (telephone/mobile device number), and identification numbers in general. In certain embodiments, when a customer transmits electronic customer communication data via a network based application, such as application or via a web address associated with the contact center the customer identification may be determined from the contacts of the communication and/or the metadata associated with the transmission. When electronic customer communication data is associated with a social media source, a customer for the electronic customer communication data may be identified based on a social media identification, or handle for employed for the communication. Customer identification may be determined based on one or more of customer lists, assuming customer identification, matching received data to a customer identification table, user login data, and metadata associated with electronic customer communication data. In certain embodiments, identification of a customer at block 610 may be auto generated based on the type of communication, content of the communication and source. In that fashion a uniform type of identifying customers may be applied to aid in matching data.

At decision block 615, process 600 determines if customer identification determined at block 610 matches one or more customer identifiers. In certain embodiments, a contact center may store electronic customer communication data based on a customer identifier. One or more customer identifiers may be associated with the same customer. For example, a particular customer may be identified based on one or more of a telephone number, account number, email address, service code, etc. When the contact center determines an identifier match at block 615 (e.g., "YES" path out of decision block 615), the electronic customer communication data can be stored at block 620. Storing data at block 620 may include storing data for only one customer, or in

17

some cases storing the electronic customer communication data for more than one customer. When the contact center does not determine an identifier match at block 615 (e.g., "NO" path out of decision block 615), process 600 may include determining if the electronic customer communication data matches a conversation at block 625. Storing data at block 620 may include storing data for only one customer or, in some cases, storing the electronic customer communication data for more than one customer.

According to another embodiment, process 600 may include storing and/or aggregating data at block 620. Aggregating the data at block 620 may include combining at least a portion of the received electronic customer communication data with other received electronic customer communication data. For example, text provided by a customer in a text communication (e.g., text message, email, etc.) may be aggregated with voice data received associated with a separate electronic customer communication data. In that fashion, analysis using a behavioral model or generation of behavioral assessment data may be based on aggregated electronic customer communication data. Aggregating electronic customer communication data at block 620 may be from one or more sources based on identification of a customer from the electronic customer communication data. Aggregating at block 620 may include aggregating voice data with the electronic customer communication data. By way of example, electronic customer communication data, such as an email in some embodiments, may be analyzed with voice data associated with one or more constituents to generate behavioral data for a customer.

A conversation match at block 625 may be determined by comparing one or more of the content of electronic customer communication data and metadata of the electronic customer communication data to previously received electronic customer communication data. For example, electronic customer communication data may relate to a web based chat (e.g., text conversation via pop-up window on a website) associated with the contact center, wherein text of the conversation (e.g., electronic customer communication data) can be matched with text during a previous conversation based on the details of the conversation, network addresses or even customer service agent associated with the electronic customer communication data. When the contact center determines a conversation match at block 625 (e.g., "YES" path out of decision block 625), the electronic customer communication data can be stored at block 630 for a predetermined time. Storage of the customer communication data for a predetermined time may allow for matching the data to other electronic customer communication data to determine a customer identifier. When the contact center does not determine a conversation match at block 625 (e.g., "NO" path out of decision block 625), the electronic customer communication can be discarded at block 635.

Referring now to FIG. 7, a flowchart is shown depicting analysis of electronic customer communication data according to one or more embodiments. Process 700 may be employed by a contact center, and/or performed by one or more servers associated with a contact center. According to one embodiment, process 700 includes applying an analytic tool to received and/or stored electronic customer communication data. Process 700 of FIG. 7 may be initiated by translating electronic customer communication data to text at block 705. The translated electronic data may be mined at block 710 for behavioral signifiers. According to one embodiment, the electronic customer communication data is mined for significant words at block 710.

18

Mined electronic customer communication data may be compared to a system database at decision block 715 to determine a behavior match. According to one embodiment, determining a behavior match at decision block 715 includes applying a behavior model, such as PCM, to the identified words. For example, Table 2 provides behavioral signifiers (i.e., words) that may be associated with a corresponding behavioral type in the PCM Model according to one or more embodiments.

TABLE 2

| PROCESS COMMUNICATION MODEL (PCM) PERSONALITY TYPE | BEHAVIORAL SIGNIFIERS |
|---|---|
| Reactors | Emotional Words |
| Workaholics | Thought Words |
| Persisters | Opinion Words |
| Dreamers | Reflection Words |
| Rebels | Reaction Words |
| Promoters | Action Words |

Determining a behavioral match at decision block 715 can include executing the identified behavioral signifier against a system database which maintains all of the data related to the psychological behavioral model. When a behavioral signifier does not match a behavior type (e.g., "NO" path out of decision block 715), the behavioral signifier and electronic customer communication data may be stored at block 720. When a behavioral signifier includes a behavior match (e.g., "YES" path out of decision block 715), the behavior type may be determined at block 725. According to one embodiment, the behavior type may be determined at block 725 based on the behavioral signifiers identified in the electronic communication data, and predetermined algorithm to decipher a linguistic pattern that corresponds to one or more of the PCM personality types. More specifically, the present method mines for linguistic indicators (words and phrases) that reveal the underlying personality characteristics of the electronic communicant during periods of distress. According to one embodiment, determining a behavior type at block 725 may be based on six personality types, generally referred to as 730 in FIG. 7. It should be appreciated, however, that determining a behavior type at block 725 may be based on additional, or fewer, personality types.

The resultant behavioral assessment data is stored at block 735 (e.g., in a database) so that it may subsequently be used to comparatively analyze against behavioral assessment data derived from analysis of responsive communications. According to one embodiment, generating behavioral assessment data at block 735 includes consideration of word segment patterns of all communicants as a whole to refine the behavioral assessment data of each electronic communicant, making sure that the final behavioral results are consistent with patterns that occur in human interaction. Alternatively, raw behavioral assessment data generated at block 735 may be used to evaluate qualities of a single communicant (e.g., the customer or agent behavioral type, etc.). The results generated by analyzing electronic customer communication data through application of a psychological behavioral model can be graphically illustrated through a GUI.

According to another embodiment, process 700 may be repeated when electronic customer communication data is received. For example, as additional electronic customer communication data is received, behavioral assessment data maybe re-calculated or generated based on the additional

data. Alternatively, when a different type of electronic customer communication data is received, such as electronic customer communication data from another channel than originally received, the electronic customer communication data may be aggregated to prior to mining translation data or generating behavioral assessment data.

It should be noted that, although one preferred embodiment uses PCM as a linguistic-based psychological behavioral model, any known linguistic-based psychological behavioral model be employed. In addition, more than one linguistic-based psychological behavioral model can be used to analyze an electronic communication.

According to one embodiment, the generated behavioral assessment data at block 735 is associated with at least one identifying indicia and stored. For example, the identifying indicia can be a name, e-mail address, account number, or other indicia sufficient to identify the source of the behavioral assessment data. In this way, the behavioral data corresponding to at least one identifying indicia and being made available for subsequent analysis.

According to another embodiment, responsive electronic communication data to the electronic communication data can be automatically generated. For example, the responsive electronic communication can take the form of any responsive communication such as, for example, a responsive e-mail, electronic post, social media feed or telephonic response.

FIG. 8 is a graphical representation of providing a behavioral analytics alert according to one or more embodiments. According to one or more embodiments, it may be advantageous to provide an alert associated with customer interactions. For example, a contact center may be configured to provide an alert to an agent of a contact center, or CSR, during a communication session between the agent and customer. According to one embodiment, an alert may be generated and provided by a contact center, and/or performed by one or more servers associated with a contact center. Generating alerts may include using one or more of the methods and acts described herein with respect to receiving and analyzing electronic customer communication data.

An interaction of a customer 805 with server 810 and a device 815 forming multiple interactions with a contact center is depicted in FIG. 8. It should be appreciated that principles of the interactions depicted in FIG. 8 may be applied to one or more other embodiments described herein. As shown in FIG. 8, customer 805 may interact with device 815, which may mobile device, smart phone, tablet, etc., to interact with a contact center. By way of example, customer 805 may initiate action 816 to make a payment for a service to a contact center using device 815 which can initiate communication between device 815 and server 810 as shown by 817. The actions by the user may be considered an interaction. It should also be appreciated that other actions by a user with a contact center may relate to interactions. In certain embodiments, when the interaction with device 815 is associated with a web application or an application stored on device 815, data shown as 818 may be provided to an analytics engine 820 of the contact center. The analytics engine may analyze any electronic customer communication data provided to the contact center, such as by using the process described in FIGS. 5-7 above. Based on the interaction, analytics engine 820 can provide behavioral data to server 810. According to another embodiment, server 810 may automatically generate responsive electronic communications to electronic customer communication data received from customer 805. Automatically generated

responsive electronic communications may include a displayed message on the device the user employed to transmit electronic customer communication data, and/or may be a return message based on the same type as received electronic customer communication data.

According to another embodiment, behavioral data may be stored and/or accessed by server 810 when customer 805 initiates contact with the contact server, as shown by 821. By way of example, customer 805 may initiate a communication 821 with a contact center when a payment via device 815 has failed. Based on communication 821, the contact center may connect customer 805 to an agent or CSR, such as agent 825. In one embodiment, the agent may be provided behavioral data, shown as 830, by server 810. Providing behavioral data for a customer to an agent of the contact center can provide context of a customer's interaction and intent with the contact center.

An exemplary alert is shown as 840, according to one or more embodiments. Alert 840 may provide information associated with the customer and customer's interactions with a contact center. As shown in FIG. 8, alert 840 includes customer identification 845 (e.g., caller name), an indication 850 whether self-service occurred in the last 24 hours, an indication 855 of the last time self-service was provided, and an instructions 860 for the agent. Indications shown in FIG. 8 for alert 840 are exemplary, and it should be appreciated that an alert may be configured to provide additional and/or different information.

Referring now to FIG. 9, a flowchart is depicted of outputting data based on received electronic customer communication data according to one or more embodiments. According to one or more embodiments, it may be advantageous to output behavioral data generated for a customer and/or agent of a contact center. For example, behavioral data for a customer may be output to a graphical user interface or display screen for use by an agent (e.g., CSR) during a telephone call to a contact center. According to another embodiment, behavioral data (e.g., alert 840) for a customer may be output to a graphical user interface or display screen for assessing and/or monitoring performance of a CSR. Process 900 may be employed by a contact center, and/or performed by one or more servers associated with a contact center. Process 900 may employ one or more of the methods and acts described herein with respect to receiving and analyzing electronic customer communication data.

Process 900 may be initiated by receiving electronic customer communication data at block 905. In certain embodiments, the electronic customer communication data may be received during a voice communication between a first constituent that is a customer, and a second constituent that is an agent of the contact center. Based on the received electronic customer communication data, a customer may be identified at block 910.

At block 910, for example, voice data associated with an audio waveform of the voice communication can be mined and analyzed using multi-stage linguistic and non-linguistic analytic tools. The analysis data can be stored and can be accessed by a user (e.g., CSR supervisor) through an interface portal for subsequent review. The digital stereo audio waveform is compressed and stored in an audio file which is held on a server for subsequent access through the interface portal. In one embodiment, audio compression is postponed until analysis of the audio data is complete. The delay allows the system to apply the analytic tools to a truer and clearer hi-fidelity signal. The system employed also minimizes audio distortion, increases fidelity, eliminates gain control and requires no additional filtering of the signal.

According to one embodiment, process **900** may search for behavioral data for the customer based at block **915** based on the identification at block **910**. When behavioral data is detected at block **915**, a graphical user interface may be configured to display or output the behavioral data. In one embodiment, the output of behavioral data, for example, may aide an agent of the contact center, such as a CSR, to assist the customer. In other embodiments, the behavior data may relate to the agent of the contact center and may be displayed to a manager of the agent at the CSR for evaluating performance and monitoring. In other embodiments, the data output may be associated with the contact centers agent in order to provide the agent with feedback of their performance.

FIG. **10** is a flowchart depicting analysis of electronic customer communication data according to one or more embodiments. Process **1000** may be employed by a contact center, and/or performed by one or more servers associated with a contact center. According to one embodiment, process **1000** includes generating behavioral assessment data to received and/or stored electronic customer communication data. In particular, FIG. **10** illustrates a general flow for analyzing voice data generated during a telephonic communication including separating a telephonic communication into first constituent voice data and second constituent voice data.

Process **1000** of FIG. **10** may be initiated by separating electronic customer communication data to text at block **1005**. For example, an uncompressed digital stereo audio waveform of a conversation between a customer and a contact center agent is recorded and separated into customer voice data and contact center agent voice data at block **1005**.

At block **1010**, one of the first or second constituent voice data is then separately analyzed by applying a predetermined psychological behavioral model thereto to generate behavioral assessment data. In one embodiment discussed below, linguistic-based behavioral models are adapted to assess behavior based on behavioral signifiers within a communications are employed. One or more psychological behavioral models may be applied to the voice data to generate behavioral assessment data at block **1015**.

According to one embodiment, telephonic communications analyzed by process **1000** can be one of numerous calls stored within a contact center server, or communicated to a contact center during a given time period. Accordingly, the telephonic communication being subjected to analysis is selected from the plurality of telephonic communications. The selection criteria for determining which communication should be analyzed may vary. For example, the communications coming into a contact center can be automatically categorized into a plurality of call types using an appropriate algorithm, such as a word-spotting algorithm that categorizes communications into particular types or categories based on words used in the communication. In one embodiment, each communication is automatically categorized as a service call type (e.g., a caller requesting assistance for servicing a previously purchased product), a retention call type (e.g., a caller expressing indignation, or having a significant life change event), or a sales call type (e.g., a caller purchasing an item offered by a seller). In one scenario, it may be desirable to analyze all of the "sales call type" communications received by a contact center during a predetermined time frame. In that case, the user would analyze each of the sales call type communications from that time period by applying the predetermined psychological behavioral model to each such communication.

Alternatively, telephonic communications may be grouped according to customer categories, and the user may desire to analyze the communications between the contact center and communicants within a particular customer category. For example, it may be desirable for a user to perform an analysis only of a "platinum customers" category, consisting of high end investors, or a "high volume distributors" category comprised of a user's best distributors.

According to another embodiment, electronic customer communication data and behavioral assessment data can be employed to assist with voice communications. By way of example, behavioral assessment data generated for a customer may be output by a contact center to an agent to better assist the customer during a voice communication with the contact center. FIGS. **11-14** discuss one or more embodiments of analyzing voice communication data and generating behavioral assessment data. It should be appreciated that the embodiments described above may be applied to and/or aggregated with voice and behavioral data for voice communication.

FIGS. **11A-11C** are schematic diagrams of a telephonic communication system according to one or more embodiments. The telephonic communication system of FIGS. **11A-11B** include a distributed private branch exchange (PBX), having a public switched telephone network (PSTN) **1105** connected to the PBX through a PBX switch **1110**. With respect to FIGS. **11A-11B**, telephonic communications may be a telephone call in which a telephonic signal is transmitted. The telephonic system including various types of communication devices connected to the network, including the telephony server **1107**, a recording server **1109**, telephone stations **1111**, and client personal computers **1113** equipped with telephone stations **1115**.

As shown in FIG. **11A**, a recording server **1109** is coupled to PBX switch **1110**. In FIG. **11B**, recording server **1109** is coupled between a public switched telephone network (PSTN) **1105** and a PBX switch **1110**. As may be seen in FIGS. **11A-11B**, a customer sending a telephonic signal may access a contact center through the public switched telephone network (PSTN) **1105** and an automatic call distribution system (PBX/ACD) **1110** directs the communication to one of a plurality of agent work stations, each agent work station including, for example, a computer **1113** and a telephone **1115**. According to one embodiment, when analyzing voice data, it is preferable to work from a true and clear hi-fidelity signal. This is true both in instances in which the voice data is being translated into a text format for analysis using a linguistic-based psychological behavioral model thereto, or in instances in which a linguistic-based psychological behavioral model is being applied directly to an audio waveform, audio stream or file containing voice data.

The PBX switch **1110** provides an interface between the PSTN **1105** and a local network. Preferably, the interface is controlled by software stored on a telephony server **1107** coupled to the PBX switch **1110**. The PBX switch **1110**, using interface software, connects trunk and line station interfaces of the public switch telephone network **1105** to stations of a local network or other peripheral devices. Further, in another embodiment, the PBX switch may be integrated within telephony server **1107**. The stations may include various types of communication devices connected to the network, including the telephony server **1107**, a recording server **1109**, telephone stations **1111**, and client personal computers **1113** equipped with telephone stations **1115**. The local network may further include fax machines and modems.

23

Generally, in terms of hardware architecture, the telephony server 1107 includes a processor, memory, and one or more input and/or output (I/O) devices (or peripherals) that are communicatively coupled via a local interface. The processor can be any custom-made or commercially available processor, a central processing unit (CPU), an auxiliary processor among several processors associated with the telephony server 1107, a semiconductor based microprocessor (in the form of a microchip or chip set), a macroprocessor, or generally any device for executing software instructions. The memory of the telephony server 1107 can include any one or a combination of volatile memory elements (e.g., random access memory (RAM, such as DRAM, SRAM, SDRAM, etc.)) and nonvolatile memory elements (e.g., ROM, hard drive, tape, CDROM, etc.). The telephony server 1107 may further include a keyboard and a mouse for control purposes, and an attached graphic monitor for observation of software operation.

The telephony server 1107 incorporates PBX control software to control the initiation and termination of connections between stations and via outside trunk connections to the PSTN 1105. In addition, the software may monitor the status of all telephone stations 1111 in real-time on the network and may be capable of responding to telephony events to provide traditional telephone service. This may include the control and generation of the conventional signaling tones such as dial tones, busy tones, ring back tones, as well as the connection and termination of media streams between telephones on the local network. Further, the PBX control software may use a multi-port module and PCs to implement standard PBX functions such as the initiation and termination of telephone calls, either across the network or to outside trunk lines, the ability to put calls on hold, to transfer, park and pick up calls, to conference multiple callers, and to provide caller ID information. Telephony applications such as voice mail and auto attendant may be implemented by application software using the PBX as a network telephony services provider.

FIG. 11C is a schematic diagram of a telephonic communication system with a multi-port PSTN module according to one or more embodiments. In one embodiment, the telephony server 1107 is equipped with multi-port PSTN module 1123 having circuitry and software to implement a trunk interface 1117 and a local network interface 1119. The PSTN module 1123 comprises a control processor 1121 to manage the transmission and reception of network messages between the PBX switch 1110 and the telephony network server 1107. The control processor 1121 is also capable of directing network messages between the PBX switch 1110, the local network interface 291, the telephony network server 1107, and the trunk interface 1117. In the one embodiment, the local network uses Transmission Control Protocol/Internet Protocol (TCP/IP). The network messages may contain computer data, telephony transmission supervision, signaling and various media streams, such as audio data and video data. The control processor 1121 directs network messages containing computer data from the PBX switch 1110 to the telephony network server 1107 directly through the multi-port PSTN module 1123.

The control processor 1121 may include buffer storage and control logic to convert media streams from one format to another, if necessary, between the trunk interface 1117 and local network. The trunk interface 1117 provides interconnection with the trunk circuits of the PSTN 1105. The local network interface 1119 provides conventional software and circuitry to enable the telephony server 1107 to access the local network. The buffer RAM and control logic implement

24

efficient transfer of media streams between the trunk interface 1117, the telephony server 1107, the digital signal processor 1125, and the local network interface 1119.

The trunk interface 1117 utilizes conventional telephony trunk transmission supervision and signaling protocols required to interface with the outside trunk circuits from the PSTN 1105. The trunk lines carry various types of telephony signals such as transmission supervision and signaling, audio, fax, or modem data to provide plain old telephone service (POTS). In addition, the trunk lines may carry other communication formats such T1, ISDN or fiber service to provide telephony or multimedia data images, video, text or audio.

The control processor 1121 manages real-time telephony event handling pertaining to the telephone trunk line interfaces, including managing the efficient use of digital signal processor resources for the detection of caller ID, DTMF, call progress and other conventional forms of signaling found on trunk lines. The control processor 1121 also manages the generation of telephony tones for dialing and other purposes, and controls the connection state, impedance matching, and echo cancellation of individual trunk line interfaces on the multi-port PSTN module 1123.

Preferably, conventional PBX signaling is utilized between trunk and station, or station and station, such that data is translated into network messages that convey information relating to real-time telephony events on the network, or instructions to the network adapters of the stations to generate the appropriate signals and behavior to support normal voice communication, or instructions to connect voice media streams using standard connections and signaling protocols. Network messages are sent from the control processor 1121 to the telephony server 1107 to notify the PBX software in the telephony server 1107 of real-time telephony events on the attached trunk lines. Network messages are received from the PBX Switch 1110 to implement telephone call supervision and may control the set-up and elimination of media streams for voice transmission.

The local network interface 1119 includes conventional circuitry to interface with the local network. The specific circuitry is dependent on the signal protocol utilized in the local network. In one embodiment, the local network may be a local area network (LAN) utilizing IP telephony. IP telephony integrates audio and video stream control with legacy telephony functions and may be supported through the H.323 protocol. H.323 is an International Telecommunication Union—Telecommunications protocol used to provide voice and video services over data networks. H.323 permits users to make point-to-point audio and video phone calls over a local area network. IP telephony systems can be integrated with the public telephone system through a local network interface 1119, such as an IP/PBX-PSTN gateway, thereby allowing a user to place telephone calls from an enabled computer. For example, a call from an IP telephony client to a conventional telephone would be routed on the LAN to the IP/PBX-PSTN gateway. The IP/PBX-PSTN gateway translates H.323 protocol to conventional telephone protocol and routes the call over the conventional telephone network to its destination. Conversely, an incoming call from the PSTN 1105 is routed to the IP/PBX-PSTN gateway and translates the conventional telephone protocol to H.323 protocol.

As noted above, PBX trunk control messages are transmitted from the telephony server 1107 to the control processor 1121 of the multi-port PSTN. In contrast, network messages containing media streams of digital representations of real-time voice are transmitted between the trunk

interface **1117** and local network interface **1119** using the digital signal processor **1125**. The digital signal processor **1125** may include buffer storage and control logic. Preferably, the buffer storage and control logic implement a first-in-first-out (FIFO) data buffering scheme for transmitting digital representations of voice audio between the local network to the trunk interface **1117**. It is noted that the digital signal processor **1125** may be integrated with the control processor **1121** on a single microprocessor.

The digital signal processor **1125** may include a coder/decoder (CODEC) connected to the control processor **1121**. The CODEC may be a type TCM29c13 integrated circuit made by Texas Instruments, Inc. In one embodiment, the digital signal processor **1125** receives an analog or digital voice signal from a station within the network or from the trunk lines of the PSTN **1105**. The CODEC converts the analog voice signal into a digital from, such as digital data packets. It should be noted that the CODEC is not used when connection is made to digital lines and devices. From the CODEC, the digital data is transmitted to the digital signal processor **1125** where telephone functions take place. The digital data is then passed to the control processor **1121** which accumulates the data bytes from the digital signal processor **1125**. It is preferred that the data bytes are stored in a first-in-first-out (FIFO) memory buffer until there is sufficient data for one data packet to be sent according to the particular network protocol of the local network. The specific number of bytes transmitted per data packet depends on network latency requirements as selected by one of ordinary skill in the art. Once a data packet is created, the data packet is sent to the appropriate destination on the local network through the local network interface **1119**. Among other information, the data packet contains a source address, a destination address, and audio data. The source address identifies the location the audio data originated from and the destination address identifies the location the audio data is to be sent.

The system permits bi-directional communication by implementing a return path allowing data from the local network, through the local network interface **1119**, to be sent to the PSTN **1105** through the multi-line PSTN trunk interface **1117**. Data streams from the local network are received by the local network interface **1119** and translated from the protocol utilized on the local network to the protocol utilized on the PSTN **1105**. The conversion of data may be performed as the inverse operation of the conversion described above relating to the IP/PBX-PSTN gateway. The data stream is restored in appropriate form suitable for transmission through to either a connected telephone **1111**, **1115** or an interface trunk **1117** of the PSTN module **1123**, or a digital interface such as a T1 line or ISDN. In addition, digital data may be converted to analog data for transmission over the PSTN **1105**.

The PBX switch **1110** may be implemented with hardware or virtually. A hardware PBX has equipment located local to the user of the PBX system. A virtual PBX has equipment located at a central telephone service provider and delivers the PBX as a service over the PSTN **1105**.

The system includes a recording server **1109** for recording and separating network messages transmitted within the system. The recording server **1109** may be connected to a port on the local network. Alternatively, the recording server **1109** may be connected to the PSTN trunk line as illustrated in FIG. **11A**. The recording server **1109** includes control system software, such as recording software. The recording software can be implemented in software (e.g., firmware), hardware, or a combination thereof. In one embodiment, the

recording software is implemented in software, as an executable program, and is executed by one or more special or general purpose digital computer(s), such as a personal computer, personal digital assistant, workstation, minicomputer, or mainframe computer. An example of a general purpose computer that can implement the recording software is shown in FIG. **2**. The recording software may reside in, or have portions residing in, any computer such as, but not limited to, a general purpose personal computer. Therefore, recording server **1109** of FIGS. **11A-11C** may be representative of any type of computer in which the recording software resides or partially resides.

Generally, hardware architecture is the same as that discussed above and shown in FIG. **2**. Specifically, the recording server **1109** includes a processor, memory, and one or more input and/or output (I/O) devices (or peripherals) that are communicatively coupled via a local interface as previously described. The local interface can be, for example, but not limited to, one or more buses or other wired or wireless connections, as is known in the art. The local interface may have additional elements, which are omitted for simplicity, such as controllers, buffers (caches), drivers, repeaters, and receivers, to enable communications. Further, the local interface may include address, control, and/or data connections to enable appropriate communications among the other computer components.

As noted above, the recording server **1109** incorporates recording software for recording and separating a signal based on the source address and/or destination address of the signal. The method utilized by the recording server **1109** depends on the communication protocol utilized on the communication lines to which the recording server **1109** is coupled. In the communication system, the signal carrying audio data of a communication between at least two users may be an analog signal or a digital signal in the form of a network message. In one embodiment, the signal is an audio data transmitted according to a signaling protocol, for example the H.323 protocol described above.

An example of a communication between an outside caller and a contact center agent utilizing the present system is illustrated in FIG. **11C** and described herein. In the embodiment of FIG. **11C**, when an outside caller reaches the system through the multi-line interface trunk **1117**, their voice signal is digitized (if needed) in the manner described above, and converted into digital data packets according to the communication protocol utilized on the local network of the system. The data packet comprises a source address identifying the address of the outside caller, a destination address identifying the address of the contact center agent, and first constituent audio data comprising at least a portion of the outside caller's voice. The data packet can further comprise routing data identifying how the data packet should be routed through the system and other relevant data. Once the data packet is created, the data packet is sent to the appropriate destination on the local network, such as to a contact center agent, through the local network interface **1119**. The PBX and/or an automatic call distributor (ACD) can determine the initial communication setup, such as the connection state, impedance matching, and echo cancellation, according to predetermined criteria.

Similar to the process described above, when the contact center agent speaks, their voice is digitized (if needed) and converted into digital data packet according to the communication protocol utilized on the local network. The data packet comprises a source address identifying the address of the contact center agent, a destination address identifying the address of the outside caller, and second constituent

audio data comprising at least a portion of the contact center agent's voice. The data packet is received by the local network interface 1119 and translated from the communication protocol utilized on the local network to the communication protocol utilized on the PSTN 1105. The conversion of data can be performed as described above. The data packet is restored in appropriate form suitable for transmission through to either a connected telephone 1111, 1115 or an interface trunk 1117 of the PSTN module 1123, or a digital interface such as a T1 line or ISDN. In addition, digital data can be converted to analog data for transmission through the PSTN 1105.

The recording server 1109 receives either a data packet including: the source address identifying the address of the outside caller, a destination address identifying the address of the contact center agent, and the first constituent audio data comprising at least a portion of the outside caller's voice; or a data packet including a source address identifying the address of the contact center agent, a destination address identifying the address of the outside caller, and second constituent audio data comprising at least a portion of the customer's agent voice. It is understood by one of ordinary skill in the art that the recording server 1109 is programmed to identify the communication protocol utilized by the local network and extract the audio data within the data packet. In one embodiment, the recording server 1109 can automatically identify the utilized communication protocol from a plurality of communication protocols. The plurality of communication protocols can be stored in local memory or accessed from a remote database.

The recording server 1109 comprises recording software to record the communication session between the outside caller and the contact center agent in a single data file in a stereo format. The first data file has at least a first audio track and a second audio track. Once a telephone connection is established between an outside caller and a contact center agent, the recording software creates a first data file to record the communication between the outside caller and the contact center agent. The entire communication session or a portion of the communication session can be recorded.

In one embodiment, the recording server 1109, upon receiving the data packet, determines whether to record the audio data contained in the data packet in either the first audio track or the second audio track of the first data file as determined by the source address, destination address, and/or the audio data contained within the received data packet. Alternatively, two first data files can be created, wherein the first audio track is recorded to the one of the first data file and the second audio track is recorded to the second first data file. In one embodiment, if the data packet comprises a source address identifying the address of the outside caller, a destination address identifying the address of the contact center agent, and first constituent audio data, the first constituent audio data is recorded on the first audio track of the first data file. Similarly, if the data packet comprises a source address identifying the address of the contact center agent, a destination address identifying the address of the outside caller, and second constituent audio data, the second constituent audio data is recorded on the second audio track of the first data file. It should be noted the first and second constituent audio data can be a digital or analog audio waveform or a textual translation of the digital or analog waveform. The recording process is repeated until the communication link between the outside caller and contact center agent is terminated.

As noted above, the recording server 1109 can be connected to the trunk lines of the PSTN 1105 as seen in FIG.

8. The PSTN 1105 can utilize a different protocol and therefore, the recording server 1109 is configured to identify the communication protocol utilized by the PSTN 1105, recognize the source and destination address of a signal and extract the audio data from the PSTN 1105. The recording server 1109 is programmed in a manner as known to one of ordinary skill in the art.

Once the communication link is terminated, the recording server 1109 ends the recording session and stores the single data file having the recorded communication session in memory. After the first data file is stored in memory, the recording server 1109 can extract either or both of the first constituent audio data from the first audio track of the first data file or the second constituent audio data from the second audio track of the first data file. Extraction of constituent data is discussed below with reference to FIGS. 12-14.

It is known in the art that "cradle-to-grave" recording may be used to record all information related to a particular telephone call from the time the call enters the contact center to the later of: the caller hanging up or the agent completing the transaction. All of the interactions during the call are recorded, including interaction with an IVR system, time spent on hold, data keyed through the caller's key pad, conversations with the agent, and screens displayed by the agent at his/her station during the transaction.

FIGS. 12-14 are directed to extraction and analysis of constituent data for voice communication. According to one embodiment, the extraction and analysis of voice data as described in FIGS. 12-14 can be supplemented by generation of behavioral data for electronic customer communication data discussed above. FIG. 12 is a flow chart illustrating a process of recording and separating a telephonic communication according to one or more embodiments. At block 1205, a telephonic communication can be received. A communication protocol associated with the telephonic communication can be identified at block 1210. At block 1205, the communication can be separated into first and second constituent voice data.

In one embodiment shown in FIGS. 12-13, the first constituent audio data extracted from the first audio track is stored in a first constituent data file 1220. Similarly, the second constituent audio data extracted from the second audio track can be stored in a second constituent data file 1225. The first and second constituent data files 1220 and 1225 can be compressed before being stored in memory. The extracted data can be in the form of a digital or analog audio waveform or can be a textual translation of the first or second constituent audio data. Either or both of the first constituent data file 1220 or the second constituent data file 1225 can be further analyzed or processed. For example, among other processes and analyses, filtering techniques can be applied to the first constituent data file and/or the second constituent data file. Moreover, event data, such as silence periods or over-talking, can be identified through analysis techniques known to those skilled in the art.

Further, the first constituent data file 1220 and second constituent data file 1225 can be merged together into a single second data file. The first and second constituent data files can be merged in a stereo format where the first constituent audio data from the first constituent data file 1220 is stored on a first audio track of the second data file and the second constituent audio data from the second constituent data file 1225 is stored on a second audio track of the second data file. Alternatively, the first and second constituent data files can be merged in a mono format where the first constituent audio data from the first constituent data file 1220 and the second constituent audio data from the

29                                                          30

second constituent data file **1225** are stored on a first audio track of the second data file. Additionally, the first and second constituent audio data can be merged into a document having a textual translation of the audio data. In such a case, identifiers can be associated with each of the merged first and second constituent audio data in order to associate the merged first constituent audio data with the outside caller, and associate the merged second constituent audio data with the contact center agent. The second data file can be compressed before being stored in memory.

As shown in FIGS. **13-14**, once the first and second constituent voice data are separated one from the other, each of the first and second constituent voice data can be independently mined and analyzed. According to one embodiment, mining voice data can be considered part of the process of analyzing the constituent voice data. Mining and behavioral analysis can be conducted on either or both of the constituent voice data.

Even with conventional audio mining technology, application of linguistic-based disparities in dialect, phonemes, accents and inflections can impede or render burdensome accurate identification of words. And while mining and analysis in accordance with one or more embodiments can be applied directly to voice data configured in audio format, in a preferred embodiment, the voice data to be mined and analyzed is first translated into a text file.

According to another embodiment, the separated voice data is mined for behavioral signifiers associated with a linguistic-based psychological behavioral model. In particular, the method searches for and identifies text-based keywords (i.e., behavioral signifiers) relevant to a predetermined psychological behavioral model.

According to one embodiment, PCM is the psychological behavioral model used to analyze the voice data. According to one embodiment shown in FIG. **14**, the system mines significant words within one or both of the separated first and second constituent voice data, and applies PCM to the identified words. In another embodiment, the present method mines for such significant words within the merged second data file described above, and apply PCM to the identified words. Alternatively, the first data file can be mined for significant words.

FIG. **13** is a flow chart illustrating a process of recording and separating a telephonic communication according to one or more embodiments. It may be desirable to analyze non-linguistic phone events occurring during the course of a conversation such as hold times, transfers, "dead-air," overtalk, etc. Accordingly, in one embodiment, phone event data resulting from analysis of these non-linguistic events is generated. Preferably, the phone event data is generated by analyzing non-linguistic information from both the separated constituent voice data, or from the subsequently generated audio file containing at least some of the remerged audio data of the original audio waveform. In addition, the phone event data can be generated before the audio waveform is separated.

Generally, call assessment data is comprised of behavioral assessment data, phone event data and distress assessment data. The resultant call assessment data may be subsequently viewed to provide an objective assessment or rating of the quality, satisfaction or appropriateness of the interaction between an agent and a customer. In the instance in which the first and second constituent voice data are comparatively analyzed, the call assessment data may generate resultant data useful for characterizing the success of the interaction between a customer and an agent.

In one embodiment, a non-linguistic based analytic tool can be separately applied to each of the separated first and second constituent voice data **1220** and **1225**, and to generate phone event data corresponding to the analyzed voice data at blocks **1305** and **1306**. The separated first and second constituent voice data **1220** and **1225** is translated into text format and stores the respective translated first and second constituent voice data in a first and second text file at blocks **1310** and **1311**. The first and second text files are analyzed by applying a predetermined linguistic-based psychological behavioral model thereto at blocks **1315** and **1316**. The code segment generates either or both of behavioral assessment data and distress assessment data corresponding to each of the analyzed first and second constituent voice data at blocks **1315** and **1316**. The resulting behavioral assessment data from each of the analyzed first and second constituent voice data are comparatively analyzed at block **1320** in view of the parameters of the psychological behavioral model to provide an assessment of a given communication. From this comparative analysis, call assessment data relating to the totality of the call may be generated at block **1325**.

FIG. **14** is a flow chart illustrating a process of analyzing separated constituent voice data of a telephonic communication in according to one or more embodiments. According to a one, both the first and second constituent voice data are analyzed at blocks **1405** and **1406**, translated from voice to text data at blocks **1410** and **1411**, and mined at blocks **1425** and **1426**. Mined behavioral data is checked to see if behavioral signifiers are associated with types at blocks **1420** and **1421** and matched to types at blocks **1425** and **1426**, in particular types **1430**. The resulting behavioral assessment data generated at blocks **1435** and **1436**, phone event data at block **1450** and distress assessment data **1450** from each of the analyzed first and second constituent voice data are comparatively analyzed in view of the parameters of the psychological behavioral model to provide an assessment of a given communication. From this comparative analysis, call assessment data relating to the totality of the call may be generated at block **1440** and output at block **1445**.

As shown in FIG. **14**, when a behavioral signifier is identified within the voice data at blocks **1415** and **1416**, the identified behavioral signifier is executed against a system database that maintains all of the data related to the psychological behavioral model. Based on the behavioral signifiers identified in the analyzed voice data, a predetermined algorithm at blocks **1420** and **1421** is used to decipher a linguistic pattern that corresponds to one or more of the PCM personality types **1430**. More specifically, the method of FIG. **14** mines for linguistic indicators (words and phrases) that reveal the underlying personality characteristics of the speaker during periods of distress. Non-linguistic indicators may also be identified to augment or confirm the selection of a style for each segment of speech. Looking at all the speech segments in conjunction with personality information the software determines an order of personality components for the caller by weighing a number of factors such as timing, position, quantity and interaction between the parties in the dialog.

The resultant behavioral assessment data at blocks **1435** and **1436** is stored in a database so that it may subsequently be used to comparatively analyze against behavioral assessment data derived from analysis of the other of the first and second constituent voice data at block **1440**. The software considers the speech segment patterns of all parties in the dialog as a whole to refine the behavioral and distress assessment data of each party, making sure that the final

distress and behavioral results are consistent with patterns that occur in human interaction. Alternatively, the raw behavioral assessment data at blocks **1435** and **1436** derived from the analysis of the single voice data may be used to evaluate qualities of a single communicant (e.g., the customer or agent behavioral type, etc.). The results generated by analyzing voice data through application of a psychological behavioral model to one or both of the first and second constituent voice data can be graphically illustrated as discussed in further detail below.

It should be noted that, although one preferred embodiment uses PCM as a linguistic-based psychological behavioral model, any known linguistic-based psychological behavioral model be employed, or more than one linguistic-based psychological behavioral model be used to analyze one or both of the first and second constituent voice data.

In addition to the behavioral assessment of voice data, the method may also employ distress analysis to voice data. As may be seen in FIG. **14**, linguistic-based distress analysis is preferably conducted on both the textual translation of the voice data and the audio file containing voice data. Accordingly, linguistic-based analytic tools as well as non-linguistic analytic tools may be applied to the audio file. For example, one of skill in the art may apply spectral analysis to the audio file voice data while applying a word spotting analytical tool to the text file. Linguistic-based word spotting analysis and algorithms for identifying distress can be applied to the textual translation of the communication. Preferably, the resultant distress data is stored in a database for subsequent analysis of the communication.

The method and system is useful in improving the quality of customer interactions with agents and ultimately customer relationships. In use, a customer wishing to engage in a service call, a retention call or a sales will call into (or be called by) a contact center. When the call enters the contact center it will be routed by appropriate means to a contact center agent. As the interaction transpires, the voice data will be recorded as described herein. Either contemporaneously with the interaction, or after the call interaction has concluded, the recorded voice data will be analyzed as described herein. The results of the analysis will generate call assessment data comprised of behavioral assessment data, distress assessment data and phone event data. This data may be subsequently used by a supervisor or trainer to evaluate an agent, or take other remedial action such as call back the customer, etc. Also, graphical and pictorial analysis of the resultant call assessment data (and event data) will be accessible through a portal by a subsequent user (e.g., a supervisor, training instructor or monitor) through a graphical user interface.

A user of the system described above interacts with the system via a unique GUI. The GUI enables the user to navigate through the system to obtain desired reports and information regarding the caller interaction events stored in memory. The GUI can be part of a software program residing in whole or in part in a computing device, or it may reside in whole or in part on a server coupled to a computing device via a network connection, such as through the Internet or a local or wide area network (LAN or WAN). Moreover, a wireless connection can be used to link to the network.

The foregoing outlines features of several embodiments so that a person of ordinary skill in the art may better understand the aspects of the present disclosure. Such features may be replaced by any one of numerous equivalent alternatives, only some of which are disclosed herein. One of ordinary skill in the art should appreciate that they may

readily use the present disclosure as a basis for designing or modifying other processes and structures for carrying out the same purposes and/or achieving the same advantages of the embodiments introduced herein. One of ordinary skill in the art should also realize that such equivalent constructions do not depart from the spirit and scope of the present disclosure, and that they may make various changes, substitutions and alterations herein without departing from the spirit and scope of the present disclosure.

The Abstract at the end of this disclosure is provided to comply with 37 C.F.R. §1.72(b) to allow the reader to quickly ascertain the nature of the technical disclosure. It is submitted with the understanding that it will not be used to interpret or limit the scope or meaning of the claims.

What is claimed is:

1. A customer analysis method for analyzing electronic customer communication data and generating behavioral assessment data, which method comprises:

receiving a plurality of types of electronic customer communication data by one or more servers configured to provide a user interface comprising a web site, web portal, or virtual portal or application, wherein at least one of the types of electronic customer communication data includes voice data, and at least one of social media data, update status, media feed, social media review, social media data stream, social media profile or social media account setup;

generating a text file from the voice data;

identifying a customer associated with the electronic customer communication data received by the one or more servers;

generating behavioral assessment data by analyzing the text file and the at least one of social media data, update status, media feed, social media review, social media data stream, social media profile or social media account setup for that identified customer; and

displaying instructions to a user via a reporting engine, wherein the instructions are based on the generated behavioral assessment data,

wherein the user includes the identified customer or a customer service agent.

2. The customer analysis method of claim **1**, wherein at least one of the types of electronic customer communication data comprises social media data, media feed, social media review, or social media data stream, which includes video data including the voice data.

3. The customer analysis method of claim **1**, wherein at least one of the types of electronic customer communication data comprises image data.

4. The customer analysis method of claim **1**, which further comprises analyzing one or more of the customer's words, tones, gestures, posture, and facial expressions for behavioral assessment data.

5. The customer analysis method of claim **1**, wherein the generated behavioral assessment data is analyzed to generate a rating of the customer satisfaction of the interaction.

6. The customer analysis method of claim **5**, wherein the customer satisfaction is increased by displaying instructions to the user related to: correcting a customer need, improving customer service, effectiveness of one or more customer service agents, assessing distress of the identified customer or customer service agent, evaluating the personality type of the communicant, assessing performance of the customer service agent, monitoring the effectiveness of a customer service agent, providing a graphic representation of behav-

ioral assessment data, providing a graphic representation of customer satisfaction data, or any combination of the foregoing.

**7**. The customer analysis method of claim **1**, wherein the one or more servers includes a third-party server adapted to send and receive communications.

**8**. The customer analysis method of claim **7**, wherein the third-party server hosts a social networking site.

**9**. The customer analysis method of claim **8**, wherein the third-party server is configured to provide one or more application programming interfaces (APIs) adapted to integrate mobile-to-web extension applications.

**10**. The customer analysis method of claim **7**, wherein the third-party server is configured to permit a user to interact with a profile or account setup via one or more applications or programs run by the third-party server.

**11**. A behavioral assessment computer program product stored on a non-transitory computer readable medium including computer executable code for analyzing electronic customer communication data, generating behavioral assessment data and displaying instructions to a user, where the computer program product comprises instructions that, when executed:

receive, by one or more servers, a plurality of types of electronic customer communication data configured to provide a user interface comprising a web site, web portal, or virtual portal or application, wherein at least one of the types of electronic customer communication data includes voice data, and at least one of social media data, update status, media feed, social media review, social media data stream, social media profile or social media account setup;

generate, by the one or more servers, a text file from the voice data;

identify, by the one or more servers, a customer associated with the electronic customer communication data received by the one or more servers;

generating, by the one or more servers, behavioral assessment data by analyzing the text file and the at least one of social media data, update status, media feed, social media review, social media data stream, social media profile or social media account setup for that identified customer; and

display instructions to a user via a reporting engine, wherein the instructions are based on the generated behavioral assessment data,

wherein the user includes the identified customer or a customer service agent.

**12**. The behavioral assessment computer program product of claim **11**, wherein at least one of the types of electronic customer communication data comprises at least one of the social media data, media feed, social media review, or social media data stream, which includes video data including the voice data.

**13**. The behavioral assessment computer program product of claim **11**, wherein at least one of the types of electronic customer communication data comprises image data.

**14**. The behavioral assessment computer program product of claim **11**, which further comprises instructions that, when executed, analyze one or more of the customer's words, tones, gestures, posture, and facial expressions for behavioral assessment data.

**15**. The behavioral assessment computer program product of claim **11**, further comprising instructions that, when executed, analyze the generated behavioral assessment data to increase customer satisfaction.

**16**. The behavioral assessment computer program product of claim **15**, further comprising instructions that, when executed, increase customer satisfaction by displaying instructions to the user related to: correcting a customer need, improving customer service, effectiveness of one or more customer service agents, assessing distress of the identified customer or customer service agent, evaluating the personality type of the communicant, assessing performance of the customer service agent, monitoring the effectiveness of a customer service agent, providing a graphic representation of behavioral assessment data, providing a graphic representation of customer satisfaction data, or any combination of the foregoing.

**17**. The behavioral assessment computer program product of claim **11**, wherein the server is a third-party server adapted to send and receive communications.

**18**. The behavioral assessment computer program product of claim **17**, wherein the third-party server hosts a social networking site.

**19**. The behavioral assessment computer program product of claim **17**, wherein the third-party server is configured to provide one or more application programming interfaces (APIs) adapted to integrate mobile-to-web extension applications.

**20**. The behavioral assessment computer program product of claim **17**, wherein the third-party server is configured to permit a user to interact with a profile or account setup via one or more applications or programs run by the third-party server.

**21**. A system configured to analyze customer communications and display instructions to a user based on behavioral assessment data from the customer communications, which system comprises:

a node comprising a processor and a non-transitory computer readable medium operably coupled thereto, the non-transitory computer readable medium comprising a plurality of instructions stored in association therewith that are accessible to, and executable by, the processor, where the plurality of instructions comprises:

instructions that, when executed, receive a plurality of types of electronic customer communication data configured to provide a user interface comprising a web site, web portal, or virtual portal or application, wherein at least one of the types of electronic customer communication data includes voice data, and at least one of social media data, update status, media feed, social media review, social media data stream, social media profile or social media account setup;

instructions that, when executed, generate a text file from the voice data;

instructions that, when executed, identify a customer associated with the electronic customer communication data received by the processor;

instructions that, when executed, generate behavioral assessment data by analyzing the text file and the at least one of social media data, update status, media feed, social media review, social media data stream, social media profile or social media account setup for that identified customer; and

instructions that, when executed, display instructions to a user via a reporting engine, wherein the instructions are based on the generated behavioral assessment data,

wherein the user includes the identified customer or a customer service agent.

**22**. The system of claim **21**, wherein the server is a third-party server adapted to send and receive communications.

**23**. The system of claim **21**, wherein the third-party server is configured to provide one or more application programming interfaces (APIs) adapted to integrate mobile-to-web extension applications.

* * * * *



**EXHIBIT 27**



US008204884B2

(12) **United States Patent**
Freedman et al.

(10) Patent No.: **US 8,204,884 B2**
(45) Date of Patent: **\*Jun. 19, 2012**

(54) **METHOD, APPARATUS AND SYSTEM FOR CAPTURING AND ANALYZING INTERACTION BASED CONTENT**

(75) Inventors: **Ilan Freedman**, Petach Tiqwa (IL); **Yair Dolev**, Matan (IL); **Talia Falik**, Kfar-Sava (IL); **Oren Pereg**, Ra'anana (IL); **Moshe Wasserblat**, Maccabim (IL); **Gili Aharoni**, Ramat-Hasharon (IL); **Eytan Bar**, Even Yehuda (IL); **Shai Shermister**, Ra'anana (IL); **Lior Arussy**, Livingston, NJ (US); **Yifat Meidav**, Ra'anana (IL)

(73) Assignee: **Nice Systems Ltd.**

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **13/098,504**

(22) Filed: **May 2, 2011**

(65) **Prior Publication Data**

US 2011/0206198 A1      Aug. 25, 2011

**Related U.S. Application Data**

(62) Division of application No. 10/484,107, filed on Jul. 14, 2004, now Pat. No. 7,953,219.

(51) **Int. Cl.**
*G06F 17/30*      (2006.01)

(52) **U.S. Cl.** .................... **707/737**; 707/749; 379/265.06

(58) **Field of Classification Search** ............. 379/265.06, 379/265; 707/703, 702, 737, 749; 709/203
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,145,715 A | * | 3/1979 | Clever | 348/150 |
| 4,527,151 A | * | 7/1985 | Byrne | 340/554 |
| 4,821,118 A | * | 4/1989 | Lafreniere | 348/156 |
| 5,051,827 A | * | 9/1991 | Fairhurst | 348/180 |
| 5,091,780 A | * | 2/1992 | Pomerleau | 348/152 |
| 5,303,045 A | * | 4/1994 | Richards et al. | 348/443 |
| 5,307,170 A | * | 4/1994 | Itsumi et al. | 348/219.1 |
| 5,353,618 A | * | 10/1994 | Roper et al. | 72/58 |
| 5,404,170 A | * | 4/1995 | Keating | 348/443 |
| 5,491,511 A | * | 2/1996 | Odle | 348/153 |
| 5,519,446 A | * | 5/1996 | Lee | 348/556 |
| 5,734,441 A | * | 3/1998 | Kondo et al. | 348/700 |
| 5,742,349 A | * | 4/1998 | Choi et al. | 348/443 |
| 5,751,346 A | * | 5/1998 | Dozier et al. | 348/153 |
| 5,790,096 A | * | 8/1998 | Hill, Jr. | 345/600 |
| 5,790,798 A | * | 8/1998 | Beckett et al. | 709/224 |
| 5,796,439 A | * | 8/1998 | Hewett et al. | 348/459 |
| 5,847,755 A | * | 12/1998 | Wixson et al. | 348/149 |
| 5,895,453 A | * | 4/1999 | Cook | 705/22 |
| 5,920,338 A | * | 7/1999 | Katz | 348/150 |

(Continued)

FOREIGN PATENT DOCUMENTS

EP        0833489 A2  *  1/1998

*Primary Examiner* — Sherief Badawi
(74) *Attorney, Agent, or Firm* — Soroker Agmon

(57) **ABSTRACT**

An apparatus and methods for capturing and analyzing customer interactions the apparatus comprising interaction information units, interaction meta-data information units associated with each of the interaction information units, a rule based analysis engine component for receiving the interaction information, an adaptive database, an interaction capture and storage component for capturing interaction information, a multi segment interaction capture device, an initial set up and calibration device and a pre processing and content extraction device.

**15 Claims, 12 Drawing Sheets**



## U.S. PATENT DOCUMENTS

| 6,014,647 | A | * | 1/2000 | Nizzari et al. | 705/39 |
| 6,028,626 | A | * | 2/2000 | Aviv | 348/152 |
| 6,031,573 | A | * | 2/2000 | MacCormack et al. | 375/240.16 |
| 6,037,991 | A | * | 3/2000 | Thro et al. | 725/116 |
| 6,055,540 | A | * | 4/2000 | Snow et al. | 1/1 |
| 6,058,163 | A | * | 5/2000 | Pattison et al. | 379/265.06 |
| 6,067,357 | A | * | 5/2000 | Kishinsky et al. | 379/265.02 |
| 6,067,517 | A | * | 5/2000 | Bahl et al. | 704/256.4 |
| 6,070,142 | A | * | 5/2000 | McDonough et al. | 705/7.14 |
| 6,081,606 | A | * | 6/2000 | Hansen et al. | 382/107 |
| 6,092,197 | A | * | 7/2000 | Coueignoux | 726/21 |
| 6,094,227 | A | * | 7/2000 | Guimier | 348/459 |
| 6,097,429 | A | * | 8/2000 | Seeley et al. | 348/154 |
| 6,098,066 | A | * | 8/2000 | Snow et al. | 1/1 |
| 6,111,610 | A | * | 8/2000 | Faroudja | 348/441 |
| 6,134,530 | A | * | 10/2000 | Bunting et al. | 705/7.25 |
| 6,138,139 | A | * | 10/2000 | Beck et al. | 709/202 |
| 6,167,395 | A | * | 12/2000 | Beck et al. | 1/1 |
| 6,170,011 | B1 | * | 1/2001 | Macleod Beck et al. | 709/224 |
| 6,178,239 | B1 | * | 1/2001 | Kishinsky et al. | 379/266.07 |
| 6,185,550 | B1 | * | 2/2001 | Snow et al. | 1/1 |
| 6,212,178 | B1 | * | 4/2001 | Beck et al. | 370/352 |
| 6,230,197 | B1 | * | 5/2001 | Beck et al. | 709/223 |
| 6,246,752 | B1 | * | 6/2001 | Bscheider et al. | 379/88.22 |
| 6,249,570 | B1 | * | 6/2001 | Glowny et al. | 379/88.22 |
| 6,252,946 | B1 | * | 6/2001 | Glowny et al. | 379/88.22 |
| 6,252,947 | B1 | * | 6/2001 | Diamond et al. | 379/88.22 |
| 6,295,367 | B1 | * | 9/2001 | Crabtree et al. | 382/103 |
| 6,327,343 | B1 | * | 12/2001 | Epstein et al. | 379/88.01 |
| 6,330,025 | B1 | * | 12/2001 | Arazi et al. | 348/143 |
| 6,345,305 | B1 | * | 2/2002 | Beck et al. | 709/242 |
| 6,370,574 | B1 | * | 4/2002 | House et al. | 709/224 |
| 6,404,857 | B1 | * | 6/2002 | Blair et al. | 379/67.1 |
| 6,427,137 | B2 | * | 7/2002 | Petrushin | 704/273 |
| 6,441,734 | B1 | * | 8/2002 | Gutta et al. | 340/541 |
| 6,477,533 | B2 | * | 11/2002 | Schiff et al. | 705/14.4 |
| 6,510,220 | B1 | * | 1/2003 | Beckett et al. | 379/265.06 |
| 6,526,397 | B2 | * | 2/2003 | Chee et al. | 1/1 |
| 6,549,613 | B1 | * | 4/2003 | Dikmen | 379/70 |
| 6,559,769 | B2 | * | 5/2003 | Anthony et al. | 340/574 |
| 6,563,920 | B1 | * | 5/2003 | Flockhart et al. | 379/265.1 |
| 6,570,608 | B1 | * | 5/2003 | Tserng | 348/143 |
| 6,604,108 | B1 | * | 8/2003 | Nitahara | 1/1 |
| 6,614,903 | B1 | * | 9/2003 | Flockhart et al. | 379/265.12 |
| 6,628,835 | B1 | * | 9/2003 | Brill et al. | 382/226 |
| 6,633,640 | B1 | * | 10/2003 | Cohen et al. | 379/265.03 |
| 6,651,042 | B1 | * | 11/2003 | Field et al. | 704/270 |
| 6,661,889 | B1 | * | 12/2003 | Flockhart et al. | 379/265.05 |
| 6,704,409 | B1 | * | 3/2004 | Dilip et al. | 379/265.02 |
| 6,711,585 | B1 | * | 3/2004 | Copperman et al. | 1/1 |
| 6,728,345 | B2 | * | 4/2004 | Glowny et al. | 379/88.22 |
| 6,757,361 | B2 | * | 6/2004 | Blair et al. | 379/67.1 |
| 6,785,369 | B2 | * | 8/2004 | Diamond et al. | 379/88.22 |
| 6,785,370 | B2 | * | 8/2004 | Glowny et al. | 379/88.22 |
| 6,898,277 | B1 | * | 5/2005 | Meteer et al. | 379/265.02 |
| 6,937,706 | B2 | * | 8/2005 | Bscheider et al. | 379/88.22 |
| 7,015,945 | B1 | * | 3/2006 | Sullivan | 348/150 |
| 7,076,427 | B2 | * | 7/2006 | Scarano et al. | 704/270 |
| 7,103,806 | B1 | * | 9/2006 | Horvitz | 714/43 |
| 7,203,285 | B2 | * | 4/2007 | Blair | 379/32.01 |
| 7,336,779 | B2 | * | 2/2008 | Boyer et al. | 379/265.02 |
| 7,401,087 | B2 | * | 7/2008 | Copperman et al. | 707/737 |
| 7,415,417 | B2 | * | 8/2008 | Boyer et al. | 705/346 |
| 2001/0040942 | A1 | * | 11/2001 | Glowny et al. | 379/88.22 |
| 2001/0043685 | A1 | * | 11/2001 | Bscheider et al. | 379/88.22 |
| 2001/0043697 | A1 | * | 11/2001 | Cox et al. | 379/265.06 |
| 2001/0052081 | A1 | * | 12/2001 | McKibben et al. | 713/201 |
| 2001/0054064 | A1 | * | 12/2001 | Kannan | 709/203 |
| 2001/0055372 | A1 | * | 12/2001 | Glowny et al. | 379/88.22 |
| 2002/0005898 | A1 | * | 1/2002 | Kawada et al. | 348/149 |
| 2002/0010705 | A1 | * | 1/2002 | Park et al. | 707/104.1 |
| 2002/0022977 | A1 | * | 2/2002 | Schiff et al. | 705/5 |
| 2002/0035616 | A1 | * | 3/2002 | Diamond et al. | 709/219 |
| 2002/0059283 | A1 | * | 5/2002 | Shapiro et al. | 707/100 |
| 2002/0087385 | A1 | * | 7/2002 | Vincent | 705/10 |
| 2002/0143609 | A1 | * | 10/2002 | Magouirk et al. | 705/10 |
| 2002/0198775 | A1 | * | 12/2002 | Ryan | 705/14 |
| 2003/0059016 | A1 | * | 3/2003 | Lieberman et al. | 379/201.03 |
| 2003/0078782 | A1 | * | 4/2003 | Blair | 704/270.1 |
| 2003/0128099 | A1 | * | 7/2003 | Cockerham | 340/5.7 |
| 2003/0129986 | A1 | * | 7/2003 | Blair et al. | 455/450 |
| 2003/0163360 | A1 | * | 8/2003 | Galvin | 705/8 |
| 2004/0012540 | A1 | * | 1/2004 | Treibitz et al. | 345/2.2 |
| 2004/0024739 | A1 | * | 2/2004 | Copperman et al. | 707/1 |
| 2004/0098295 | A1 | * | 5/2004 | Sarlay et al. | 705/8 |
| 2004/0141508 | A1 | * | 7/2004 | Schoeneberger et al. | 370/401 |
| 2004/0161133 | A1 | * | 8/2004 | Elazar et al. | 382/115 |
| 2004/0249650 | A1 | * | 12/2004 | Freedman et al. | 705/1 |
| 2005/0015286 | A1 | * | 1/2005 | Rudnik et al. | 705/7 |
| 2005/0030374 | A1 | * | 2/2005 | Goldenberg et al. | 348/143 |
| 2005/0125437 | A1 | * | 6/2005 | Cardno | 707/102 |
| 2006/0089837 | A1 | * | 4/2006 | Adar et al. | 705/1 |
| 2006/0093135 | A1 | * | 5/2006 | Fiatal et al. | 380/28 |
| 2006/0262922 | A1 | * | 11/2006 | Margulies et al. | 379/265.12 |
| 2007/0033221 | A1 | * | 2/2007 | Copperman et al. | 707/103 R |
| 2007/0055694 | A1 | * | 3/2007 | Ruge et al. | 707/104.1 |
| 2007/0217576 | A1 | * | 9/2007 | Blair | 379/1.01 |
| 2008/0107255 | A1 | * | 5/2008 | Geva et al. | 379/265.06 |
| 2008/0152122 | A1 | * | 6/2008 | Idan et al. | 379/265.07 |
| 2008/0181417 | A1 | * | 7/2008 | Pereg et al. | 381/17 |
| 2008/0240374 | A1 | * | 10/2008 | Conway et al. | 379/67.1 |
| 2008/0240404 | A1 | * | 10/2008 | Conway et al. | 379/265.02 |
| 2008/0240405 | A1 | * | 10/2008 | Conway et al. | 379/265.06 |

* cited by examiner



**FIG. 1**



**FIG. 2A**



200

**INTERPETATION**

204

CONTENT CLASSIFICATION,
ASSOCIATION, CATEGORIZATION

202

**APPLICATION**

206

EVALUATION

208

REPORTING &
STATISTICS

214

QM, QUERY &
VISUAL TOOLS

210

E-LEARNING SESSION

216

P/B &
RETRIEVE

212

MONITORING

218

**RULE BASED ANALYSIS ENGINE**

220

BEHAVIORAL PATTERNS

222

WORD
SPOTTING

226

EVENTS ASSOCIATION

224

254

SPEAKER IDENTIFICATION &
VERIFICATION

CALL FLOW

228

NEGATIVE/POSITIVE
EXCITEMENT

230

**CONTENT DATA ITEM**

234

CRM

236

INTERACTION

238

TEXT EXTRACTED

240

WORDS & PHRASES

242

EMOTION LEVEL

244

IDENTIFIED EVENTS

246

**PRE-PROCESSING AND CONTENT EXTRACTION**

248

TRANSACTION INFO

250

CRM

252

VIDEO

264

AUDIO

258

CTI INFO

254

TEXT

256

NOISE
REDUCTION

260

EVENT
PATTERN

262

SPEAKER
SEPARATION

258

CTI
INFO

266

**INITIAL SET-UP AND CALIBRATION**

268

ON SITE BUSINESS-ORIENTED SET-UP

270

ADAPTIVE MODEL

272

INTERACTION
RAW DATA

274

INTERACTION
META DATA

276

KNOWLEDGE
BASE

278

CRM

280

**MULTI SEGMENT INTERACTION CAPTURE**

281

**INTERACTIONS**

282

AUDIO

284

VIDEO

286

E-MAIL

288

CHAT

290

SURVEY
RESULTS/QM
FORMS

292

SCREEN
SEQUENCE
EVENTS

294

WEB
COB

**FIG. 2B**



**FIG. 3**



**FIG. 4**



**FIG. 5**



**FIG. 6**



**FIG. 7**



**FIG. 8**



**FIG. 9**



**FIG. 10**



**FIG. 11**

1

# METHOD, APPARATUS AND SYSTEM FOR CAPTURING AND ANALYZING INTERACTION BASED CONTENT

## RELATED APPLICATIONS

The current application is a divisional filing of application Ser. No. 10/484,107 dated Jul. 14, 2004 the disclosure of which is incorporated herein by reference.

The present invention relates and claims priority from U.S. provisional patent application Ser. No. 60/350,345 titled IDEA MANAGEMENT BASED ON CONTENT OF INTERACTION, filed 24 Jan. 2002 and from U.S. provisional patent application Ser. No. 60/346,142 titled CUSTOMER INTERACTION CONTENT BASED APPLICATIONS, filed 19 Jul. 2001.

The present invention relates to U.S. patent application Ser. No. 60/259,158 titled CONTENT-BASED ANALYSIS AND STORAGE MANAGEMENT, filed 3 Jan. 2001, and to U.S. provisional patent application Ser. No. 60/354,209 titled ALARM SYSTEM BASED ON VIDEO ANALYSIS, filed 6 Feb. 2002 and to U.S. provisional patent application Ser. No. 60/274,658 titled A METHOD FOR CAPTURING, ANALYZING AND RECORDING THE CUSTOMER SERVICE REPRESENTATIVE ACTIVITIES filed 12 Mar. 2001 and to PCT patent application serial number PCT/IL02/00197 titled A METHOD FOR CAPTURING, ANALYZING AND RECORDING THE CUSTOMER SERVICE REPRESENTATIVE ACTIVITIES filed 12 Mar. 2002 and to PCT patent application titled CONTENT-BASED STORAGE MANAGEMENT filed 3 Jan. 2002, and to U.S. provisional patent application Ser. No. 60/227,478 titled SYSTEM AND METHOD FOR CAPTURING, ANALYZING AND RECORDING SCREEN EVENTS filed 24 Aug. 2000 and to PCT patent application titled SYSTEM AND METHOD FOR CAPTURING BROWSER SESSIONS AND USER ACTIONS filed 24 Aug. 2001, and U.S. patent application Ser. No. 10/056,049 titled VIDEO AND AUDIO CONTENT ANALYSIS filed 30 Jan. 2001, and US provisional patent application titled RECORDING OF FACE TO FACE CLIENT-AGENT MEETING, filed 6 Sep. 2001, the content of which is hereby incorporated by reference.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention relates to data analysis storage, retrieval and analysis, in general and to a method, apparatus and system for capturing and analyzing customer interactions including customer and business experience, intelligence and content, in particular.

### 2. Discussion of the Related Art

Many organizations are involved in generating interactions with customers or other businesses. Many organizations capture or collect such interactions, storing potentially vast volumes media. Examples of such organizations are call centers across many industries, financial trading floors, intelligence surveillance systems, and public safety, emergency and law enforcement entities.

To a limited extent, people, through playback of recordings and listening to interactions, perceive and sometimes document the content of such media. Nevertheless, the details passed in voice and other forms of interactions are largely lost simply due to the size of interaction volume, and the vast majority is not put to use, even when captured. Businesses are looking at their interactions with customers and other businesses as a major source for information and insight about customers and business operations. Increasingly, businesses are striving to keep a closer touch with the customers and "listen" to what customers have to say, believing this will provide a competitive advantage in the market place.

The overwhelming amounts of information collected by organizations require a structured approach if proper management is to be achieved, with the processes to develop a finely-honed content "distillery", and the right tools to qualify, tag, sort reveal the relevant data. One example where large amounts of information are collected is the field of Customer Relationship Management (CRM). CRM is a business strategy whose outcomes optimize profitability; revenue and customer satisfaction by organizing around customer segments, fostering customer-satisfying behaviors and implementing customer centric processes. CRM should enable greater customer insight, increased customer access, effective customer interactions, and integration throughout all customer channels and back-office enterprise functions.

A substantial portion of CRM is Analytical CRM or Business Analytics (customer and business intelligence). Customer and business intelligence is the use of various data mining, databases, data warehouse and data-mart technologies on customer information and transactional data to create a better understanding of the customer. Such understanding is used to leverage a company's efforts to retain, up-sell and cross-sell a specific customer. It is also a major cornerstone for personalization of content and segmentation of customers leading to improved one-to-one marketing efforts and overall performance. A major portion of the interaction between a modern business and its customers are conducted via the Call Center or Contact Center. Interactions with the business' customers and prospects take the form of telephone and additional media such as e-mail, web chat, collaborative browsing, shared whiteboards, Voice over IP (VoIP) and the like. The additional media captured by the Call Center has transformed the Call Center into a Contact Center captured not only traditional phone calls, but also multimedia contacts.

The ability to capture digitized voice, screen and data is now available in Call Centers and Contact Centers. Such capturing abilities are typically used for compliance purposes, when such recording of the interactions is required by law or other means of regulation, risk management, limiting the businesses' legal exposure due to false allegations regarding the content of the interaction, or for quality assurance, using the re-creation of the interaction to evaluate an agent's performance. Other businesses areas where capturing digital data is becoming increasingly important are: betting and gambling, entertainment, dealing for personal accounts, frauds and money laundering, alternative dispute resolution, mobile telephones, tapping, front-running and the like. It should be emphasized that the call centers and the financial trading arenas are two distinct vertical markets.

Known analytical CRM focuses its analysis on the transactional data created by transaction processing systems such as the CRM platform or the Enterprise Resource Planning (ERP) system. Such analysis is not performed on the content of the interaction with the customer. Simply put, such systems fail to make use of all the information exchanged during the interaction. One example is a direct insurance service and a phone inquiry. Through advertisement, customers contact the insurance service business. Due to legal requirements the insurance service sends the insurance forms to the customer and have the customer sign them and mail them back to close the deal. Often customers call back to clarify contract details. When customers are handled, the type of call is classified and categorized in the data system, such as CRM and the like. Such call is categorized into one of a set of predefined criteria

3

and a transactional piece of data is created. Such piece of data can include date and time, customer name or ID, agent name or ID, insurance policy number, other call related data such as duration, direction, and the call classification from a list of predefined categories. The call classification could be for example "contract clarification" or "contract inquiry". In some cases the agent might add to the transactional data some free-form text that might or might not indicate the specific clause that the customer asked about. Current analytical solutions analyze transactional data, and as such would not yield information regarding the cause of inquiries regarding the contract. This means that while the system is recording such calls it is not using the information stored in connection with the call, which also includes the call content and the CRM record or screen event. Requesting the agents to provide deeper and more thorough "observations" of the interaction and its contents would interfere with their main task of responding to customer queries thus reducing their capability to handle calls and increasing the call centers' cost per call. In addition, the unpredictable nature of providing observations calls for improved judgmental skills, which incur sustained training and level adjustment costs. Screen events are the events identified by a system in response to one or more of the following: actions performed by the agent in association with the use of a system as viewed by the agent on the screen display including but not limited to keyboard press, mouse click, etc.; data entered into all or part (Region Of Interest) of the display or non-displayed window (window might not be in focus); operating system screen related events. Such as the Esc button pressed, etc; pre-defined multi-sequence events. Such as entering the amount in window application A can generate an update in certain reduction field in Application B. Only these dependant occurrences would yield either input or trigger for the analysis process.

In addition, current systems do not provide for analyzing interactions and at the same time analyze associated data or other interactions. Thus, for example, interactions made and recorded by traders who trade on financial floors are not fully analyzed. Similarly, interactions recorded by call center and contact center agents are not fully analyzed. Information received and logged is not fully understood because parts of such information is not processed and associated with actions of the agents. The result is a deficiency in exploitation of information and data recorded. The person skilled in the art will appreciate that there is therefore a need for a new and novel method and system for capturing and analyzing content.

## SUMMARY OF THE PRESENT INVENTION

It is an object of the present invention to provide a novel method, apparatus and system for capturing and analyzing content derived from customer interactions, which overcomes the disadvantages of the prior art.

In accordance with the present invention, there is thus provided an apparatus for capturing and analyzing customer interactions the apparatus comprising interaction information units, interaction meta-data information associated with each of the interaction information units, a rule based analysis engine component for receiving the interaction information, and an adaptive database. The apparatus further comprises an interaction capture and storage component for capturing interaction information. The rule based analysis engine component receives interaction meta-data information. The apparatus further comprises a customer relationship management application. The adaptive database can be a knowledge base component, a telephony integration component which may be

4

accessed via a network. The interaction is a communication unit through which content is passed or exchanged. The interaction can be a telephone conversation, audio, video, voice over IP, data packets, screen events, e-mails, chat messages, text, surveys' results, quality management forms results, collaborative browsing results or sessions, e-mail messages or any coded data. The meta-data information is information related to the interaction information and passed over a media; each interaction has associated meta-data. The interaction and the associated meta-data may originate internal or external to the content analysis system and internal or external to the organization and is the primary input to the system. The adaptive database can be a customer relationship management database, or a computer telephony integration information database or a knowledge database or other databases in the organization or outside the organization. The rule based analysis engine component may be conditionally activated based on a predetermined rule or event. The apparatus can further comprise an intermediate storage area having an intermediate format wherein the results of the analysis made by the rule based analysis engine are stored on and used by or exported to the applications. The results of the analysis made by the rule based analysis engine are provided to and update the adaptive database. The results of the analysis made by the rule based analysis engine provide the user with selective operations based on the results of the analysis. The rule based analysis engine receives from an adaptive database predetermined rules used for analysis. The results of the analysis made by the rule based analysis engine update or create rules used by the rule based analysis engine. The interaction capture and storage component is also comprised of a computing device designed to log, capture and store information. The interaction capture and storage component also comprises a buffer area for intermediate storage of the interaction information. The interaction capture and storage component also provides the rule based analysis engine at least two interactions and at least one interaction meta-data associated with each of the at least two interactions stored in the interaction capture and storage component or stored in an adaptive database. The interaction capture and storage component also comprise an administrative database utilized for the setting up, initialization and operational follow up of the apparatus. The interaction capture and storage component can trigger recording of an interaction or a portion thereof in response to a predetermined event or rule. It is also comprised of an administrative database that operates according to rules base on the content of the interaction.

In accordance with the present invention, there is also provided an apparatus for capturing and analyzing customer interactions the apparatus comprising a multi segment interaction capture device, an initial set up and calibration device and a pre processing and content extraction device. The apparatus also comprises a rule based analysis engine and an interaction raw database for storing interactions captured by the multi segment interaction capture device and an interaction meta-data database wherein each interaction stored in the interaction raw database is associated with an interaction meta-data stored in the interaction meta-data database. Another database is the content data items database. In one preferred embodiment the rule based analysis engine is a software device operative to perform rule check on at least two data items stored in any of the following: the content data items database, the interaction raw database, the interaction meta-data database, the knowledge base, the CRM database. The results of the rule check are made available to applications. The apparatus is also comprised of an interpretation device for imposing rules on the rules based analysis engine.

In accordance with the present invention, there is also provided a method for capturing and analyzing customer interactions the method comprising pre-processing of interactions previously captured; the pre-processing stage comprising: identification; filtration; and classification of interactions; extracting selected content data items from the interactions. The identification is accomplished by examination of at least two interactions. The identification is accomplished by examination of meta-data associated with the interactions. The identification is accomplished by examination of at least one of the following: computer telephony interaction information or CRM information or knowledge base information or information extracted from an adaptive database.

In accordance with the present invention, there is also provided a method for capturing and analyzing customer interactions the method comprising a rule based analysis engine receiving at least one predetermined rule for the identification of at least two predetermined content data item; the rule based analysis engine sampling the at least two content data items from a database or interactions and associated data. The step of associating at least two or more interactions or content data items captured in compliance with at least one predetermined rule by the rule based analysis engine. The step of creating a content data item by the pre processing and content extraction device. The step of capturing interactions by a multi segment interaction capture device. The step of performing at least one adaptive operation on data by an initial set up and calibration device whereby the calibration of the appropriate configuration is customer or market segment tailored. The step of monitoring of an interaction or portion thereof in response to a predetermined event or rule. The step of activating the pre processing and content extraction device based on a predetermined rule or event. The step of updating any one of the following: an interaction raw database; an interaction meta-data database; a knowledge base, a CRM database, a computer telephony integration database with the results of the analysis. The step of providing an indication as to the result of the rule check. The step of imposing rules on the rules based analysis engine.

In accordance with the present invention, there is also provided in a customer service environment of an organization, a system for detecting and processing idea-related data, the system comprising: an interaction monitoring module for monitoring content of interactions; an subject-related managing module for detecting and processing subject-related data, the subject managing module comprising content analyzing tools for analyzing the interactions content. The system also comprises a quality management module for analyzing and evaluating the subject-related data. The idea managing module further comprises a module for sending a notification to an agent involved in an agent-customer interaction upon detecting an idea-related data in said interaction thereby assuring the agent inserts the subject-related data into customer service environment. The quality management module generates idea-related data customer surveys thereby providing further analysis to members of an organization.

## BRIEF DESCRIPTION OF THE DRAWINGS

The present invention will be understood and appreciated more fully from the following detailed description taken in conjunction with the drawings in which:

FIG. 1 is shows a high level diagram of the content analysis system;

FIG. 2A shows an exemplary high level diagram of an apparatus employing the content analysis system, in accordance with a preferred embodiment of the present invention;

FIG. 2B shows an exemplary high-level diagram of an apparatus employing the content analysis system in accordance with a preferred embodiment of the present invention;

FIG. 2B shows a more detailed apparatus of the content analysis system;

FIG. 3 is a block diagram showing the interactions, in accordance with a preferred embodiment of the present invention;

FIG. 4 is a block diagram of the internal modules of an exemplary content analysis system with particular emphasis on the analysis of an audio type interaction, in accordance with a preferred embodiment of the present invention;

FIGS. 5 and 6 show alternative examples of the content analysis process, in accordance with the preferred embodiment of the present invention;

FIG. 7 is a schematic block diagram of the content analysis components of the exemplary Reporter device;

FIG. 8 is a flowchart of the emotion detection and monitoring function, in accordance with a preferred embodiment of the present invention;

FIG. 9 is a flowchart of the call flow function, in accordance with a preferred embodiment of the present invention;

FIG. 10 is a flowchart of the segmentation function, in accordance with a preferred embodiment of the present invention.

FIG. 11 is an example of the content analysis processes where each type of interaction media content is analyzed to detect new ideas within interactions in accordance with another preferred embodiment of the present invention.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

The present invention discloses a new method, apparatus and system for capturing and analyzing content derived from customer interactions. This present invention provides for a coherent, integrative analysis process for the contents of all forms of customer communications.

Various environments use the capturing of information and data from agents. Such may include call centers, contact centers, trading floors, money foreign exchange centers or trade centers, and other institutions such as banks, back and front offices in various centers. Two distinct environments are the call centers and the trading floors.

Call centers, also known as the factory floor of the 21st century, are centers where customer and other telephone calls are handled by an organization. Typically, a call center has the ability to handle a considerable volume of calls at the same time, to screen calls and forward them to someone qualified to handle them, and to log calls. Telemarketing companies, computer product help desks, and any large organization that uses the telephone to sell or service products and services may use call centers. Agents supervised by managers and supervisors often man such centers of floors.

Trading floors are the call centers of the financial world. Typically, a trade floor has the same ability as a call center, with the exception that regulatory requirements mandate that calls are always logged and traders are constantly supervised by compliance officers and chief traders. Traders man trading floors. The government is increasingly regulating the operation of traders and trading floors. Various legal requirements are placed on the traders to deal fairly and to avoid irregularities in their dealings.

7

8

The person skilled in the art will appreciate that while various market and regulatory conditions may affect and apply to agents or traders, the present invention may be implemented in connection with both environments and any like environment. To enable a better understanding of the present invention the term agent shall also refer to traders in the reminder of the text below.

It is the business concern that agents work efficiently and avoid misconduct, misuse of the system or clients or irregularities in their work abilities and output. Information while the agent performs his duties may assist the manager or supervisor to determine that the agent or traders perform adequately and that the business avoids legal liability due to malpractice or regulation violation. The present invention provides a system for the analysis of at least two interactions captured as a result of the agent's interaction with the client. Analyzing more then one interaction enables system according to the present invention to effectively monitor the interactions between the agent and the client. Such interactions may take place between a business and a customer or between businesses. The interactions captured can be associated there with each other and with other information already present in the organization, such as the organization knowledge base. The interactions may also be associated with data received about the capturing of the interaction such as Computer Telephony Integration (CTI) information or various other data pertaining to the manner of recording and logging of the interaction. One non-limiting example is the information provided as to the length of a call a chat session, the source of the call or the chat session (telephone number or IP address or e-mail identifier) to be associated with what was said (through voice or otherwise) by an agent or a customer.

Recent dynamic changes in the environments mentioned above for a system to be able to capture, analyze and identify inefficiencies, malpractices, misconduct, pattern and customer or agent behavior, quality issues, causes of dispute, regulatory violations in real time and the like. For example, because agents may become vulnerable to third party inducement to accept gifts in exchange for conducting actions that are not in the best interest of the organization, monitoring particular irregularities in the agent activities are paramount to the business. In this non limiting example the voice of the agent can be analyzed to determine patterns of over friendliness or to identify particular words and at the same time screen events or content from the agent's screen may be analyzed to determine if particular favors or reductions or tips are offered to the client. Moreover, recent research has shown that abuse of illicit or restricted substances among agents is on the rise. Analyzing the agent's voice in association with the speed at which the agent is operating his CRM application (which is captured directly or indirectly) can indicate a problem and alert the management. Businesses operating call centers and contact centers face the same concerns and problems. Another non-limiting example, in places where dealing for personal account is permitted, management should control, monitor and detect cases such as "front running," where an agent could execute a personal trade in advance of a client's or institutional order to benefit from an anticipated movement in the market. The agent's screen activity together with the order for execution of the trade, are captured such that behavior of the agent is verified along with the sequence of execution. Any indications of irregularity will alert the management that bad practice occurred. Moreover, businesses are constantly anxious to gain a competitive edge over their competitors by having better agents, which perform best. The performance of agents may be analyzed effectively

through the capture and analysis of various data associated with the interaction with the client. The present invention provides for such a system.

Referring now to FIG. 1 where a high level diagram of a content analysis system is shown. The system 1 describes a process flow, starting from interactions and ending in applications making use of the processed and analyzed information. The system includes at least interactions information 20, an interaction meta-data information 14, an interaction capture and storage component (ICS) 10, a rule based analysis engine component 16, a knowledge base component 18, and CTI component 22. A sub component of the knowledge base component 18 could be a customer relationship management application or any dynamic or adaptive database internal or external to the organization. The database may be located remotely to the organization and accessed via local or wide area networks. The interactions 20 are a business-to-consumer or a business-to-business interaction unit and include diverse types of communication through which content is passed or exchanged. Non-limiting examples of interactions are telephone conversation, audio, video, voice over IP, data packets, screen events, e-mails, chat messages, text, surveys' results, quality management forms results, collaborative browsing results or sessions, e-mail messages, any coded data and the like. The various types of communications supported will be described in detail in association with the following drawings. The meta-data information component 14 is a set of descriptive and associative information, which are related to the actual interaction information 20 passed over the media where each interaction type has associated meta-data. Examples of meta-data associated with each interaction type will be described in detail in association with the following drawings. Interactions 20 and their associated meta-data 14 originate external to the content analysis system and are the primary input to the system. Interactions 20 are captured by the ICS component 10. The ICS component 10 is also referred to in the text of this document as the Multi-Segment Interaction Capture component. Examples of the ICS components 10 can include the NiceLog, the NiceCLS components by NICE Systems of Raanana, Israel. The ICS component 10 can comprise of a transient memory device such as a transient buffer used solely to buffer the interactions 20 into a rule based analysis engine component 16. Persons skilled in the art will appreciate that other like systems are interchangeable. Subsequent of being captured the interactions 20 data is fed to the analysis methods component 16. Optionally, interactions 20 information could be first stored on the ICS component 10 having a substantially flexible buffer area for some or all of the interaction types/media types when real-time processing of the interactions data is problematic or impractical. The ICS component 10 feeds the analysis methods component 16, which is responsible for the analysis process. Data from diverse additional information sources utilized to enhance the interactions information 20 are fed simultaneously to the analysis methods component 16. For example, information concerning an enterprise, such as products, strategy, sales statistics, agent performance and the like, is fed from the Knowledge Base component 22. Another important source comprising information about the interaction is the CTI information 22. CTI is the use of computers to manage telephone calls. CTI can provide information about calls and the callers, including telephone numbers, length of calls, type of call, and the like. CTI can provide a multitude of information including the length of the call, the calling number, the extension number, the agent ID, the customer Id, and the like. CTI can be extensively used to obtain important information to be used in association with the present invention. CTI provides reason-

ably accurate information and is therefore used as a primary source of information by the present invention. Customer Relationship Management (CRM) information, such as a customer's profile, the customer's history and interaction summary notes introduced by a customer service representative is represented by the CRM application **18**. For example, one CRM system that could be used in association with the content analysis system is the eBusiness Applications by Siebel Systems, Inc. of San Mateo, Calif. The results of the analysis are stored in an intermediate or permanent storage area having a specific intermediate format on the in ICS component **10** to be used in turn by the applications **12**. Applications **12** can be any internal or external computer based hardware or software application that utilizes the results of the analysis or is activated or activates the analysis in response to requests. The intermediate storage could typically be a part of a recording and archival system. The storage device can include a DAT tape, a hard disk, a memory device, a magnetic media storage device, and other like storage devices that store information in a permanent, transient or intermediate form. In addition, to feeding the applications **12** the results of the analysis could feed the CRM applications **18** as well. The ICS component **10** further includes an administrative database utilized for the setting up, the initialization and operational follow up of the system. The administrative database is further utilized to facilitate authorization and verification procedures via stored user information, such as agent identification and the like.

Referring now to FIG. 2A where an exemplary high-level diagram of an apparatus employing the content analysis system is shown. The apparatus **100** is generally comprised of a multi segment interaction capture device **324**, an initial set up and calibration device **326**, a pre processing and content extraction device **328** and a rule based analysis engine **300**. The multi segment interaction capture device **324** is operative to receive numerous interactions from various sources such as voice **332**, video **334**, e-mail services **336**, chat messages **338** (preferably in the form of TCP/IP packets), results from surveys and from quality management forms **340**, screen captures **342**, and collaborative web browsing **344**. Interactions captured by the multi segment interaction capture device **324** are stored to the interaction raw data database **346**. Each data item in the interaction raw database **346** is associated with an interaction meta-data stored in the interaction meta-data database **348**. The initial set up and calibration device **326** performs adaptive operations on the data stored in the interaction raw database **346** and the interaction meta-data database **348**. As a result a calibration of the appropriate configuration is provided to comply with the customer needs, in particular, and with the vertical market segment, in general. Pre processing and content extraction device **328** extracts data from various databases available, such as the interaction raw database **346**, the interaction meta-data database **348**, the organization's knowledge base **352**, the organization's CRM database **356** and CTI information **364**. Pre processing and content extraction device **328** performs pre processing of the information and determines whether particular interactions are suitable to be further analyzed or not. For example, short voice interactions wherein the client or customer and the agent do not speak are cut out in some cases. The same non-speech interactions may however be measured and made available for analysis if they are over a certain length of time. Similarly, screen captures showing no change are omitted and time wherein the screen is unchanged may be used for later analysis seeking ultimately to assess the agent's performance. In another non limiting example, the pre processing device **328** may discard of video footage showing a complete black screen or discard e-mails which do not belong to the

parties monitored and have arrived by mistake or through spam to the agent monitored. Likewise, chat sessions may be edited to eliminate chat robots (BOTs) intervention or non-parties chat messages. By employing a pre processing stage the content analysis system substantially reduces the size of the content data items **350** database size and the cost on computer resources in analyzing superfluous interactions. The pre-processing device enables the content analysis system to reach better results in a shorter time, serving as the selective primary filter of the system. At any given time during the pre processing the pre-processing device **328** may update the knowledge base or the CRM databases **352, 356** as a result of the pre-processing outcome. Data items not discarded are put in a format suitable to be used in association with the rule based analysis engine **300** and are stored in the content data items database **350**. The rule based analysis engine **300** is a software device operative to perform rule checks on various content data items. Rules are predetermined by the user or are adaptive in accordance with the system's performance and demands. Initially, rules may be entered as a set of predetermined templates. One such non-limiting example is the rule "filter the word BUY and CRM update of BUY_PRODUCT_X field". Another non-limiting example of a rule is "filter all calls from telephone number (123)-1234567 having at least one of the words "GIFT", "BET", "GAMBLE" and call made to agent ID #890". Rules are also imposed by the interpretation device **360** which include content classification trees and rules. The rule engine device **300** may obtain data from other sources such as the knowledge base database **352** and the CRM database **356** and the CTI information **364**. The results of the analysis performed by the rule engine are made available to various applications **362** for the purpose of alerting the management or supervisors as to the results of the analysis. Users such as agents may also initiate the analysis manually. The location of each of the components of the present apparatus may reside in a single location or over a distributed network of computers. Information may be passed from one device to another or from a database to a device over computer busses, local area networks, and wide area networks, the Internet and over other networks, including a cellular network.

Referring now to FIG. 2B which shows in greater detail another exemplary apparatus using the high level components of the content analysis system as presented on FIGS. **1** and **2A**. The apparatus comprises several components, which enable the capturing and analysis of the interactions. The interactions **281** includes examples of multi-media communication information (interactions). The initial setup and calibration device **266** is calibrated according to the interactions **281** types found on the particular site. For example, insurance call centers will be adapted to recognize words prevalent in the insurance industry and airlines call centers will be adapted to recognize words used and of interest to the supervisors of such industry. The configuration/setup may be accomplished on site in order to make sure that the functionality of the system corresponds to the requirements of the customer and the environment. The result would be the on site business oriented set up module **268**. For example, in trading floors a set of common words, such as buy, shares, call option, trader, and the like, would be introduced during a setup in order to enhance the Word spotting engine result. Similarly words such as gift, bet, alcohol and other like words may be screened for. Another example relates to the conflict of interest that arises if traders are permitted to deal for themselves in those commodities, instruments or products related to the ones in which they deal for their institution. In case dealing for personal account is permitted management should be able con-

11

trol and monitor and detect abuse cases such as "front-running", where an employee could execute a personal trade in advance of a client's or institutional order to benefit from an anticipated movement in the market. The trader's screen activity together with the order for execution of the trade, are captured such that behavior of the employee is verified along the sequence of execution. The system will alert the management when an indication of irregularity or bad practice is identified. As shown in association with FIG. 2A additional interaction criteria may be set up as part of the setup procedure. Furthermore, during the lifetime of the system, calibration can be performed adaptively through the adaptive module 270 according to the site's profile and accumulated changes. Interaction meta-data device 274 represents the meta-data captured and stored by ICS device 280. Device 280 can be presented as a multi segment interaction capture device since it can capture any information segments in a coded data format. Examples of different types of data sources include but are not limited to video data 284, audio data 282, including voice communications data, such as voice over IP (VoIP), streaming audio data and audio recorded in walk-in centers and any other type of audio-related data, SMS messages, MMS messages (Multimedia Service), instant messages, e-mail messages 286 with or without attachments, collaborative web browsing 294, chat 288 and other type of messaging systems messages, documents transmitted by facsimile, customer surveys 290, user interface data, including screen multi-sequence events 292, and the like. The ICS device 280 additionally contains a content data Item 230 or a link to a database containing the content data items 230 resulting from the pre-processing and content extraction device 246. The pre processing and content extraction device 246 extracts the interactions stored in the interaction raw data and meta data 272, 274 and identifies data later to be analyzed by processing transaction information 248, CRM information 250, video information 252 through the use of subject/object extraction, text information 254, noise information 256 including the reduction of noise from the surrounding area or created in the process of propagation of the media, speaker separation 262, event pattern 260, CTI information 258 and audio 264 which can include word and phrase spotting, emotion detection and activity detection and other measurable parameters in the voice. Once processed the information is either discarded or converted into a content data item 230. As a result of the processing the system may update the CRM, CTI, Knowledge Base or other database in the organization. The content data Item 230 may include CRM data 234, interaction information 236 which may include various interaction raw data and associated meta-data, extracted text 238, analysis core sub-units such as words and phrases 240, emotion level 242, and identified events 244 and the like. Elements from the pre processing and content extraction component 246 can also or alternatively be located in the ruled based analysis engine 218.

Still referring to FIG. 2B the rule based analysis engine 218 constitutes the functional kernel of the system. Other devices may be regarded as sub devices of the rule based analysis engine 218. Such include the following sub-devices: the pre-processing and content extraction sub-device 246, the rule-based analysis sub-device 218 and the content interpretation sub-device 200. The rule based analysis engine 218 applies rule based analysis to content data items provided thereto. The rules device 218 include the analysis of behavioral patterns device 220, the speaker identification and verification device 222, the call flow analysis device 224, the excitement (or emotion) analysis device 228 and the events association device 226. It should be pointed out that the events associa-

12

tion enables the present system to analyze two or more data items relating to the same interaction at the same time or two or more interactions based upon different content data items. The interpretation device 200 includes the content, classification, association and categorization device 204 which provides the rule based analysis engine 218 with tree like vertices and hedges which may be used by the rule engine 218 in associating data items therewith or with additional information. The categories and classifications may also determine the make up of rules or the behavior of rules, which are dependent on the vertices and hedges defined. So, for example, the appearance of the word "bet" may be associated through classification with the use of the word "gambling" and while only one word will be embodied in a specific rule, the rule engine will filter both for when such rule is applied. The application tools 202 are utilized by the user to perform Quality Management (QM) evaluation 206, QM, Query and visualization rules tools 214, Query Playback and Retrieval 216, report and statistics generation 208, E-learning agent sessions 210 and real time monitoring 212.

The proposed system and method provide advanced analysis capabilities. In order to demonstrate the concept of the invention, the following exemplary scenario will be assumed via which the functionality of the various devices and components of the apparatus will be described. In the exemplary scenario a customer using the proposed system and method desires to find out the reason for the unusual success of a specific human agent. First, an audio classification module 264 of the pre-processing and content extraction sub-device 246 extracts words and sentences 240 that the agent uses, then the agent's recurrent behavioral patterns are detected. Reference is made to Banter RME from Banter, Inc. located in San Francisco, Calif., which provide a tool for word extraction from text. The agent's screen activities 292 are captured as well during the interactions and the inner conversational emotional level 242 is identified. All the above-identified interactions content information is first captured by the multi segment interaction capture device 280 and then saved to the interaction raw data database 272 and interaction meta-data database 274. It is then processed by the pre processing and content extraction device 246 and saved as a content data item 230 later to be further analyzed by the content-analysis rule base engine 218 to produce a result.

Each of the interactions may be linked with another type of interaction and the relationship matched and analyzed. Exemplary agent-specific results that were derived could include agent-specific behavioral characteristics, such as courtesy, conversational manner, cooperation, and operating methods such as collaborative web browsing and proper use of the CRM application. The above scenario is a particular case of automatically analyzing an agent's conduct regarding behavioral characteristics while handling customers for purposes of Quality Management. The CRM database 278 serves as a source for supplying Transactional Information required during the analysis process. The results of the analysis could be fed back to the CRM database 278. Another source of vital information used by the analysis process is the enterprise knowledge database 276. The database 276 is commonly used for retrieving organization related information, such as products information, agent QM information, agent profiles, multi-media parameters, and the like. Notably, CTI information 258 is used during the analysis process to allow real time content analysis. Call information is received either from the Automatic Call Distributor (ACD) or from the ACD through the CTI. Call information coming from the ACD can be used in monitoring agent activity while the agent is engaged in interaction with a customer. Call information can also arrive

from a Turret system, also known as a Dealer Board or from a PBX system. An exemplary benefit of the above option was described in detail in the referenced co-pending U.S. provisional patent application Ser. No. 60/350,345 titled IDEA MANAGEMENT BASED ON CONTENT OF INTERACTION, filed 24 Jan. 2002, the contents of which is incorporated herein by reference and in association with the description of FIG. **11**. CTI information is of import because it is substantially accurate and can provide information about the length of the call, the calling number and the called is number and extension through the Dial Number Identification Service, the agent, and customer Ids, the customer classification and the like. Once the system has received CTI information it is better able to both pre process interactions and later performs rule-based analysis leading to enhanced results. CTI is utilized in association with other transactional information such as CRM data as inputs to the real-time or the off-line analysis process.

Referring now to FIG. **3**, the interactions are enabled via the implementation of a suit of existing commercial products. Interactions performed via the products are captured and stored on a software-based or hardware-based and/or firmware ICS component **10**. Each interaction type, whether digital or analog, **48**, **50**, **52**, **54**, **56**, **58**, **60**, **62**, **64**, **66**, **68**, **70** is performed through a suitable application and through a distinct type of media associated with its respective meta-data **24**, **26**, **28**, **30**, **32**, **34**, **36**, **38**, **40**, **42**, **44**, **46**. The interaction types performed via the commercial products include but are not limited to the following: a) E-mail **48**, carrying e-mail body and associated meta-data fields. The body includes text and attached electronic documents while the meta-data consist of information and attributes, such as addresses (From, To, CC, BCC, Reply To, and the like), subject, sensitivity, system in which the e-mail was created, handling procedures, date and time of creation, sending, reception, and the like. b) Interactive Web-chat sessions **50** including "transactional" sessions having text introduced and transmitted by each participant in turn. c) Voice conversations **52** also performed in actual face-to-face meetings, for example involving a service or a product offer, over a telephone or a cellular connection, or by using voice-over-IP telephony (VoIP), d) Voice messages or voice mail **54**. e) Facsimile messages **56**, carrying electronic images of one or more transmitted documents. f) Traditional mail **58** written, typed and physically sent via conventional mail-delivery channels with associated attached documents. g) Collaborative Web browsing **60** generating an ordered list of URLs, of web pages loaded, filled-in texts, click streams, application documents and whiteboard contents. h) Video interaction **62**, such as an telephone or Internet video-conference. I) Web browsing stream **64**, which is a detailed record of a customer's interaction with the enterprise's Web site supporting self-service sessions, purchasing sessions, and the like. The record contains the exact trail of the Web pages visited, the contents of the visited pages, filled-in information, ordered click streams, and the like. j) Agent computing device screen **66** that contains information transferred by other media/sources, such as transactional information from a CRM, which is related to one or more of the above interaction types. During and subsequent to the interactions, the agent's computing device screen contains useful information not only about the interaction but also about the manner in which the agent handles the interaction. This information includes graphical display content and a detailed record of the user's input activities in the computing device operating environment. For example, user action in a windowing operating system environment, such as MS-Windows includes closing, moving and opening windows, window controls, control con-

tents, window captions, keyboard typing, pointer device movements and pointer device activations. These actions are captured by the identification of specific operating system events and through the recording of the screens. The capturing agent action is fully described in the co-pending patent application incorporated herein by reference. k) Customer survey **68**, such as a Post Call Survey, is generated either in real-time where the customer is requested to answer post call predefined questions or link to a unified resource locator containing such questions, or off-line via the transmission of e-mail messages and the like, subsequent to the termination of the call session between the participants where the customer is being asked to fill out a survey including questions related to the contents and course of the interaction. In like fashion quality management forms are generated automatically or manually once the agent has performed an action. Quality management forms are evaluation forms filled by supervisors, evaluating the agent skills and the agent quality of service. Such forms will be correlated with the content data item during the analysis to deduce certain results. The quality management form can be automatically filled by the system in response to actions taken by the agent and/or fields filled by the agent or interactions captured. I) Other interactions **70** include any future prospective interaction types as long as an appropriate capture method and processing method is implemented. Such can be dynamic content, data received from external sources such as the customer or other businesses, and any like or additional interactions. Still referring to FIG. **3**, the interaction content is captured and further used by the interaction and storage unit **10** in order to provide the option of handling directly the original content. Optionally previously stored, absorbed content analysis results are being used as input information to an ongoing content analysis process. For example, the behavioral pattern of an agent and/or a customer may be updated due to the previously stored content extracted recurrent behavioral pattern. The various types of interactions may be re-assessed in light of previous interactions and interactions associated therewith. The output of the analysis can be tuned by setting thresholds, or by combing results of one or more analysis methods, thus filtering selective results with greater probability of success.

Now referring to FIG. **4** which is a block diagram of the internal modules of an exemplary content analysis system with particular emphasis on the analysis of an audio type interaction. It will be clear to the person skilled in the art that FIG. **4** serves as an operative example to the system shown in FIGS. **1**, **2A**, **2B**. The person skilled in the art will appreciate that like systems can be accomplished in the context of the present invention in association with the processing and analysis of other interactions. The capture and storage stage **80**, pre-processing and content extraction stage **82** and the analysis and content interpretation stage **84** are displayed with suitable inter-connectivity between the constituent functional modules. The analysis of audio signals using content-based audio information concerns typical situations where the interactions are characterized by low signal-to-noise ratio (SNR) and in the presence of substantially powerful interference sources. The pre-processing and content extraction stage **82** contains an audio classification module **90** that includes functions for automatic speech detection and speaker segmentation, an audio filtering gate **91** to select audio segments suitable for further analysis and optionally a noise reduction software module **92** for noise reduction. The audio classification module **90** utilizes a speech detection function in order to enable the system to identify and distinguish speech signal scenario from several inherently integrated speech elements, such as music and tones **96**, transient signals (the noise pro-

15

duced by the passing of transportation vehicles in the vicinity, keyboard clicks **98**, footsteps (not shown), noise and silence **100** and other noises **108**. While distinguishing between speech signal and silence is a straightforward task it becomes complicated in cases where unknown powerful interference sources are present at low SNR's. To provide a simplified example, a speaker whose voice is transmitted over a phone line will be considered. The Audio classification module **90** is required first to identify the speech scenario whether the signal is contaminated by specific background noise like music or aloof speakers and if contaminated the signals is required to be filtered in order to reduce the background noise and eliminate the interferences. Consequent to the pre-processing stage the audio is ready for the analysis and it is performed by the Audio Speech Recognition (ASR) module **116**.

Still referring to FIG. **4** the audio classification module **90** includes a speaker segmentation function to allow the system to identify and consequently to separate the speakers, such as participants in a conversation. The inherent elements of the conversation are captured from within the audio frame of a recorded conversation signal. For example, in order to analyze a conversation carried out between two participants and recorded over a telephone line the audio signal should preferably be segmented in order to provide for the suitable analysis. The separated pieces of the information hidden in the signal frames are individually processed. As a result different and inherently integrated participants and conversation elements, such as speaker A **102**, speaker B **104**, Speaker A+B **102**, **104**, can be considered individually. In addition segments including holds **106**, noise, and silence **100** are also handled individually. The function is designed and developed in such a manner as to overcome situations where the recorded signal is contaminated by unknown interferences caused by for example, inferior quality of communication lines and non-ideal locations of microphone devices. The objective of the speaker segmentation function is to identify speech segments spoken by each speaker in an audio stream. The system uses speaker segmentation either to obtain more data from a particular speaker or to identify the points in time when each speaker is speaking. System speech recognition performances are improved by adapting the functions to the acoustic models using the data obtained a priori from a particular speaker.

The input to "speaker segmentation function" is a summed audio signal. Unsummed recorded audio can be summed or compressed or processed prior to being archived or used. In addition, and optionally, signal processing can be performed prior to recording of the audio signal, thus refraining from audio signal degradation that may occur during the recording session. Output includes the following signals or segments marked by a time index: a) signal **1** is a sequence of segments each of which belongs to speaker **1**, b) signal N is a sequence of segments each of which belong to speaker N, c) non-voice, d) silence, and e) talk over. The function is both text independent and speaker independent. Integration of the speakers and an inherent acoustic model of the site significantly improve the segmentation performance. The same integration of the speakers could provide the use of the system for real-time applications, such as speaker-based trigger start recording, monitoring of speaker-based trigger starts, and the like. The system is configured to analyze specific parts of the call based on information from other applications and from other pre-processing functions, such as information from CTI events, speech detection and classification functions, and the like. The outputted results of the system are cross-referenced with the output of other systems in order to improve overall system

16

performance. The person skilled in the art will appreciate that the above-described function is an example and that other variations to analyze and examine the audio or other types of interactions can be implemented as well in connection with the present invention.

Reference is made now to FIG. **10**, which is a simplified flowchart of the speaker segmentation function. Subsequent to being called, the function **151** is performed across the processing steps **150** through **158**. At step **150** several optional pre-processing functions are loaded and run. These additional functions are required to be executed prior to the performance of the segmentation analysis. For example, the pre-processing functions include noise reduction, audio classification, and the like. At step **152** spectral features vectors are extracted from the speech segments and silence and non-voice sectors are discarded. At step **154** all the candidate transition points representing specific statistical vector features measurement changes are found. These points imply speech turnovers and thus the transition from a specific speaker to another speaker is detected. The change of speakers is found by one or more specific indicators pointing to the transition. At step **158** the function independently and adaptively learns the number of clustering occurred in the examined voice track. Then the function applies the transition points found in the previous step to the clusters by statistical calculation. The clusters represent the output segmentation result, such as speaker **1** across N, and talk over. Note should be taken that the number of clustering could be received in the initialization stage. Optionally speaker information is stored in speaker database **156** and is retrieved when necessary by the function at the transition detection step **154** or the clustering and segmentation step **158**.

Referring back now to FIG. **4**, the speech noise reduction module **92** contains a software function that completes the pre-processing stage **82**. The module **92** is utilized as the final reducer of the remaining noise resulting from interferences remaining after the speaker segmentation and the speech detection functions were performed.

The full specification of the speech noise reduction **92** function is described next. The noise reduction algorithm package comprises of three algorithms, each designed to cope with different noise features that might be expected. The three algorithms can be independently turned on and off, so that the expected noise(s) may be reduced while minimizing the damage to speech intelligibility—by disabling the algorithm(s) that may be irrelevant to the encountered noise features. Per each algorithm invoked, an operator-based level of operation (either Low, Medium or High) may be set, to realistically meet the noise's severity. This way, the trade-off of SNR and quality improvement vs. degradation in intelligibility may be set to near optimum, according to the encountered input SNR. The functions of the speech noise reduction algorithm are described next. A tone elimination algorithm is a part of the noise reduction function. The tone elimination algorithm is capable of eliminating, or reducing, noises that comprise of several (up to five) nearly "pure" tones over each 500 mS intervals, almost independently. The elimination is based on adaptive spectral detection of the tones' frequencies, and consequent notch filtering. The detection algorithm is based both on spectral observation of the processed block and on the past history of occurrence of the suspected tone in preceding blocks. In addition to "pure" continuous tones, the algorithm can detect short bursts of tones, usually typical to Morse or slow FSK background signals. The adaptive notch-filtering is implemented in the vicinity of the detected frequency, using a single (double-sided) zero and a single (double-sided) pole, thus implementing an ARMA (2, 2) linear filter. The filters are

cascaded to sequentially operate on all the detected tones per 500 mS data block. The use of such filters enables local tracking of the eliminated tone, so as to prevent artificial generation of a tone where the disturbing tone is locally absent. Provision is made for the cascaded notch-filters to retain inter-segment signal continuity when the same tone frequencies are repeated. The humming sounds elimination algorithm is also a part of the noise reduction function. "Humming" sounds usually resemble time-domain impulse trains, reflected in frequency-domain impulse trains (possibly widened) that are stationary over relatively long periods (500 mS). Such noises are usually typical to HF environments, or to acoustic environments that are subjected to mechanical periodic sources such as low RPM engines, propellers etc. They are frequently accompanied by white or slightly colored noises. The detection of humming sounds is implemented using spectral detection of such trains that may be comprised of up to 400 elements in the spectrogram reflected in the FFT of the processed data block. Consequently, these trains are eliminated from the spectrogram, and the refined time-domain block is reconstructed from the modified spectrogram using an inverse FFT. The white noise elimination algorithm is also a part of the noise reduction function. Additive white (or slightly colored) noises are typically encountered in VHF environments, or remain as residues after the elimination of "humming" or tone-like noises. The well-known "spectral subtraction" technique is used with several modifications in order to reduce noises of this nature. The basic analysis is based on shorter (64 mS) data blocks than the previously discussed algorithms; however, considerable block overlapping and averaging efforts are made in both signal analysis and synthesis, to retain long-term continuity and consistency. The short-period analysis is necessary for relying on the expected short-term stationary of the desired speech signals. The spectral noise level is estimated using non-linear order-statistics approaches that minimize the effect of desired speech-like signals on the estimation error. The estimated level is then spectrally subtracted in a way that compromises the subtraction in an attempt to preserve speech information where it is apparently present. The detection and subtraction of the spectral noise-level is performed separately on four spectral sub-bands, thus allowing for slight variations in the noise's whiteness (at the expense of statistical accuracy), and increasing the algorithm's robustness. Each sub-band is processed using different processing parameters, to accommodate sub-band dependent trade-offs between quality and intelligibility. The main well-known drawback of the spectral subtraction method is the so-called "musical noise" artifact. Operator selection of operation level (Low, Medium, High) sets the processing parameters so as to meet the operators' preferred trade-offs between the original noise subtraction and the musical noise artifact.

Still referring to FIG. 4 the audio filtering gate module 91 decides which audio segments are eligible for further analysis and which are non-eligible. So for example, white noise and "humming" will not be eligible for further analysis and will be discarded. However, lengthy "humming" segments will be eligible for analysis for quality control and management purposes. Other parts such as music on hold and radio on hold and the like can also be removed as not suited for further analysis. Based on the audio classification module 90 results the system automatically predicts which audio segments will be suitable for analysis. As a result only specifically selected audio segments are fed to the analysis stage 84. At stage 84 a selective analysis is performed based on the quality of the pre-processing functions performed by the audio classification module 90. The pre-processing stage 82 allows modeling

speech in the presence of severe interferences, such as background noises (music, footsteps, keyboard clicks, and other non-productive sounds), simultaneous speakers, cross talk, and the like. The functions extract sufficient speaker information, such as fluent call conversation characterized by relatively short speaker frames and with high speaker transition rates) as to allow reliable speaker segmentation, modeling and identification from complex contaminated signals. The pre-processing stage 82 supports both real-time and non real-time audio analysis. Still referring to FIG. 4, the CTI information 88 is used in the pre-processing stage 82 as a source for gathering real-time information such as hold periods, transfers, real time business interaction data, and the like. CTI information 88 may also be linked directly to audio streams captured. The audio information is captured by the ICS component 94 and undergoes pre-processing 82 and analysis 84. Consequent to the pre-processing stage 82 the pre-processed and "cleaned-up" audio segments are fed to the analysis and interpretation stage 84. The stage 84 receives the processed audio segments and begins analyzing the segments via the use of several parallel functions in association with the collected and cross-referenced real-time or off-line data received from the CTI information 88, the Knowledge Base 86 and the CRM information 120. The analysis process includes but not limited to a Speaker Identification and Verification function 118, a Word Spotting function 116, a Call Flow and Emotion function 119, a Content Analysis Rule engine 112, and a Content Classification module 110. The Speaker Identification and Verification function 118 is utilized to identify and verify the speaker. The function 118 uses CTI events correlated with an administrative database (not shown). The administrative database stores agent records including agent information, such as agent ID, privileges, agent association with groups, human resources information, agent profiles and the like. The function 118 further uses an external database, such as a CRM database, integrated with the system for the provision of customer identification. For example, following a call at a Call Center a specific agent responds to the call. As a result a CTI event is generated, such as a "start-call" event that includes the agent-specific ID or a pre-defined extension number. In accordance with the agent-specific ID assigned by the system or with the specific pre-defined extension number the agent participating in the call is immediately identified. The agent ID or the extension number is then further checked against the suitable records stored in the administration database 121 for the purposes of authentication and verification. Regarding the customer or the initiator of the call the system collects suitable ACD/CTI information, such as ANI, DNIS, area code, and the like, for identification and further correlates the identification with information from external sources such as CRM information that includes customer-specific, such as telephone number, e-mail address and the like and private information stored within the system, such as customer ID and customer profile. Preferably the speaker identification and verification function 118 is designed such as to be a part of the pre-processing stage 82. The Word Spotting function 116 is utilized to notice specific words and phrases of interest to the user. Words such as bet, drug, buy, alcohol and others may be filtered or monitored. In one embodiment of the invention an off-the-shelf commercial product may be used for word identification, such as for example the Philips Speak&Find, the Dragon MediaIndexer by ScanSoft, or the like. In addition several full-transcription tools are used and the resulting transcription is searched for the specific words. Such tools that could be used include, for example, Dragon NaturallySpeaking by ScanSoft, ViaVoice by IBM, SpeechPearl by Philips, or the like.

19

The system and method proposed by the present invention includes a specifically designed performance measurement tool for the word spotting function 116. This automatic tool is analyzing the effects of the software updates, parameter optimization and setting different words to spot. The function 166 input consists of two kinds of files: a) a searched word list, and b) a manually transcribed text file for each voice file. These files contain time stamps every pre-defined number of seconds for timing information resolution. The output of the function 116 is the results of the word spotting in terms of detections and false alarms. The results would include details of the software version, parameters checked and file ID for comparison and analysis purposes. The word spotting function 116 creates an estimated "real" word location (timing) list. Due to the timing information limitation of the transcribed files the list entries are in the following format: WORD FOUND-→ LAG NUMBER (leg 0:0-x sec, leg 1:x-20), and the like. The list may contain more information regarding the found words. Once the "real locations" list is created, the word spotting function is executed. Each word supposedly detected by the word spotting function is compared to the "real location" list. If an instance of the word exists in the relevant x-second leg then a hit is indicated. If the word does not exists in the relevant x-second leg then a False Alarm (FA) is indicated. The HIT/FALSE ALARM statistics are essentially the output of the word spotting function. The output is stored into a designated database in the following format: DOCUMENT ID, such as file identification, VERSION ID, such as a software type and software version number, WORD LIST, such as a vocabulary looked for, NUMBER OF HITS, such as the number of detections, FALSE ALARMS, such as the number of false alarms, OUT OF, such as the total number of words looked for. The designated database enables the analyzing of the results using a method that is similar to the manual one currently used. Consequent to the introduction of the results to the database querying and mining of the results is possible in a variety of ways. The call flow function 119 analyzes the dynamics of the call. The function 119 attempts to provide an indication of the call-flow parameters of the call. The calculated parameters include the percentages of the call's length, complete silence; talk over, agent speaking and customer speaking. The function 119 counts also the number of times the agents interrupts the speech of the customer and vice versa. It also gives details about the silence, talk over, and activity sections during the call. The function 119 is fed with a variety of streams where each stream represents a specific participant of the call. The function 119 is based on calculating energy levels within the digital speech of each participant of the call. Each of the analyzed interactions can be analyzed independently or in association with another type of interaction captured at the same time. Such can be a video interaction, a chat interaction, a screen event captured from the screen of the agent and the like. Similarly, associations between various interactions may be analyzed as well. So for example, audio and video interactions or audio and CRM data associated with the same call may be analyzed to identify various predetermined combinations of events or elements relating to the handling of the call or query (or offer for goods or services), the response by the agent, the appropriate response to a client or entry of data into the CRM at any given time during a call or an interaction between the business and the customer. The person skilled in the art will appreciate the various types of interactions, which may be associated together and analyzed to obtain like result and enhance the ability to analyze and respond to various events.

20

Referring now to FIG. 9 describing the operational steps of the call flow function which shows yet another example of the analysis of speech in accordance with the present invention. At step 180 a digital speech segment is introduced into the function. At step 182 the digital speech segment is sliced into frames of a few milliseconds. The energy of each frame is calculated and then compared to an adaptive threshold representing the maximum noise level. Frames with higher energy than the adaptive threshold are marked with an "activity on" flags while frames with energy lower than the threshold are marked with an "activity off" flag. Each participant of the call is represented as a vector of activity frames. At step 184 each participant-specific vector is passed through a filter. The filter yields a vector of "activity sections" where each section is constructed of consecutive or semi-consecutive frames marked with "activity on" flag. At step 186 the sections are processed such that statistics are generated concerning each participant activity and the mutual activities are calculated.

Referring back to FIG. 4 the call flow and emotion function 119 is responsible for providing an indication of the emotional state of a customer and/or an agent during a call. The output of the function 119 is the emotional state and intensity of each section of the call or any other interaction as well as the emotional state and intensity that represent the call in its entirety. The system can be used for real time emotional monitoring and it can also be used for collecting off-line statistics on the emotional states during interactions. The system can be programmed to analyze specific parts of the call based upon information from other applications, such as CTI. The system output is cross-referenced with other system outputs in order to improve the accuracy of the system or in order to yield higher order conclusions. Additional, types of system output or interactions may be associated with analyzed speech components to enhance the accuracy of the system and to better identify the speech segments to analyze or the operations and reactions of the contact center agent. Persons skilled in the art will appreciate that the frequently used expression "call" in the text of this document generally refers to the entire set of interaction types supported by the system including any sessions made between an agent and a customer or a client.

Referring now to FIG. 8 that shows the operational steps involved in the execution of the emotion detection and monitoring function. The initialization section 202 is designed to run for the proper initialization for the system. Thus, the steps 204, 205, 206 have to be performed prior to the routine running of the system. The initialization section 202 could be executed either by the system vendor prior to installation at the user's site or consequent to the installation on the user site. The section 202 includes specific adaptation routines and is fed with parameters in accordance with user profile and the site profile. Consequent of the performance of the initialization steps 204, 205, 206 the system is ready to perform the emotion analysis on any number of calls without the necessity of repeating the initialization procedure unless the site-specific parameters must be modified. The steps 190 across 200 are performed for each operative call. Still referring to FIG. 8 at step 204 a database containing a plurality of recorded past interactions is addressed and at step 205 each recorded session is analyzed for the emotional state of the caller. At step 206 each recorded session extracted from the database and its associated emotional analysis from step 205 are fed into a learning function, such as a neural network. The learning function adjusts itself to yield in its output the matching emotional analysis. The result of step 206 is an adjusted classification system that will be used for the emotion decision in step 198. In the main execution sequence at step 190 a

recorded speech segment is fed to the function as input data. At step **192** several pre-processing functions that are required prior to the performance of the excitement analysis are loaded and executed. These pre-processing functions include speaker separation and noise reduction. At step **194** useful speech data is extracted from the recorded speech segment and silent or noisy sections of the segment are discarded. Then the speech is divided into sub-segments each having a length of a few milliseconds. For each sub-segment a vector of voice features, such as pitch and energy are calculated. At step **196** the plurality of sub-segments fed from step **194** are collected into sections that represent a few seconds of speech. A vector of features characterizes each section where the sections represent statistics on the constituent voice features. Step **196** further includes an automatic learning mechanism concerning the characteristic voice features of a specific speaker being analyzed. When a speaker is known to the system the reference voice characteristics thereof are learned "on-the-fly" during a real time session. In contrast, when a speaker is known to the system in advance of an initiated call the reference voice characteristics of the unknown speaker are extracted from the database with the activation of the call. The database is updated after each call in accordance with results of the learning process. Thus, the system is adaptively learning from past experience as the history of the emotional pattern of a particular previously unknown party is suitably stored and the profile of the party is constantly being updated. At step **198** the function analyzes the statistics of the voice features of each section using the classification function yielded by step **206**. The output **200** of step **198** is the emotional state and the intensity of each section of the call as well as the emotional state and the intensity representing the call in its entirety.

Referring back now to FIG. **4**, the rule engine **112** holds logical deduction rules that assist the analysis processes in order to achieve intelligent conclusions. These rules could be introduced by the end-users of the system during the on-site configuration of the system or by the system vendor during the preparation of a system for installation in a designated environment. For example, rules for contact centers based on QM environment applications are different from rules pre-defined for operation in specific trading floors. The supervisors or management may manually change the rules. The system is adaptive and in response to results of analysis predetermined rules, sensitive to such results can change automatically. The rule engine **112** constantly examines the system information against its stored rules and when a rule's condition is met the rule engine **112** performs actions associated with the rule. The rule engine **112** provides the users of the system an associated tool to define rules and to identify specific behavioral patterns of agents and customers engaged in diverse types of interaction based on the interactions information captured. The rules can be adaptive and may change in accordance according to the results of the analysis. For example, a rule could search for an interaction that started with a call and was followed by a collaborative Web session. Such rule, when met, suggests that the agent who received the call successfully followed the call with assistance to the client through the collaborative web session. In another non-limiting example, a rule is met when two conditions are met: that a product name is mentioned by the customer and that the agent searched in the organization's knowledge base information about the same specific product as seen through the screen events captured.

Next, several exemplary rules associated with the rules engine **112** will be described. It would be easily understood by one with ordinary skills in the art that these examples are

not meant to be limiting as diverse other rules with associated required actions and indications could be contemplated or could be implemented when practicing the present invention. The exemplary rule could include: a) the user of the system may wish to define an "angry" conversation by defining "angry" such that the conversation should contain certain words, a relatively high percent of talk over (when two or more persons talk at the same time on the same line) and/or negative excitement detection, b). the user of the system detects an unprofessional behavior of an agent by the detection of negative excitement on the agent side followed by a negative excitement on the customer side. The detection of the negative excitement patterns suggests that the agent was angry during the call and as a result the customer became aggravated. The indication data can further be cross linked to CRM information indicating unhappiness of the customer concerning the service, c) a user desires to identify patterns behavioral misconduct of speech manner by either a customer or an agent in order to better understand the reasons for "bad interaction" and furthermore to update the profiles of the agent and the customer accordingly, such as updating the CRM inherent customer profile categorized as a "hostile" customer such as an I-rate customer, d) a user wishes to handle a VIP customer in a careful, sensitive manner. For example, a VIP customer suffering from speech deficiency could be identified as such by the system following detection of certain speech deficiencies (stuttering, word repetitions, syllable repetitions). Consequently the user may chose to demonstrate high customer sensitivity by updating data in the organization's databases, such as the CRM database, leading to assigning a "sensitive" well qualified agent to handle such speech disabled VIP by selectively skill routing the call, e) a user detects impolite agent behavior by the identification of specific events during a call session, such as the agent interrupting the customer, agent is non-responsive to the needs of the customer, agent responds to the repeated requests of a customer by repeating the same sequence of words in his answer. The above agent behavioral pattern shows that the agent is not aware of the customer's difficulties in clarifying his/her requests, f) a combination of at least two rules such as shown above could be chosen to be a new rule. Thus, only when the two selected rules are met the combination rule is also met and a proper indication is provided, g) the use of specific words combined with screen events and/or CRM entries made at the time of use of the words. This rule will require the examination of CTI information as well as screen events captured and the voice interaction analyzed to find the word or words selected. In addition, and at the same time the organization's knowledge base may be queried to identify additional information required to perform the rule.

The person skilled in the art will appreciate that the rules provide enhanced simplicity for the introduction of any additional desired rules and the "calibration" of the rules during the operation of the system would be evident. The user is further provided with the liberty and flexibility to decide and to select the phenomena to look for and the manner for looking. One or more rules embodying one or more interactions and one or more associations may be easily captured, analyzed and an according response or event generated. By providing access to all types of extracted information, CRM data, the definition of time and event sequences and the combination of the above, a diversity of scenarios is operative in enhancing detection of specific characteristics, such as for example a search for impolite words followed by a high tone in the conversation or a particular screen event or a particular CRM entry or operation. The results of the rule analysis are

easily implemented in the classification component thus enabling faster and more efficient future analysis.

Using the rule engine a plurality of phenomena included in but not-limited to a session can be sensed, recognized, identified, organized and optionally handled: a) multiple occurrences of events in a certain time frame, b) sequenced or concurrent occurrences of events, c) logical relations between events, the timing of the events and the extracted information, such as when an agent did not open a suitable application screen for at least 10 seconds after the customer asked to purchase shares in over $10,000, or where an agent was offered $10,000 worth of options if he can secure a particular limit on a particular share, d) customer-agent interaction analysis based on a combination of different sources, such as spotted words, simultaneous talking, silence periods, excitement type, excitement level, screen events, CTI information and the like.

The recognized phenomena could include the following non-limiting exemplary conclusions: a) total number of bursts in conversation, b) negative excitement in at least one side of the conversation, c) large percentage of talk over during the conversation, d) the average percent of the agent's talking time, e) the number of bursts the agent made into the customer's speech, f) the negative agent excitement prior to or consequent to customer excitement, g) agent tends to make a relatively high percentage of customers angry, h) long or frequent hold periods or long and frequent silence periods, which imply that the interaction of the agent with the system is inefficient, I) recurrent repetitions of the same answer by the agent. Additional recognized phenomena may include the association of each of the above phenomena with interactions or data or information extracted from CTI or other sources such as CRM or other interactions. Such phenomena may further be analyzed in connection with various other events such as screen events and CRM records, entries and free text. The actions generated by the rule engine may preferably drive high-level real-time status reports to the applications that will facilitate real-time alerts and real-time responses while simultaneously enhancing the information storage with the results. For example, long or frequent hold periods or long and frequent silence periods with out screen events or CRM activity may indicate a particular agent is ineffective. In another non-limiting example, the average percent of the agent's talking time is more then a predetermined threshold and various CRM entries are left empty may suggest the agent at the contact center has not been attentive or failed to properly conduct the call or interaction with a customer. In another example, a compliance officer or chief trader observes in real time the performance of the trader and receives notifications as to various content analysis results, such as that the agent has greeted the client properly or that the agent has used the word "bet" in the conversation while making a substantial transaction with another business. The supervisor may immediately call up the relevant session (whether it is a call or a chat session or e-mail or otherwise) and view at the same time the agent's screen captures. Other indications which may be available to the supervisor are whether the agent followed a specific procedure, whether the tone of the conversation is within acceptable parameters, items of need of investigation, call evaluation, use of client's name or other pleasantries, surveys performed, abusive behavior indication and the like.

Analysis processing may require intensive processing and can be implemented in any of the following fashions: a) as software processes running in an operating system environment of dedicated standard servers using the entire server data processing resources for the software. The processes could be run on one or more computing devices in the organization,

such as for example the call center agent computing devices. Suitable load distributing utilities could be implemented to the handling of the large loads. As DSP processing boards with firmware, such as an array of DSP boards running the analysis function. The board could be used inside a voice-recording server, such as the NiceLog Voice Logger by Nice Systems of Raanana, Israel. The board could be further used in dedicated servers where each server integrates a plurality of such boards, or installed on a plurality of COMPUTING DEVICEs in the organization, such as every agent's COMPUTING DEVICE, localizing and distributing the processing load with little or no effect on the COMPUTING DEVICEs performance, c) for performance enhancement some of the processing that can be done in real time might be performed prior to the recording in such a manner as not to be affected by degradation of the voice signal associated with the recording process, d) the control and data infrastructure for this entire process can be implemented as software on one single standard server platform.

The content analysis process as proposed by the invention possesses several additional respects: a) Configurable Processing Power—During the system setup or during a call session an authorized user using a dedicated Man-Machine Interface (MMI) can intelligently control and manage the CPU resource allocation in accordance with the priorities and the performances. Thus, for example, a user could allocate about 30% of the CPU resources for word spotting, about 15% for excitement extraction/emotion detection and about 10% for speaker identification and verification. b) Utilization of Users Workstation Processing Power—When only insufficient processing power is available (due, for example, to server bottle-necks, malfunctions, insufficient bandwidth or the like) the agent's workstations are being used in order to enhance the processing power capacities, exploiting the agent's workstations particularly during periods when the machines are in logged off state. c) Customized Adaptive Database: c1) Vertical Market (e.g. vocabulary in trading floors)—The characteristics of a particular environment in terms of inherent vocabulary is identified and stored in the system database to be used on the analysis stage. For example, the word "shares" is used frequently in Trading Floors therefore it will be stored in a Trading Floor vocabulary. Various models can be created to keep track of the adaptive databases based on previous analysis so as to continuously update the databases and the rules of the system. c2) Acoustic Environment Modeling—The particular acoustic surrounding of a business environment is identified and stored in a database to be used by the audio classification module of the pre-processing stage. Different business environments are dominated by different acoustic elements. For example, the acoustic environment characteristics of a Trading Floor could include loud cross talk, commotion, slamming down of telephone receivers, and the like, in contrast with Call Centers where the ambient acoustics is quieter but other types of noise sounds dominate, such as keyboard clicks. c3) Multi-Media Adaptive CA Resource Allocation—The system's content analysis resources could be manually adapted in accordance with the preferences of a customer and/or in accordance with the environmental characteristics. A user manipulating a dedicated MMI could individually allocate CA resources to each multi-media type interaction. For example, about 5% of the analysis processing power could be assigned could be allocated to e-mail, about 5% to chat channels, about 40% to audio information and about 50% for video data. In the same manner about 50% of the processing power could be allocated to word spotting regarding e-mail, about 40% for emotion detection regarding video

information, and the like. d) Controlled Real-Time and Off-Line Processing—The real-time processing of signals is performed via firmware utilizing powerful DSP arrays as this type of processing requires adequate processing power. In contrast, off-line processing requires mainly substantially large amount of memory and therefore could be performed by utilizing a plurality of computing devices substantially simultaneously. e) Coupling with other system platform inherent capabilities, such as retention, migration, and the like—The capability of retaining information on the platform is useful in avoiding situations where a word is spotted in real-time and when off-line evaluation starts the call session is no longer exists as it was automatically deleted by a inherent logger mechanism. Retention is also a valuable option in association with the migration feature. Under certain circumstances it is important to keep a call in the on-line storage device for quick access even when a call is migrated to an off-line storage device. f) Time Adaptive Resource Allocation—Most of the time there is a backlog of calls within specific data structure queues pending for the performance of analysis, such as for word spotting. The backlog is generated due to a substantially large amount of calls selected for content analysis processing and the inherent constraints of the user site, such as the amount of processing power available, and dynamically changing bandwidth limitations. The decision required from the system regarding "which call to analyze next?" is not a trivial task as there is a plurality of calls to choose from. The required solution has to serve the user's requirements in an optimal manner. The solution (preferable but not limiting) proposed is designed to operate as follows: Off-peak periods are typically non-random and usually fixed in time and known in advance as they typically occur at night, on weekends and on holidays. During the off-peak periods the most-recent-call method, such as FIFO, should not be used as typically it will distort the number of calls processed and will favor later day calls on earlier calls. Similarly on weekend it will create a plurality of analyzed calls towards the last-days-of-the week while discriminating the start-of-the-week days. Thus the proposed solution is to use different techniques under the following circumstances: a) When there is no backlog the system should always handle each required call or interaction within about 5 minutes after the call was completed or even sooner. At off-peak periods the system is idle. b1) When the backlog is small in such a manner that the analysis process could be typically closed completely within a short period of time (up to about 24 hours) when utilizing only the off-peaks hours during the night, the system should take high-priority calls, going from the most recent back and only following the completion of all high-priority calls should the low-priority calls handled. At night the system should select randomly dispersed high-priority calls from the day and then select the lower-priority calls in descending order. At weekends the system is idle, b2) When the backlog is medium in such a manner that the analysis process could be typically closed with a period of about 1 week (using week-end off-hours) the system should perform in similar manner as the small backlog conditions with calls remaining each day and then at the week-end the system should select (within each priority class) randomly-dispersed across the entire previous week. If a day's calls or a week's call are completely processed then the system should proceed to the previous day or previous week respectively, b3) When the backlog is large and/or growing and can not be closed (the system can not "clean" the queue) the system should finish the calls of the current day and should continue to process backward in time. Activity and manner of operations on nights, on weekends and on holidays should be preferably automatically determined in

accordance with the call volume and the point in time. However, alternatively a system administrator could define the activity dynamically in accordance with the site's profile and its typical business activity. Backlog can be further handled by choosing in advance to analyze only the "interesting" portions of a call, in a predetermined manner according to the non-limiting important criteria, such as the different vertical market characteristics, user preferences and the like. Note should be taken that the above described manner of operations, timetables, activities and call handlings may be changed and that like techniques may be used as well in the context of the present invention. The underlying backlog-handling-related concept of the invention is the adoption/selection of appropriate functions for the analyzing process according and with respect to the requirements, preferences and needs of the user. g) Surveillance/Security Related Benefits—The system and method proposed by the present invention provide a capability that contributes both to the actual performance of the analysis functions and simultaneously could be used for security-related purpose, such as the identification of suspicious signs. For example the capability of detecting a foreign accent or a specific language dialect will contribute to the operators and users of in at least two useful benefits, g1) The technology of voice recognition today relies on examining how people pronounce phonemes. Pronunciation varies with accents and dialects. The closer the found pronunciation matches the expected one, the better the detection accuracy. Currently, different packages are provided per language variants, allowing focusing on one type of dialect and this increasing accuracy. Therefore, when an accent or a dialect is known in advance, the voice recognition function can use the phonetic distinction of this accent or dialect to increase the efficiency of the performance. The inherent functions are enhanced due to pre-known automatically detected accent, 2g) Once an accent is detected in real-time security key personnel can be notified and the profile of the subject is updated. For example, after the events of September 11 any video or audio detection that can enhance the real-time detection of suspicious signs is welcomed by the security forces. One of the input sources of the content analysis system of the present invention is video. Examples of the capabilities, usages and applications that a video content analysis system can provide are presented co-pending U.S. patent application Ser. No. 60/259,158 titled CONTENT-BASED ANALYSIS AND STORAGE MANAGEMENT, filed 3 Jan. 2001, and to co-pending U.S. provisional patent application Ser. No. 60/354,209 titled ALARM SYSTEM BASED ON VIDEO ANALYSIS, filed 6 Feb. 2002 and U.S. patent application Ser. No. 10/056,049 titled VIDEO AND AUDIO CONTENT ANALYSIS filed 30 Jan. 2002.

h) Automatic Classification into Customer segments—This option is used to improve the handling, the up-selling and the cross-selling. The technique uses a speech detection function to identify gender, age, and area of residence, demographical background, and the like. Such classification information will substantially assist an agent during a call session vis-a-vis a potential customer. For example, subsequent to the identification of the gender of the customer as a woman products suitable only for women will be offered. Selective information stored in external databases such as a CRM database is being used both in real-time and off-line to collect a priori information on the customers, i) Audio Splitting and Summing—To reduce the overhead of the system and the implied cost of ownership in terms of storage a non-limiting technique is proposed. The solution involves audio streams that are recorded un-summed, such as being split into two speaking sides, are consequently summed and compressed

after processed and prior to being moved to long term storage. The solution affects a considerable reduction of storage space and network load. Typically, the storage space taken by split recording is about 50% more then that of a summed recording. Compression methods currently achieve about 12-fold reduction in the volume of information. When combined the two methods can achieve about 18-fold saving, j) Agent Auto-Coaching—Using real-time content analysis combined with a set of rules that take into account specific content elements of all types, organizations could define criteria that evaluate agent performance and customer behavior "on-the-fly". The conclusions could be presented to the agents during or after the performance of the call. The application will use the rule to continuously look for specific keywords, emotion levels, talk behavior and other content. When a pre-defined combination is found it will pop-up a matching coaching statement on the agent computing device screen. When working after the call the application will display a list of tips and statements as a summary for the agent to study the list and act on it for later improvement. k) Extraction of predetermined parts of the Interaction—The system of the present invention is also configurable to save computer power and computing resources by pre processing and/or analyzing certain predetermined parts of an interaction. For example, the pre processing and capture device shall only extract the portion of agent A to talking to customer B rather than extracting the full conversation.

FIGS. **5** and **6** show alternative examples of the content analysis processes where each type of interaction media content is analyzed respectively in a suitable manner. The content analysis functions **123**, **125** could be either activated in parallel as demonstrated in FIG. **5** or sequentially as demonstrated in FIG. **6** where the Audio analysis **138** is performed prior to the Automatic Speech Recognition (ASR) function **136** Next, some exemplary processing options will be described: a) Voice from microphones, calls and voice messages is passed through an Automatic Speech Recognition (ASR) function **136**. The input to the ASR function **136** undergoes an intense pre-processing stage that includes a primary audio classification process operative in classifying speech into speech segments/clusters, a noise reduction process, and an identification process operative in assigning each piece of voice to a specific speaking party. Note should be taken that speaker identification yields a more accurate speaker-dependent ASR process. The resulting recognized text includes at least two attributes for each word or phrase separately: the precise point of time within the interaction and the accuracy of recognition probability or certainty of recognition, b) The Audio Analysis function **138** is operative in the identification, detection and analysis of call flaw, speech emotion pattern recognition, word spotting and speaker separation and identification. The audio analysis **138** can be done either as part of the analysis state **34** of FIG. **4** or as shown in FIGS. **5** and **6** as part of the pre-processing stage, c) Video, Videophone and Video Teleconferencing information is processed by the video analysis module **144**. The module **144** includes various video information processing functions, such as face recognition, behavior recognition and the like. A more detailed description of the video analysis is provided in the co-pending patent application entitled "VIDEO AND AUDIO CONTENT ANALYSIS SYSTEM" incorporated herein by reference, d) Optical Character Recognition (OCR) **140** is a known off-the-shelf software application product. The OCR **140** is a text scanning application operative in the conversion of a set of characters printed on a document, such as paper mail, facsimile pages and the like, into digital codes and the storing of the resulting codes into computer storage

having a standard text format. The texts stored are further analyzed by the content analysis stage to produce suitable reports, e) Screen events are processed by the screen events analysis module **142** to collect business knowledge on the action of a user and information displayed on the screen during an interaction typically for the purposes of quality management but also for use in the analysis process as part of the interaction. The analysis process is supported on pre-programmed business-specific knowledge concerning the elements of interest in the agent applications. For example, in a trading floor environment the field name "number of shares sold" is pre-defined as a Region of Interest (ROI). When the agent enters a certain amount into the filed it becomes a candidate for analysis. f) The others **146** refer to diverse other multi-media interactions, such as e-mail, chat, collaborative web browsing, and the like. Any interaction types and associated media types may be supported by content analysis system with appropriate pre-processing and analysis tools added. The operations of ICS device **122**, rule engine **132**, classification device **126**, the knowledge base **130** and the organizations' CRM application **128** as well as the results to be provided to the various applications **124** is described in association with FIG. **1**-**4** above.

Referring now back to FIG. **4** the content classification module **110** utilizes a data analysis procedure for classifying disparate date elements into coherent classes referred to as categories. The performing of the procedure in association with a set of user-defined categories with the categorization logic matches each interaction against the existing categories in order to find the most suitable category for the interaction. In addition, the procedure can also improve existing categorization over time by fine-tuning category criteria, by merging two or more categories into a single or by splitting a single category into two or more new categories. Furthermore, the procedure could cluster interactions into new categories where they do not fit well in any of the existing ones. The procedure could further provide descriptive information derived from the members of a category. A suitable database containing the categories and the appropriate associations can be created and used by the rule engine **112**. The following examples describe specific data elements that are suitable candidates for classification, association and categorization: a) Voice features that result from the audio analysis process **114** include tone and pitch of voice, speaker duration and silence detection periods, and stress and excitement analysis, b) CRM text notes that are free text comments attributed to a specific interaction written by a customer handling service representative in the CRM system **120**, c) Discrete meta-data including several contributive sources: 1c) Interaction meta-data that includes CTI information **88** details relating to the specific interaction captured by the ICS component **94**. Such details could include indications concerning a transferred call, a call on hold, a conference call and the like, 2c) CRM information **120** including, for example a customer identification number, a customer profile, customer qualifications and descriptions (e.g. club membership status, revenue generated, known service preferences, and the like), transaction information pertaining to a transaction made during the interaction (e.g. the product bought, the amount paid, the payment terms, and the like), word spotted and the history of the transactions, the data can be exported to the CRM application for further analysis in the CRM application, 3c) Agent profiles stored in the organization knowledge base **86** where an agent profile could include an agent identification, an agent experience indicator, training history, collected agent voice, and the like.

During the classification stage the system utilizes all relevant information such as meta-data and customer history files in order to improve the analysis of an individual interaction. Typically, the more attributes are provided for an interaction the better the resulting categorization.

Referring now back to FIG. **1** the applications unit **12**, FIG. **2A** applications **362**, FIG. **2B** applications **202** symbolizes a set of potential applications that could receive and use the output of the content analysis as input data. Next, the various exemplary applications that are fed by the output of the content analysis are going to be discussed in greater detail:

A) Analytical CRM applications: The entire set of original and processed information described above can be exported and used by Analytical CRM applications in conjunction with any other information in an enterprise data warehouse or in a smaller scale data-mart. These solutions use diverse data analysis functions for customer segmentation, customer behavior analysis, predictive module building, and the like. The information revealed in the above-discussed dimensions is directly related to customer information used in data warehouses. However, this information does not include the aspects of customer interaction content, which is a critical authentic element of the problem. For example, a telephone customer attrition predictive model is typically built against CRM databases and billing databases. But, the analysis of conversation topics may expose that the optimal predictor for customer attrition are requests for competitive rates. The visualization tools of the Analytical CRM tools could also display analyzed content; Content analysis output is applicable in the following major dimensions for analytical purposes:

1a) Propagated data that is data analyzed in bulk to create knowledge relating to the entire customer base, or extensive sub-groups of the same. The number of interactions matched to pre-defined categories and the new categories identified expose a large number of propensities. For example, showing the terms customers use to refer to a new campaign or a product advertised by the business or seeing patterns of certain customer behavior, such as the stages leading up to a customer discontinuing a relationship with the business.

2a) Customer specific data that is all data attributed to a specific customer. Such data is analyzed and related to the customer in order to expose knowledge specific to the customer behavior pattern, language and preferences.

3a) Segment specific data that is data analyzed and related to a specific category, such as a certain product, to produce information regarding the relation to the product in the content of interactions. For example, the distribution of emotional interactions and correlation with release of new products/versions could suggest that specific products are being marketed before being ready.

B) Customer Experience Management (CEM) applications: All the applications focused on the customer's experience and on the agent's quality of service will be particularly enhanced consequent to the utilization of the content analysis results. In addition, new applications are made possible:

1b) Enhanced Playback: Typically, the playback of calls is a time consuming and highly complex task. It takes just about the duration of the entire original recording to play it back and when complex segments of the recording are needed to be replayed, the duration of the playback process could be even longer than that of the original recording. For example, when a large trade transaction is made in a busy and noisy environment, such as a trade floor, via a call session having a significant amount of cross talk regarding a customer/agent dispute, in order to faithfully restore the details of the trade the recorded passages containing the vital details will need to be

played back several times, while all other parts will also need to be played back to provide the suitable context. Thus, a considerable waste of time and resources will be affected. Although known playback mechanisms allow pause/resume playback functions, random access to a specific point in the recording, acceleration and deceleration control, skipping over silence, loop repeat, and even noise-reduction processing, none of the methods are particularly efficient when unclear, crucial details are scattered throughout the call. All existing tools are lacking the direct support for achieving optimal playback audio acoustic cleanness while decreasing the duration of the listening.

Referring back to FIG. **4**, using the innovative solution presented by the invention, the playback application uses the output of the content analysis system, utilizing the results of both the pre-processing stage **82** and the analysis stage **84**. These results were previously stored in the organization knowledge base **86** or in the ICS **94**. The results of the audio classification functions **90**, the analysis ASR **116**, the audio analysis **114**, the call flow and emotion **119** and speaker identification functions **118** are all obtained and further processed by the rule engine **112**. The playback application is actually using the a priori obtained and processed information in the following manner: Base on the quality and clarity of the voice it speeds up or slows down playback automatically. Easily understood, clear, or unimportant parts are skipped while difficult parts are slowed down or even repeated. The playback uses additional information related to the recording session, such as CTI information **88** or screen captures or other interactions from the ICS device **94**. The CTI information includes details such as when the call took place, the directionality of the call (incoming, outgoing), the phone number of the customer, the personal identification of the agent, and the like. The playback application works for example as follows: During playback every interval of the recoding is automatically accelerated or decelerated to a specific speed that provides comprehensible listening. The determining parameters are, for example, the accuracy certainty of the voice recognition. Low certainty intervals are played at lower speed with the lowest speed reached at the lowest certainty. Thus, when speech is unclear the playback slows down such that the listener can better understand what was being said. In contrast, in recording segments that include silence, clear speech or slow speech the playback speed is increased up to a specific maximum speed that still provides reasonable comprehension to a listener. The playback speed limits are pre-set by the users where the limiting values are restricted by the voice processing software or hardware. Thus, subsequent to the setting of the limiting values the listener is provided with the option of freely listening to an automatically controlled playback of a recording. The proposed playback solution is advantageous over existing techniques as it provides the capability of taking a full advantage of the information/results generated by the content analysis system in order to enhance performance in terms of the PB clarity and effectiveness. At the same time the quality of the recorded segments in proportion to the intelligibility thereof is substantially improved. If the user requires that the content analyzed will include an additional interaction associated with the call, the system will provide during the playback the presentation of the additional information. For example, if an e-mail arrived in association with the call and both agent and client are discussing or discussed that e-mail, the system displays for the supervisor that e-mail. At the same time, particular words filtered for in the e-mail may be highlighted.

2b) Scheduling of recording can be defined in association with specific conditions. The conditions could include

diverse content classification entities such as the identification of excitement in the voice of the participants, the appearance of a word or a certain topic, the combination of more then one condition such as the appearance of a particular word in an interaction combined with a particular action by the agent, and the like. Thus, a recording could be initiated following the emergence of a severe debate in a call session or consequent to the mentioning of specific negotiation-related elements, such as commodity price, supply date, or when an agent has used words relating to presents and received an e-mail containing words affecting a promise in exchange for favors, and the like. Recording can also be started even after the call has began from a particular time frame after the call started or from the beginning of the call.

3b) The monitoring of the interaction performed in real-time is advantageous as it is substantially enhanced by the utilization of advanced content-based mechanisms described above. The content analysis system based upon the content of the interaction will perform specific real-time actions. For example, upon detecting specific pre-defined verbal expressions within the customer's speech stream, such as "I have a suggestion", "I have a complaint", or the like, the agent is alerted by the reception of a real-time notification. Thus, the system ensures that the agent will "stay alert" and maintain a set of suitable memory aids (notes, memos) for recording the customers comments, ideas, complaints, and requests. This feature will provide future follow up and the distribution of the customer's ideas to the appropriate organizational units. The real time monitoring may also examine more than one interaction at the same time. For example, the speech stream monitored may be associated with collaborative web sessions performed by the client and if the client errs on how to use the web application offered by the organization and the agent fails to notify or correct the client the content analysis system may alert the agent and/or a supervisor or a manager.

4b) Real time alert/notification, such as alerting an agent, a customer, compliance officers, supervisors, and the like is utilized for the purposes of fraud detection and other operational activities within an organization which require the taking of immediate action following specific indications detected via the analysis of the interaction data. These actions could be operative in the lowering of the operating costs of the business and the timely prevention of potential legal and liability issues.

5b) Improved querying capability and searching capability within multi-media databases of interactions relaying on content parameters as well as meta-data or extrinsic data will provide more accessible interaction-related information to additional functions and to persons within the organization.

6b) Reports: The reports are generated using a specifically designed and developed web based software product referred to as the Reporter. The scalabilities, multi-site and multi-database characteristics of the product substantially contribute to the straightforward manner and ease of adding content analysis based reports. Content analysis reports include statistics, direct comparison results, follow-ups and the like. All the reports are addressing appearances of certain content commonly used in regard to other interaction/transactional information. The following are non-limiting examples of groups of reports: Word Spotting and CTI reports where CTI information is used in order to retrieve an agent user ID, the call time, and the like, Emotion/Excitement, CTI and User Information reports, Word Spotting, CTI and QA Information reports, Agent-Customer Interaction Talk Analysis reports, and the like.

Referring now to FIG. 7, is a schematic block diagram of the content analysis components of the exemplary Reporter device 410. The core of the Reporter device is the business layer 416. The business layer 416 is built from multiple data entities. Each data entity includes the business logic for a set of report templates. Sets of such entities are the Content Analysis data entities 420, the Learning Data entities 422 and the QA Data entities 424. Using the report administrator a user can easily prepare new report templates, such as Multi-Site Content Analysis reports 426 that are based on the data entity capabilities, Multi Site Learning reports 428, Multi Site QA reports 430 and other reports 432 predetermined or later prepared by the user of the system. The data entity is responsible for preparing the requested search of information generating automatic SQL statements used by the Crystal Report Engine 418 by Crystal Decisions, Palo Alto, Calif. The data entity is also responsible for passing lists of parameters like user lists, word lists, group of word lists and the like that are related to the application defining the reports. The business layer 416 is build from several; components, such as the Report Object (not shown), Business Object (not shown), and the like, and could be used in World Wide Web (web) environments as well as in client applications. The Crystal Report server receives the report definitions from the business layer 416 and runs the report on the databases, such as the Content Analysis database, Evaluation (QM) database, CTI database, CRM database, Screen Events database, Customer Surveys database, e-learning database, and the like. The report result information is passed back to the business layer 416 then to the web server and the web application 412 and is viewed on the ActiveX Crystal Report client 414 (the user's workstation). The Reporter Web Application 412 is the Web GUI layer residing on the web server. Next an exemplary report based on the content analysis system will be described in more detail. A user desires to create a report to assist him in the process of identifying the reasons for the cancellation of subscriptions for a specific product. With the help of such a report the user will be able to selectively identify calls that are related to his products. The content analysis based report enables the user to analyze all the calls related to his products and the particular cancellation issue revealed in the same calls. After the activation of the report the system searches for specific calls in which the particular issue (cancellation) and particular products appear. If a particular product is the Satellite Internet Service, for example, then a group is created containing the words Satellite, Dish, "G eleven" (An exemplary satellite brand). Simultaneously an issue group containing the words abandon, cancellation, suspended, terminated or the like, is created. Note should be taken that although the report is not wholly accurate it still affects a considerable saving of time when searching and provides a substantially improved comparison between products.

7b) E-learning content based sessions: Based on specific evaluation results the system is triggered to send an e-learning tutorials to specific agents in order to improve their skills in the identification and description of the customer-supplied ideas provided during the interaction. For example, an e-learning session is sent to an agent in association with a sample of a recorded interaction, such as an AVI file, that includes a customer-supplied idea. The agent is required to identify the idea and fill up a pre-defined form in order to describe the idea.

8b) Customer Surveys Content Analysis: The surveys that reside in the organization database are analyzed using text extraction methods. Based on the results derived from the analysis specific actions are initiated. For example, a Call Center manager detects that a certain campaign group is not achieving the predicted profit. Consequently the manager utilizes the IVR post-call surveys to obtain customer reac-

tions. Analyzing the content of the customer's surveys producing reports could provide the reasons for the lack of profits, such as product is unsatisfactory, lack of experience of the handling agents and the like.

9b) Automatic quality monitoring: Based on pre-defined criteria regarding an agent's use of conversational and negotiation guidelines, such as form of greetings, call termination, and operational skills and the like, the system will notify a supervising function in instances where the guidelines are not followed. In addition, appropriate evaluation forms will be created according to the results. For example, the content analysis engine could identify that the proper greeting is missing in a call. Thus, in the QM evaluation form the subsection scoring the agent's courtesy is automatically filled by the value "0". In another example, the content analysis system could identify that the agent did not ask a particular question and that the CRM application was not updated for the answer of that particular question. The use of more than one condition will enable the system to be more efficient targeting on the proper events for review.

10b) Data Visualization presents the information and knowledge created in the entire analysis process in a visual form, which is adjustable and controllable by the user. Visualization provides an intuitive and flexible display of various dimensions of the information. Beginning at a high-level view, the user could browse the information to examine areas of interest, to enlarge and sharpen the display resolution of one segment of a more general field of view, change the dimensions displayed (category popularity versus cohesion versus growth trend) and the like. Populations of interactions can be zoomed in on allowing the pinpointing of individual interactions by placement, and the color of similar visual attributes. Further zooming in could display segments of the interaction with diverse attributes of interest. The visualization tool can draw the analyst attention based on a set of pre-defined rules regarding specific subject matter.

11b) Content based knowledge management enables access to information that is part of the interaction stored in a scattered manner across the organization's knowledge database, CTI database, CRM database, Screen Event database, Administrator database and the like.

12b) Customer interaction analytics: Using the entire customer interaction database created as describe above, various data mining and analytical modeling techniques can be applied, enabling a deep research of the information, finding correlations, hidden patterns, trend and the like.

Further examples of e-learning content based sessions generated following the recognition of specific content of an interaction and further description of the Automatic Quality Management form and further examples of real-time events generated following the recognition of specific content of an interaction can be seen in association with FIG. 11.

Referring now to FIG. 11 showing another alternative example of the content analysis processes where each type of interaction media content is analyzed to detect new ideas within interactions. In this alternative embodiment a device for "hunting" customer's idea (given during interaction) and using it for the benefit of the organization is shown in accordance with another preferred embodiment of the present invention. Idea in the context of the present invention is any data of any type exchanged during an interaction, including, but not limited to, suggestion, protest, proposed idea, communication which could be interpreted as suggesting a suggestion, a protest or providing an innovation or change of any sort, or an idea to be acted upon or which may benefit the organization if acted upon, and the like. The idea management device is preferably divided into three main parts: Idea

Management device 502 for managing ideas, Idea base Quality Management (QM) device 504 for evaluating and improving management and optionally an analysis engine 506 for an analysis on the ideas received and processed for reporting and statistics. In addition, Idea Management device 502 is operative to capture an idea (through capturing interactions), logging the idea, analyzing the idea, distributing the idea (vertically and horizontally across the organization) and generating feedback. A preferred (but not limiting) embodiment of the present invention is best demonstrated using contact centers, which features frequent, and multi media types of interactions between agents and customers. Still referring to FIG. 11 the content of an interaction 508 between parties such as agent and a customer contain pieces of valuable information that are being exchanged (complains, tips to follow, requests and the like). One non-limiting example is an idea or suggestion for improvement. The interaction can be an e-mail, a voice call, a chat session, a CRM entry, a screen capture and the like. The idea is detected using one of the following methods (or preferably as a combination of the two): Manually identified by the agent. 510 (As an example agent enters in a designated place his/hers understanding of the idea); the idea is automatically detected by the Automatic Idea Detection module 512 (which can be through the use of devices described above such as word spotting, content extraction and other similar content analysis devices). Furthermore, combination of the two devices 510, 512 is best demonstrated when the system automatically detects during interaction a (pre-defined) sentence such as "I have a suggestion", "I would like to offer", I have an idea" alone or in combination with another interaction such as a CRM entry and the like. Identification of conditions that occur generates notification 511 to the agent as to make sure the idea will be captured and that the agent will feed the idea into the system. (Automatically supervising and certifying ideas wouldn't be lost). Notification can include pop up messages, vocal messages, SMS messages, text messages, e-mail, buzzer alarm, facsimile messages, video messages, and the like. As a result of the detection of the idea an Idea Description 514 is created, either manually or automatically. In the automatic idea detection module 512 the idea description can be for example the text entered by the agent in the relevant CRM field in response to the idea suggested by the client. The idea description with its associated interaction parameters (the actual recording of the interaction, added annotation and any other relevant information to support the follow up actions is maintained in storage database 520 tagged for further actions. Such further actions may include distribution, analysis, report, statistics, feedback, and the like. Recording of the Interaction by the recording device 516 can be triggered by an event generated when the agent enters the idea into a designated field. One example is the capturing of browser sessions which is described in co-pending U.S. Provisional No. 60/227,478 RECORDING & RETRIEVING WEB USER ACTIVITY filed on Aug. 24, 2000 and in co-pending PCT patent application titled SYSTEM AND METHOD FOR CAPTURING BROWSER SESSIONS AND USER ACTIONS filed 24 Aug. 200, which are incorporated herein by reference. The Recording device 516 for quality management and analysis purposes records the actual Interaction. The idea is distributed by the Distribution and Follow-Up module 518 vertically and horizontally preferably inside the organization, but also to other predetermined persons. The idea is directed inside the organization to the appropriate key personal for evaluation. For example, the idea may be directed either to a specific department or to several departments based on the scope of the content. The moment an idea starts to propagate around the organization it

35                                           36

can be followed and in any stage feedbacks can be generated to all parties that were previously involved (interact) with the idea. The feedbacks are generated and managed by the Feedback module **522**. For example, an agent may be notified by e-mail that the idea was rejected, or a customer may be informed on a successful implementation of her idea. Note should be taken that during any stage in the lifetime cycle of the idea, any handler can add a follow-up information, such as comments as meta-data. Furthermore, all including any events exerted around the idea are recorded in the database **520** for follow up and further processing. Other organizational databases such as the knowledge base database (not shown) can be similarly updated with the idea or idea related information or meta-data. Idea evaluation can yield a rejection or recommendation for further action. In the case of the later the idea can further propagate through the use of the Distribution and Follow up module **518** throughout the organization preferably until it reaches designated decision makers that effectively use and implement the proposed idea.

Still referring to FIG. **11** from the information gathered in the database relating to various ideas and the manner of handling such ideas within the organization managers or supervisors can further mine the data. In addition, an analysis module **530** can provide statistics **532** and generate reports **534**. For example, the analysis module **530** may retrieve from the database **520** how many ideas caused an action that eventually contributed to the organization profit or how many ideas are still in process or are neglected or are accepted or are implemented or are rejected per topic or the length of time from idea initiation to completion, and the like. The analysis module may further update the Feedback module **522** with the analysis results to be shared with the generators of the ideas, (and with all or some parties involved in the ideas propagation chain) sharing the success and benefits gained by implementing the idea. This serves as to encourage and motivate the organization members that were engaged in handling the idea. In particular to make the idea generator (either the customer or someone inside the organization) feel that he or she was key participant in the evolution (and some time revolution) created. Organization are recommended as conduct to exercise some way of rewarding the parties involved especially in the case were customer idea is involved. The organization can use customer surveys generated by the customer survey device **536** in order to feed the organization's analysis process. The surveys contain customer's comments or opinions regarding the idea implemented. The organization managers can then measure the full impact in term of customer's satisfaction and further assess the success of managing the idea. During any process of quality management, the interaction and transactional data are accessible through the database **520**. The quality management device **504** evaluates the skills of the agent in identifying and understanding of the idea provided during an interaction. The quality management process may be accomplished manually when supervisors making evaluations using evaluation forms that contain questions regarding ideas identification with their respective weight enter such evaluations to the QM module **524**. For example, supervisor may playback the interaction, checking that the idea description provided by an agent comports the actual idea provided by the customer. Score can be Yes, No, N/A or weighted combo box (grades 1 to 10). The Automatic QM module **526** can also perform quality management automatically. The Automatic QM module comprises pre-defined rule and action engines that fill the idea section of the evaluation forms automatically (without human intervention). Using screens events capturing, any information entered into the idea description fields generates event. Thus, the moment an idea is entered, the agent receives a scoring automatically. Furthermore, using also the content analysis process described herein key words like suggestion, idea, tip, and the like may be identified and aid in automatically deducing that content of the idea description. Based on the evaluation results the system may send tutorials **528** to agents in order to improve their skills in identifying and describing ideas given to them during the interaction. Example of such tutorial is an eLearning session comprised of samples of recorded interaction that contains ideas. The agent needs to identify the idea and fill up an associated description. Like sessions may be automatically provided to an agent upon the agent receiving low score at an evaluation or failing to locate an idea. The Automatic Idea detection is accomplished by employing the Automatic Idea Detection module **512** which is operative in like manner to analysis and interpretation stage **84** of FIG. **4** or Rule based analysis engine **300** and apparatus **100** of FIG. **2A** (also shown as rule based analysis engine **218** of FIG. **2B**). The engine **512** may use for example pre-defined lists of words and sentences (lists preferably configured on site per business) to be identified. It may at the same time compare the entry of such words, like "idea", "innovation" "new" with a screen capture where the agent has filled the IDEA field and in addition at the same time find that the CRM field IDEA has been updated. Moreover, the message **511** were the agent receives automatic notification if he fails to identify that customer introduced an idea during the interaction is designed to assure that an idea is not missed.

The person skilled in the art will appreciate that what has been shown is not limited to the description above. The person skilled in the art will appreciate that examples shown here above are in no way limiting and serve to better and adequately describe the present invention. Those skilled in the art to which this invention pertains will appreciate the many modifications and other embodiments of the invention. It will be apparent that the present invention is not limited to the specific embodiments disclosed and those modifications and other embodiments are intended to be included within the scope of the invention. Although specific terms are employed herein, they are used in a generic and descriptive sense only and not for purposes of limitation. Persons skilled in the art will appreciate that the present invention is not limited to what has been particularly shown and described hereinabove. Rather the scope of the present invention is defined only by the claims, which follow.

We claim:

**1**. A method for capturing and analyzing customer interactions with an agent, comprising:

pre-processing at least two interaction information units using audio analysis for at least one of the at least two interaction information units, extracting content data items from the at least two interaction information units;

storing the content data items in a content data item database;

selectively analyzing the at least one of the at least two interaction information units suitable for further analysis by applying content analysis rules on said content data items, including non-text based analysis rules by a rule based content analysis engine;

classifying the content data items from the at least two interaction information units into at least two user-defined categories, by matching at least one of the content data items against the at least two user-defined categories and associating the at least one of the content data items with a suitable category of the at least two user-defined categories, the at least two user-defined categories defined in accordance with at least one word com-

bined with a screen event or with a CRM entry that occurred substantially at the time the at least one word was used;

using the rules to look for pre-defined combinations of specific keywords, emotion levels or talk behavior; and

notifying the agent by providing a coaching statement to a computing device used by the agent when a pre-defined combination is found.

**2.** A method according to claim **1**, further comprising using analysis results in at least one usage selected from the group consisting of: a quality management application for evaluating agents' performance, said quality management application employing quality management electronic evaluation forms, an e-learning application, a playback application, and a reporter or statistics application.

**3.** A method according to claim **1**, wherein the pre-processing or analyzing includes at least one item selected form the group consisting of: a behavioral pattern identification, speaker identification, speaker verification, speaker separation, call flow analysis, excitement analysis, emotion analysis, screen events analysis, video analysis, speech recognition, word spotting, and optical character recognition (OCR).

**4.** A method according to claim **1**, wherein at least one of the content data items is selected from the group consisting of: extracted text, a word, a phrase, an excitement level, an emotion level of a customer, an emotion level of an agent, an identified screen event, a behavioral pattern, a call flow parameter, a speaker identification, results of speakers separation or results of object analysis for video.

**5.** A method according to claim **1**, wherein the analyzing uses at least one additional information source selected from the group consisting of: an interaction meta-data, an organization knowledge base, customer Relationship Management (CRM) information, and Computer Telephone Integration (CTI) information.

**6.** A method for capturing and analyzing customer interactions with an agent, comprising:

pre-processing at least two interaction information units using audio analysis for at least one of the at least two interaction information units, extracting content data items from the at least two interaction information units; storing the content data items in a content data item database;

selectively analyzing the at least one of the at least two interaction information units suitable for further analysis by applying content analysis rules on said content data items, including non-text based analysis rules by a rule based content analysis engine;

classifying the content data items from the at least two interaction information units into at least two user-defined categories, by matching at least one of the content data items against the at least two user-defined categories and associating the at least one of the content data items with a suitable category of the at least two user-defined categories, the at least two user-defined categories defined in accordance with at least one word combined with a screen event or with a CRM entry that occurred substantially at the time the at least one word was used; and

using the rules to automatically fill in quality management evaluation forms related to the performance of the agent.

**7.** A method according to claim **6**, further comprising using analysis results in at least one usage selected from the group consisting of: a quality management application for evaluating agents' performance, said quality management application employing quality management electronic evaluation

forms, an e-learning application, a playback application, and a reporter or statistics application.

**8.** A method according to claim **6**, wherein the pre-processing or analyzing includes at least one item selected form the group consisting of: a behavioral pattern identification, speaker identification, speaker verification, speaker separation, call flow analysis, excitement analysis, emotion analysis, screen events analysis, video analysis, speech recognition, word spotting, and optical character recognition (OCR).

**9.** A method according to claim **6**, wherein at least one of the content data items is selected from the group consisting of: extracted text, a word, a phrase, an excitement level, an emotion level of a customer, an emotion level of an agent, an identified screen event, a behavioral pattern, a call flow parameter, a speaker identification, results of speakers separation or results of object analysis for video.

**10.** A method according to claim **6**, wherein the analyzing uses at least one additional information source selected from the group consisting of: an interaction meta-data, an organization knowledge base, customer Relationship Management (CRM) information, and Computer Telephone Integration (CTI) information.

**11.** A method for capturing and analyzing customer interactions with an agent, comprising:

pre-processing at least two interaction information units using audio analysis for at least one of the at least two interaction information units, extracting content data items from the at least two interaction information units; storing the content data items in a content data item database;

selectively analyzing the at least one of the at least two interaction information units suitable for further analysis by applying content analysis rules on said content data items, including non-text based analysis rules by a rule based content analysis engine;

classifying the content data items from the at least two interaction information units into at least two user-defined categories, by matching at least one of the content data items against the at least two user-defined categories and associating the at least one of the content data items with a suitable category of the at least two user-defined categories, the at least two user-defined categories defined in accordance with at least one word combined with a screen event or with a CRM entry that occurred substantially at the time the at least one word was used; and

using the rules to automatically update quality management evaluation forms to include particular questions related to the performance of the agent.

**12.** A method according to claim **11**, further comprising using analysis results in at least one usage selected from the group consisting of: a quality management application for evaluating agents' performance, said quality management application employing quality management electronic evaluation forms, an e-learning application, a playback application, and a reporter or statistics application.

**13.** A method according to claim **11**, wherein the pre-processing or analyzing includes at least one item selected form the group consisting of: a behavioral pattern identification, speaker identification, speaker verification, speaker separation, call flow analysis, excitement analysis, emotion analysis, screen events analysis, video analysis, speech recognition, word spotting, and optical character recognition (OCR).

**14.** A method according to claim **11**, wherein at least one of the content data items is selected from the group consisting of: extracted text, a word, a phrase, an excitement level, an

emotion level of a customer, an emotion level of an agent, an identified screen event, a behavioral pattern, a call flow parameter, a speaker identification, results of speakers separation or results of object analysis for video.

**15**. A method according to claim **11**, wherein the analyzing uses at least one additional information source selected from

the group consisting of: an interaction meta-data, an organization knowledge base, customer Relationship Management (CRM) information, and Computer Telephone Integration (CTI) information.

\* \* \* \* \*

# EXHIBIT 28

# INFRINGEMENT OF U.S. PATENT NO. 9,942,400

# INFRINGEMENT CHART FOR U.S. PATENT NO. 9,942,400

Defendant and Defendant's customers using the Accused Instrumentalities have directly infringed, and continue to infringe, at least claim 1 of U.S. Patent No. 9,942,400 ("the '400 patent").[1] This infringement has occurred, either literally or under the doctrine of equivalents, by the making, using, selling, and/or offering for sale in the United States, and/or importing into the United States without authority, the Accused Instrumentalities, such as the Eureka software and other instrumentalities.

Defendant has induced and continues to induce infringement of at least claim 1 of the '400 patent, literally or equivalently, by selling, offering to sell, or importing the Accused Instrumentalities to or for its customers with the knowledge of the '400 patent and its claims. Defendants know that its customers will make, use, sell, offer to sell, and/or import into the United States the Accused Instrumentalities, and has acting with knowledge and specific intent to encourage and facilitate those infringing acts.

Defendant has contributorily infringed and continues to contributorily infringe at least claim 1 of the '400 patent by offering to sell, selling, or importing the Accused Instrumentalities. The Accused Instrumentalities are components of a '400 patented machine, manufacture, combination, or composition constituting a material part of the '400 patented invention. Defendant knows that the Accused Instrumentalities are especially made or adapted for use in an infringement of the '400 patent, and the Accused Instrumentalities are not a staple article or commodity of commerce suitable for substantial noninfringing use.

| U.S. Patent No. 9,942,400 | Accused Instrumentalities |
|---|---|
| 1 . A customer analysis method for analyzing electronic customer communication data and generating behavioral assessment data, which method comprises: | The Accused Instrumentalities analyze electronic customer communication data and generate behavioral assessment data. *See, e.g.,*<br><br>"CallMiner Eureka is a SaaS-based, customer engagement and speech analytics platform that leverages AI and machine learning to capture, transcribe and reveal insight from 100% of your customer interactions. Automated scoring with sentiment analysis and sensitive data redaction creates awareness at scale with evidence to more effectively drive customer experience, contact center optimization, sale effectiveness and risk mitigation performance." |

---

[1] The following citations are nonexhaustive. They are provided merely to illustrate certain aspects of the accused instrumentalities. Accordingly, the reference to specific features should not be construed as excluding other aspects of the Accused Instrumentalities also meeting the relevant limitations. Nor should the inclusion of certain claims be construed as excluding the infringement of other claims (e.g., dependent claims or other independent claims).

| U.S. Patent No. 9,942,400 | Accused Instrumentalities |
|---|---|



*CallMiner Eureka*, CALLMINER, https://callminer.com/products/platform/.

"Interceptor provides enterprises the ability to capture customer interactions in-network (also known as in-network recording, in the Telco network, or Telco cloud). Interceptor captures calls before they are compressed so audio quality is exceptional, and customer and agent interactions are distinct. With Interceptor, a single unified platform gathers all interactions before they enter in the contact center eliminating all delays and providing real time access to rich sources of customer data. Most importantly, with Interceptor, enterprises own their customer interactions and may do whatever they please with them."

Jeff Gallino, *Improving Performance: Using Interceptor and In-Network Analytics to Capture Customer Interactions as They Happen*, CALLMINER, at 5 (2011), https://www.callcentrehelper. com/images/callminer_webinar_white_paper_v2.pdf.

3

| U.S. Patent No. 9,942,400 | Accused Instrumentalities |
|---|---|
| | "The first step of the process in analyzing your customers' conversations is capturing the calls, emails, chats, or other interactions along with any associated metadata (agent ID/name, agent group, time and date, customer ID, etc.), and ingesting or mining the data.<br><br>The CallMiner platform supports integrations with all the leading call recorders, premise based or hosted, and text based communication systems. It also provides a standard method (programmatic interface) for integration of any data source that is not currently natively supported.<br><br>Originally designed with large enterprise deployment in mind, CallMiner Eureka can support integrations with multiple sources or 'sites' of call recordings or other contacts in a single instance. These sources could be different systems, different physical locations (regional contact centers, outsourcers), and different recording or contact system vendors."<br><br>*Robust Data Capture*, CALLMINER, https://callminer.com/advantages/robus-data-capture/.<br><br>"CallMiner Eureka speech analytics allows you to optimize customer engagement by analyzing every interaction your agents have with your customers, regardless of channel (phone, email, chat, social media, or surveys).<br><br>While phone conversations still represent the large majority of contact center interactions, multichannel interactions are rapidly increasing."<br><br>*Multi-channel Analytics*, CALLMINER, https://callminer.com/advantages/multi-channel-text-speech-analytics/. |

| U.S. Patent No. 9,942,400 | Accused Instrumentalities |
|---|---|
|  |  *Eureka Analyze*, CALLMINER, https://callminer.com/products/analyze/.<br><br>"Combining Eureka's automated scoring with myEureka performance portal, organizations deliver impactful individual or group feedback information to the right people at the right time." |

| U.S. Patent No. 9,942,400 | Accused Instrumentalities |
|---|---|
| | *Intro to Eureka Analyze*, CALLMINER, at 3, https://learn.callminer.com/data-sheet/eureka-4pg-december-2015-new-2; *see also* http://callminer.com/wp-content/uploads/2016/07/Eureka_4pg-December-2015-new.pdf. |
| | "Automated call categorization is a fundamental component of voice of customer engagement analytics (speech & text). Categorization is the automatic tagging of contacts that contain certain language patterns, keywords, phrases, or other characteristics. Any given customer contact is likely to be tagged as belonging to several categories. Categories allow you to find, count, and trend contacts that contain these characteristics. |
| | Our automated call categorization has been tested and proven by Fortune 500 customers to be more accurate than manual call categorization, and can be used with confidence for decision-making and across 100% of your customer interactions. |
| | At CallMiner, we have identified a common taxonomy of category groups used in tagging calls and text communications. The common types of categories include: |
| | • **Behaviors** – how are agents or customer behaving? For example, are they expressing dissatisfaction, and is there an empathetic response to that dissatisfaction. |
| | • **Reasons** – the reason for the contact, in voice often referred to as the call driver. For example, you may call your bank for a balance inquiry, and as a follow up you may conduct a transfer – each of these would be reasons for the call. |
| | • **Procedures** – are agents complying with procedures? Commonly used in collections to ensure agents are staying compliant with FDCPA (or FSA) regulations. |
| | • **Outcomes** – measuring the response to specific actions. For example, how did a customer respond to an upsell offer? |
| | • **Products** – are certain products mentioned? |
| | • **Competitors** – are certain competitors mentioned? . . . . |

| U.S. Patent No. 9,942,400 | Accused Instrumentalities |
|---|---|
| | CallMiner Eureka's call category groups and definitions can be configured and organized to suit your specific business needs. CallMiner Eureka ships out of the box with Instant Insights – 13 behavioral categories including dissatisfaction, empathy, repeat contact language, transfer language, politeness, just to name a few – intended to provide instant insight into your customer conversations on day one of implementation. With over 10 years of experience in speech analytics CallMiner has developed libraries for language patterns for different contact center functions and different industries.

CallMiner Eureka provides you with all the tools necessary to edit existing call categories or create new categories, easily adapting to your changing needs and expanding focus. Creating a category is as easy and familiar as creating a web search – spend less time learning the tool, more time analyzing your conversations."

*Automated Categorization*, CALLMINER, https://callminer.com/advantages/automated-categorization/.

"CallMiner Eureka speech analytics allows you to optimize customer engagement by analyzing every interaction your agents have with your customers, regardless of channel (phone, email, chat, social media, or surveys).

While phone conversations still represent the large majority of contact center interactions, multichannel interactions are rapidly increasing."

*Multi-channel Analytics*, CALLMINER, https://callminer.com/advantages/multi-channel-text-speech-analytics/. |

| U.S. Patent No. 9,942,400 | Accused Instrumentalities |
|---|---|
| receiving a plurality of types of electronic customer communication data by one or more servers configured to provide a user interface comprising a web site, web portal, or virtual portal or application, wherein at least one of the types of electronic customer communication data includes voice data, and at least one of social media data, update status, media feed, social media review, social media data stream, social media profile or social media account setup; | The Accused Instrumentalities receive a plurality of types of electronic customer communication data by one or more servers configured to provide a user interface comprising a web site, web portal, or virtual portal or application, wherein at least one of the types of electronic customer communication data includes voice data, and at least one of social media data, update status, media feed, social media review, social media data stream, social media profile or social media account setup. *See, e.g.,* |
| | "Multichannel speech analytics software such as CallMiner Eureka can help call centers forecast and schedule properly for each different channel by identifying broken processes and improve agent performance across channels. By monitoring and analyzing customer interactions across various channels, these solutions work to identify what customers want, which can ultimately improve the customer experience." |
| | *How to Use Multichannel Analytics Software to Develop a Single View of the Customer,* CALLMINER, https://callminer.com/blog/use-multichannel-analytics-software-develop-single-view-customer/. |
| | "CallMiner Eureka speech analytics allows you to optimize customer engagement by analyzing every interaction your agents have with your customers, regardless of channel (phone, email, chat, social media, or surveys). |
| | While phone conversations still represent the large majority of contact center interactions, multichannel interactions are rapidly increasing." |
| | *Multi-channel Analytics,* CALLMINER, https://callminer.com/advantages/multi-channel-text-speech-analytics/. |
| | "The first step of the process in analyzing your customers' conversations is capturing the calls, emails, chats, or other interactions along with any associated metadata (agent ID/name, agent group, time and date, customer ID, etc.), and ingesting or mining the data. |

| U.S. Patent No. 9,942,400 | Accused Instrumentalities |
|---|---|
| | The CallMiner platform supports integrations with all the leading call recorders, premise based or hosted, and text based communication systems. It also provides a standard method (programmatic interface) for integration of any data source that is not currently natively supported. |
| | Originally designed with large enterprise deployment in mind, CallMiner Eureka can support integrations with multiple sources or 'sites' of call recordings or other contacts in a single instance. These sources could be different systems, different physical locations (regional contact centers, outsourcers), and different recording or contact system vendors." |
| | *Robust Data Capture*, CALLMINER, https://callminer.com/advantages/robus-data-capture/. |
| | |
| | *How HomeServe USA Improved CX with Speech Analytics*, CALLMINER, slides available at https://learn.callminer.com/webinars/2016-09-homeserve-improved-agent-performance-cx-results. |

| U.S. Patent No. 9,942,400 | Accused Instrumentalities |
|---|---|
|  |  *Understanding & Responding to TCPA Changes*, CALLMINER, at 23 (Sept. 24, 2013), https://sparkroom.com/wp-content/uploads/2013/10/Understanding-and-Responding-to-TCPA-Changes-Webinar-092413.pdf. <br><br> "Multichannel speech analytics software such as CallMiner Eureka can help call centers forecast and schedule properly for each different channel by identifying broken processes and improve agent performance across channels. By monitoring and analyzing customer interactions across various channels, these solutions work to identify what customers want, which can ultimately improve the customer experience." |

| U.S. Patent No. 9,942,400 | Accused Instrumentalities |
|---|---|
| | *How to Use Multichannel Analytics Software to Develop a Single View of the Customer*, CALLMINER, https://callminer.com/blog/use-multichannel-analytics-software-develop-single-view-customer/. |
| | "[I]t's clear companies need to make social customer support a priority in order to meet the demands of customers who expect to be able to reach companies at any time. By providing multichannel customer support options (social, mobile, live chat, etc.), companies can keep customers happy and prevent them from drawing negative attention online (an area of particular concern with social networks)." |
| | "Engagement via social media is critical to connecting with increasing numbers of customers. Specifically, social can help agents identify customer pain points, values, behaviors, etc., all of which can lead to personalized communications that cater to a customer's individual wants and needs." |
| | "With the majority of customers now expecting real-time customer support, it's important for companies with call centers to dedicate resources to each channel, including social media. This type of segmentation allows for trained service customer service agents to handle requests specific to each channel, which can ultimately serve to provide a better service experience for customers. |
| | To continually grow and manage agent teams, call center managers and supervisors should also offer ongoing training opportunities that can make agents feel both satisfied with their jobs and committed to their customers. Specific areas of weakness can be identified with performance management applications such as myEureka, which delivers feedback as continuous, plain language alerts and notifications that is personalized for each user (individuals or team leaders)." |
| | "Social listening and sentiment analysis is another way to evaluate agent and overall company performance by analyzing positive and negative mentions across social networks. "Brands can proactively address negative sentiment, turning public complaints into shareable solutions," |

11

| U.S. Patent No. 9,942,400 | Accused Instrumentalities |
|---|---|
| | according to a NextWeb article on customer service via social media. "Customers that share their frustrations then find out that a brand really cares about what they say and think." *3 Best Practices of Social Customer Support*, CALLMINER, https://callminer.com/blog/3-best-practices-social-customer-support/. |
| generating a text file from the voice data; | The Accused Instrumentalities generate a text file from voice data. *See, e.g.*, "Real-time monitoring technology scans the live stream of audio transcriptions generated by the Eureka real-time speech mining engine to rapidly identify key events such as keywords, phrases or acoustic measures which you have defined as important. AI-driven algorithms automatically trigger notifications that alert your agents to the next-best-action and inform your supervisors about when and how they need to intervene on a call to optimize customer." *Eureka Alert*, CALLMINER, https://callminer.com/products/alert/. |

| U.S. Patent No. 9,942,400 | Accused Instrumentalities |
|---|---|
| | **Real-Time Transcription**<br><br>Our speech mining platform applies advanced NLP and machine learning techniques to process source audio streams in real-time, applying our highly accurate large vocabulary speech recognition (LVCSR) technology to generate human readable, full text transcripts that can be searched, saved and even shared. These transcripts are indexed to the source audio for contextual, ad hoc playback and review, and can be extracted for agent training and coaching.<br><br>**Speech to Text**<br><br>Accurate Call Transcription<br>Speaker Separated Audio<br>Customer & Agent Sentiment<br><br>*Real-Time Call Monitoring & Redaction*, CALLMINER, https://callminer.com/products/EurekaLive/; *see also* https://callminer.com/wp-content/uploads/Eureka-rt_web-1.pdf.<br><br>*CallMiner Eureka*, CALLMINER, https://callminer.com/products/platform/. |
| identifying a customer associated with the electronic customer communication data | The Accused Instrumentalities identify a customer associated with the electronic customer communication data received by the one or more servers. *See, e.g.*, |

| U.S. Patent No. 9,942,400 | Accused Instrumentalities |
|---|---|
| received by the one or more servers; | "CallMiner Eureka indexes every customer interaction allowing organizations to quickly find contacts matching any combination of metadata, measures, words and phrases, contact categories, or manual tags. Query creation is made simple using Semantic Building BlocksTM, auto-complete and search suggestions. Fine tuning and accuracy is achieved through category development tools and testing views." *Intro to Eureka Analyze*, CALLMINER, at 4, https://learn.callminer.com/data-sheet/eureka-4pg-december-2015-new-2; *see also* http://callminer.com/wp-content/uploads/2016/07/Eureka_4pg-December-2015-new.pdf. |

"Automated call categorization is a fundamental component of voice of customer engagement analytics (speech & text). Categorization is the automatic tagging of contacts that contain certain language patterns, keywords, phrases, or other characteristics. Any given customer contact is likely to be tagged as belonging to several categories. Categories allow you to find, count, and trend contacts that contain these characteristics. . . ."

*Automated Categorization*, CALLMINER, https://callminer.com/advantages/automated-categorization/.

"The first step of the process in analyzing your customers' conversations is capturing the calls, emails, chats, or other interactions along with any associated metadata (agent ID/name, agent group, time and date, customer ID, etc.), and ingesting or mining the data.

The CallMiner platform supports integrations with all the leading call recorders, premise based or hosted, and text based communication systems. It also provides a standard method (programmatic interface) for integration of any data source that is not currently natively supported.

Originally designed with large enterprise deployment in mind, CallMiner Eureka can support integrations with multiple sources or 'sites' of call recordings or other contacts in a single instance. These sources could be different systems, different physical locations (regional contact centers, outsourcers), and different recording or contact system vendors."

*Robust Data Capture*, CALLMINER, https://callminer.com/advantages/robus-data-capture/.

"The embedded contact finder simplifies searching for specific contact records – and filter them – by attributes including category descriptions, date ranges, metadata and performance scores."

| U.S. Patent No. 9,942,400 | Accused Instrumentalities |
|---|---|
| generating behavioral assessment data by analyzing the text file and the at least one of social media data, update status, media feed, social media review, social media data stream, social media profile or social media account setup for that identified customer; and | <br><br>*Eureka Coach*, CALLMINER, https://callminer.com/products/coach/.<br><br>The Accused Instrumentalities generate behavioral assessment data by analyzing the text file and the at least one of social media data, update status, media feed, social media review, social media data stream, social media profile or social media account setup for that identified customer. *See, e.g.,* |

| U.S. Patent No. 9,942,400 | Accused Instrumentalities |
|---|---|
| |  |

*Eureka Analyze*, CALLMINER, https://callminer.com/products/analyze/.

At CallMiner, we have identified a common taxonomy of category groups used in tagging calls and text communications. The common types of categories include:

- **Behaviors** – how are agents or customer behaving? For example, are they expressing dissatisfaction, and is there an empathetic response to that dissatisfaction.

17

| U.S. Patent No. 9,942,400 | Accused Instrumentalities |
|---|---|
| | • **Reasons** – the reason for the contact, in voice often referred to as the call driver. For example, you may call your bank for a balance inquiry, and as a follow up you may conduct a transfer – each of these would be reasons for the call.<br>• **Procedures** – are agents complying with procedures? Commonly used in collections to ensure agents are staying compliant with FDCPA (or FSA) regulations.<br>• **Outcomes** – measuring the response to specific actions. For example, how did a customer respond to an upsell offer?<br>• **Products** – are certain products mentioned?<br>• **Competitors** – are certain competitors mentioned? . . . .<br><br>CallMiner Eureka's call category groups and definitions can be configured and organized to suit your specific business needs. CallMiner Eureka ships out of the box with Instant Insights – 13 behavioral categories including dissatisfaction, empathy, repeat contact language, transfer language, politeness, just to name a few – intended to provide instant insight into your customer conversations on day one of implementation. With over 10 years of experience in speech analytics CallMiner has developed libraries for language patterns for different contact center functions and different industries.<br><br>CallMiner Eureka provides you with all the tools necessary to edit existing call categories or create new categories, easily adapting to your changing needs and expanding focus. Creating a category is as easy and familiar as creating a web search – spend less time learning the tool, more time analyzing your conversations."<br><br>*Automated Categorization*, CALLMINER, https://callminer.com/advantages/automated-categorization/.<br><br>"CallMiner Eureka speech analytics allows you to optimize customer engagement by analyzing every interaction your agents have with your customers, regardless of channel (phone, email, chat, social media, or surveys). |

| U.S. Patent No. 9,942,400 | Accused Instrumentalities |
|---|---|
| | While phone conversations still represent the large majority of contact center interactions, multichannel interactions are rapidly increasing." |
| | *Multi-channel Analytics*, CALLMINER, https://callminer.com/advantages/multi-channel-text-speech-analytics/. |
| | |

| U.S. Patent No. 9,942,400 | Accused Instrumentalities |
|---|---|
| | The journey map displays the complete timeline of a customer's interactions across **web**, **chat**, **social media** and **telephony** to give visibility into their experience.<br><br><br><br>*Eureka Analyze*, CALLMINER, https://callminer.com/products/analyze/. |
| displaying instructions to a user via a reporting engine, wherein the instructions are based on | The Accused Instrumentalities display instructions to a user via a reporting engine, wherein the instructions are based on the generated behavioral assessment data. *See, e.g.,* |

20

| U.S. Patent No. 9,942,400 | Accused Instrumentalities |
|---|---|
| the generated behavioral assessment data, |

"Alert provides real-time customer interaction insight to enable immediate awareness and in-the-moment action while a call is in progress. Real-time redaction ensures secure data management."

*Eureka Alert*, CALLMINER, https://callminer.com/products/alert/. |

| U.S. Patent No. 9,942,400 | Accused Instrumentalities |
|---|---|
| | <br><br>"Inline commenting provides drilldown details that help agents focus on specific performance improvements. The assigned follow-up actions displays management alerts by team, agent, and call. Agents like Ada receive notifications along with securely redacted audio and transcript detail from their supervisor. Rule-based dashboards notify Ada and her supervisor about focused interactions. To engage Ada, the individualized agent portal targets scores, behavior patterns, and trends to generate coaching sessions on the agent dashboard." |

| U.S. Patent No. 9,942,400 | Accused Instrumentalities |
|---|---|
| | 

*Eureka Coach*, CALLMINER, https://callminer.com/products/coach/.

"Key features of Coach:
- Immediate feedback – Based on automated AI-driven scoring across 100% of all agent interactions. . . .
- Actionable assignments – Supervisor assignments with call detail and coaching notes
- Personalized evidence – PCI-redacted call playback with ability to tag specific sections with coaching notes
- Sustainable performance management – Ongoing feedback and discussion between supervisors and agents"

*CallMiner Announces Eureka Coach to Provide Contact Center Optimization*, CALLMINER, https://callminer.com/company/news/callminer-announces-eureka-coach-to-provide-contact-center-optimization/.

"Today, call centers have a better option through speech analytics software that includes an automated call scoring feature. Call centers that utilize automated call scoring define the metrics they want to track on every call such as script adherence, industry compliance wording, voice inflection, and long spans of silence. Once you input these metrics, the software automatically scores every interaction. These scores are accessible by call center agents so they can see first-hand how their performance measures compared to your standards." |

| U.S. Patent No. 9,942,400 | Accused Instrumentalities |
|---|---|
| | "Agents also have the information they need to identify lost opportunities during their conversations. Did they fail to offer the right solution to the customer's needs? How can they adjust their conversations moving forward? Or do they need more guidance on how to handle certain types of customer conversations? If they do, they can proactively look or ask for the information they need to increase performance scores."

"Automated scoring lets managers customize and allows agents seek out training that best suits their needs, so they get the information they need to serve customers better. Also, by looking at language patterns and call strategies of those that excel at achieving desired outcomes, you can craft training based on these successes."

"Automated call scoring clearly defines expectations for agents and empowers them to make changes to their call handling and improve performance. Agents that have access to this feedback are less likely to feel lost in the role or surprised by difficult conversations with management. Your call center will experience a well-rounded boost to efficiency as a result."

*Deliver Performance Scores Directly to Your Agents*, CALLMINER, https://callminer.com/blog/deliver-performance-scores-directly-to-your-agents/.

"Augmenting or even replacing traditional QM processes with a single component of speech analytics—automated agent scorecards—can generate a rapid return on investment from QA cost and time savings alone. It can also motivate change, and perhaps more importantly, provide a meaningful way to reward superior performance." |

# Accused Instrumentalities



"The same scorecards could also provide a total composite score for each agent, along with other metrics such as number of calls handled and average length of calls and then provide agents with their own customized dashboard view of how well they are performing against the metrics as compared to other team members. These metrics can encourage healthy competition and also fuel incentive and bonus programs."

25

| U.S. Patent No. 9,942,400 | Accused Instrumentalities |
|---|---|
| |  "Advanced speech analytics solves this problem by combining the principles of pervasive business intelligence and automated quality monitoring into a single solution that delivers the right information to the right person at the right time. A performance portal provides contact center agents direct access to comprehensive and continuous feedback driven by the speech analytics platform. Agents receive the feedback they need exactly when they need it and are more confident that their performance is being measured in a holistic, objective manner. This encourages self-evaluation and improvement."<br><br>*Using Automated Scorecards to Improve Agent Performance,* CALLMINER, at 3-4, 6.<br><br>"Eureka Coach offers distinct feedback tools for agents and for their supervisors. The Agent's web-based portal offers a dashboard that displays personal evaluation metrics, their scores compared to team members, resources for notification from supervisors with targeted coaching guidance, and an inline player for listening to calls." |

| U.S. Patent No. 9,942,400 | Accused Instrumentalities |
|---|---|
| | *Eureka Coach Datasheet*, CALLMINER, at 1, https://learn.callminer.com/data-sheet/my-eureka-data-sheet-sept-2015-2; *see also, e.g., id.* (representing that it is a "performance portal for personalized agent feedback and coaching" offering "[p]ersonalized, web-based portals for agents and supervisors.").<br><br><br><br>"Combining Eureka's automated scoring with myEureka performance portal, organizations deliver impactful individual or group feedback information to the right people at the right time."<br><br>*Intro to Eureka Analyze*, CALLMINER, at 3, https://learn.callminer.com/data-sheet/eureka-4pg-december-2015-new-2; *see also* http://callminer.com/wp-content/uploads/2016/07/Eureka_4pg-December-2015-new.pdf. |

| U.S. Patent No. 9,942,400 | Accused Instrumentalities |
|---|---|
| |  *Improving Agent + CSR Performance with Automated Quality Management*, CALLMINER, https://www.youtube.com/watch?v=UBQhS0t_c-w. |
| wherein the user includes the identified customer or a customer service agent. | The Accused Instrumentalities display instructions to a user who is at least a customer service agent. *See, e.g.*, |

| U.S. Patent No. 9,942,400 | Accused Instrumentalities |
|---|---|
| | **Alerting**<br><br>Real-time monitoring technology scans the live stream of audio transcriptions to rapidly identify events such as keywords, phrases or acoustic measures which you have defined as important. Algorithms can be configured to automatically trigger notifications that you can API-configure to alert your agents to the next-best-action and inform your supervisors about when and how they need to intervene on a call to optimize customer.<br><br>"Alert provides real-time customer interaction insight to enable immediate awareness and in-the-moment action while a call is in progress. Real-time redaction ensures secure data management."<br><br>"Real-time monitoring technology scans the live stream of audio transcriptions to rapidly identify events such as keywords, phrases or acoustic measures which you have defined as important. Algorithms can be configured to automatically trigger notifications that you can API-configure to alert your agents to the next-best-action and inform your supervisors about when and how they need to intervene on a call to optimize customer."<br><br>*Eureka Alert*, CALLMINER, https://callminer.com/products/alert/.<br><br>Supervisor Portal<br><br>Agent Portal |

| U.S. Patent No. 9,942,400 | Accused Instrumentalities |
|---|---|
| |  |

*Eureka Coach*, CALLMINER, https://callminer.com/products/coach/.

"Eureka Coach offers distinct feedback tools for agents and for their supervisors. The Agent's web-based portal offers a dashboard that displays personal evaluation metrics, their scores compared to team members, resources for notification from supervisors with targeted coaching guidance, and an inline player for listening to calls."

*Eureka Coach Datasheet*, CALLMINER, at 1, https://learn.callminer.com/data-sheet/my-eureka-data-sheet-sept-2015-2; *see also, e.g., id.* (representing that it is a "performance portal for personalized

| U.S. Patent No. 9,942,400 | Accused Instrumentalities |
|---|---|
| | agent feedback and coaching" offering "[p]ersonalized, web-based portals for agents and supervisors.").<br><br><br><br>"Combining Eureka's automated scoring with myEureka performance portal, organizations deliver impactful individual or group feedback information to the right people at the right time."<br><br>*Intro to Eureka Analyze*, CALLMINER, at 3, https://learn.callminer.com/data-sheet/eureka-4pg-december-2015-new-2; *see also* http://callminer.com/wp-content/uploads/2016/07/Eureka_4pg-December-2015-new.pdf. |

# EXHIBIT 29

# INFRINGEMENT OF U.S. PATENT NO. 8,204,884

# INFRINGEMENT CHART FOR U.S. PATENT NO. 8,204,884

Defendant and Defendant's customers using the Accused Instrumentalities have directly infringed, and continue to infringe, at least claim 1 of U.S. Patent No. 8,204,884 ("the '884 patent").[1] This infringement has occurred, either literally or under the doctrine of equivalents, by the making, using, selling, and/or offering for sale in the United States, and/or importing into the United States without authority, the Accused Instrumentalities, such as the Eureka software and other instrumentalities.

Defendant has induced and continues to induce infringement of at least claim 1 of the '884 patent, literally or equivalently, by selling, offering to sell, or importing the Accused Instrumentalities to or for its customers with the knowledge of the '884 patent and its claims. Defendants know that its customers will make, use, sell, offer to sell, and/or import into the United States the Accused Instrumentalities, and has acting with knowledge and specific intent to encourage and facilitate those infringing acts.

Defendant has contributorily infringed and continues to contributorily infringe at least claim 1 of the '884 patent by offering to sell, selling, or importing the Accused Instrumentalities. The Accused Instrumentalities are components of a '884 patented machine, manufacture, combination, or composition constituting a material part of the '884 patented invention. Defendant knows that the Accused Instrumentalities are especially made or adapted for use in an infringement of the '884 patent, and the Accused Instrumentalities are not a staple article or commodity of commerce suitable for substantial noninfringing use.

| U.S. Patent No. 8,204,884 | Accused Instrumentalities |
|---|---|
| 1. A method for capturing and analyzing customer interactions with an agent, comprising: | The Accused Instrumentalities capture and analyze customer interactions with an agent. *See, e.g.,*<br><br>"CallMiner Eureka is a SaaS-based, customer engagement and speech analytics platform that leverages AI and machine learning to capture, transcribe and reveal insight from 100% of your customer interactions. Automated scoring with sentiment analysis and sensitive data redaction creates awareness at scale with evidence to more effectively drive customer experience, contact center optimization, sale effectiveness and risk mitigation performance." |

2

[1] The following citations are nonexhaustive. They are provided merely to illustrate certain aspects of the accused instrumentalities. Accordingly, the reference to specific features should not be construed as excluding other aspects of the Accused Instrumentalities also meeting the relevant limitations. Nor should the inclusion of certain claims be construed as excluding the infringement of other claims (e.g., dependent claims or other independent claims).

| U.S. Patent No. 8,204,884 | Accused Instrumentalities |
|---|---|



*CallMiner Eureka*, CALLMINER, https://callminer.com/products/platform/.

"Interceptor provides enterprises the ability to capture customer interactions in-network (also known as in-network recording, in the Telco network, or Telco cloud). Interceptor captures calls before they are compressed so audio quality is exceptional, and customer and agent interactions are distinct. With Interceptor, a single unified platform gathers all interactions before they enter in the contact center eliminating all delays and providing real time access to rich sources of customer data. Most importantly, with Interceptor, enterprises own their customer interactions and may do whatever they please with them."

Jeff Gallino, *Improving Performance: Using Interceptor and In-Network Analytics to Capture Customer Interactions as They Happen*, CALLMINER, at 5 (2011), https://www.callcentrehelper. com/images/callminer_webinar_white_paper_v2.pdf.

3

| U.S. Patent No. 8,204,884 | Accused Instrumentalities |
|---|---|
| | "The first step of the process in analyzing your customers' conversations is capturing the calls, emails, chats, or other interactions along with any associated metadata (agent ID/name, agent group, time and date, customer ID, etc.), and ingesting or mining the data. |
| | The CallMiner platform supports integrations with all the leading call recorders, premise based or hosted, and text based communication systems. It also provides a standard method (programmatic interface) for integration of any data source that is not currently natively supported. |
| | Originally designed with large enterprise deployment in mind, CallMiner Eureka can support integrations with multiple sources or 'sites' of call recordings or other contacts in a single instance. These sources could be different systems, different physical locations (regional contact centers, outsourcers), and different recording or contact system vendors." |
| | *Robus Data Capture*, CALLMINER, https://callminer.com/advantages/robus-data-capture/ |
| | "CallMiner Eureka speech analytics allows you to optimize customer engagement by analyzing every interaction your agents have with your customers, regardless of channel (phone, email, chat, social media, or surveys). |
| | While phone conversations still represent the large majority of contact center interactions, multichannel interactions are rapidly increasing." |
| | *Multi-channel Analytics*, CALLMINER, https://callminer.com/advantages/multi-channel-text-speech-analytics/. |

| U.S. Patent No. 8,204,884 | Accused Instrumentalities |
|---|---|
| |  *Eureka Analyze*, CALLMINER, https://callminer.com/products/analyze/. "Combining Eureka's automated scoring with myEureka performance portal, organizations deliver impactful individual or group feedback information to the right people at the right time." |

5

| U.S. Patent No. 8,204,884 | Accused Instrumentalities |
|---|---|
| | *Intro to Eureka Analyze*, CALLMINER, at 3, https://learn.callminer.com/data-sheet/eureka-4pg-december-2015-new-2; *see also* http://callminer.com/wp-content/uploads/2016/07/Eureka_4pg-December-2015-new.pdf. |
| pre-processing at least two interaction information units using audio analysis for at least one of the at least two interaction information units, extracting content data items from the at least two interaction information units; | The Accused Instrumentalities pre-process at least two interaction information units using audio analysis for at least one of the at least two interaction information units, extracting content data items from the at least two interaction information units. *See, e.g.,* "Real-time monitoring technology scans the live stream of audio transcriptions to rapidly identify events such as keywords, phrases or acoustic measures which you have defined as important. Algorithms can be configured to automatically trigger notifications that you can API-configure to |

alert your agents to the next-best-action and inform your supervisors about when and how they need to intervene on a call to optimize customer."

*Eureka Alert*, CALLMINER, https://callminer.com/products/alert/.

"The first step of the process in analyzing your customers' conversations is capturing the calls, emails, chats, or other interactions along with any associated metadata (agent ID/name, agent group, time and date, customer ID, etc) and ingesting or mining the data.

The CallMiner platform supports integrations with all the leading call recorders, premise based or hosted, and text based communication systems. It also provides a standard method (programmatic interface) for integration of any data source that is not currently natively supported.

Originally designed with large enterprise deployment in mind, CallMiner Eureka can support integrations with multiple sources or 'sites' of call recordings or other contacts in a single instance. These sources could be different systems, different physical locations (regional contact centers, outsourcers), and different recording or contact system vendors."

*Robust Data Capture*, CALLMINER, https://callminer.com/advantages/robus-data-capture/.

"CallMiner Eureka speech analytics allows you to optimize customer engagement by analyzing every interaction your agents have with your customers, regardless of channel (phone, email, chat, social media, or surveys).

While phone conversations still represent the large majority of contact center interactions, multichannel interactions are rapidly increasing."

*Multi-channel Analytics*, CALLMINER, https://callminer.com/advantages/multi-channel-text-speech-analytics/.

"The Eureka engagement analytics platform transforms the Voice of Your Customers and Agents into operational intelligence at scale with automated performance and sentiment scoring, topic discovery and trend presentation."

| U.S. Patent No. 8,204,884 | Accused Instrumentalities |
|---|---|
| | *CallMiner Eureka*, CALLMINER, https://callminer.com/products/platform/. |
| | Duration: 5m46s<br><br>% Silence: 40%<br><br>Agitation: 3459<br><br>Tempo: 105wpm |
| | *Understanding & Responding to TCPA Changes*, CALLMINER, at 23 (Sept. 24, 2013), https://sparkroom.com/wp-content/uploads/2013/10/Understanding-and-Responding-to-TCPA-Changes-Webinar-092413.pdf. |
| | "Categorization is the automatic tagging of contacts that contain certain language patterns, keywords, phrases, or other characteristics. . . . At CallMiner, we have identified a common taxonomy of category groups used in tagging calls and text communications. The common types of categories include: Behaviors, how are agents or customer behaving? For example, are they expressing dissatisfaction, and is there an empathetic response to that dissatisfaction. . . . CallMiner Eureka language patterning is capable of measuring language in specific locations of conversation, order of occurrence of language, positive or negative rules, and standard Boolean logic." |
| | *Automated Categorization*, CALLMINER, https://callminer.com/advantages/automated-categorization/. |

| U.S. Patent No. 8,204,884 | Accused Instrumentalities |
|---|---|
| |  *Intro to Eureka Analyze*, CALLMINER, at 2, 4, https://learn.callminer.com/data-sheet/eureka-4pg-december-2015-new-2; *see also* http://callminer.com/wp-content/uploads/2016/07/Eureka_4pg-December-2015-new.pdf.

"[Eureka's] Sentiment Analysis combines both the acoustic characteristics of a speaker's voice and the context of the conversation into a single score. This call score can be used to measure relative sentiment or emotion across various cross sections of calls, agent groups, and time frames.

During Sentiment Analysis CallMiner measures:
- The amount of physical stress in the voice
- The changes in stress
- The rate of speech

CallMiner Eureka seamlessly meshes these acoustic measures with the overall context of the conversation to determine true meaning behind the spoken words – for example, when 'amazon' means the rainforest and when it means the retailer."

*Sentiment Analysis*, CALLMINER, https://callminer.com/advantages/sentiment-analysis/. |

# Accused Instrumentalities

| U.S. Patent No. 8,204,884 | |
|---|---|



*Eureka Analyze*, CALLMINER, https://callminer.com/products/analyze/.

10

| U.S. Patent No. 8,204,884 | Accused Instrumentalities |
|---|---|
| | <br><br>*Best Practices in Building a Customer-Centric Organization*, CALLMINER, at 26. |

11

| U.S. Patent No. 8,204,884 | Accused Instrumentalities |
|---|---|
| | 

*Understanding & Responding to TCPA Changes*, CALLMINER, at 23 (Sept. 24, 2013), https://sparkroom.com/wp-content/uploads/2013/10/Understanding-and-Responding-to-TCPA-Changes-Webinar-092413.pdf. |

| U.S. Patent No. 8,204,884 | Accused Instrumentalities |
|---|---|
| |

"CallMiner Speaker Separation is a voice biometrics-based software that divides mono recordings into speaker channels representing the agent and the customer portions of a call to improve speech analytics effectiveness. . . .

CallMiner Speaker Separation overcomes this challenge with voice biometrics. Voice characteristics are used to 'voiceprint' an agent. CallMiner Eureka can then clearly identify caller and agent speakers within its powerful analytics engine. As a result, automated agent scoring, caller and agent sentiment metrics, topic discovery based on what callers or agents are saying and more is enabled."

*Speaker Separation Datasheet*, CALLMINER, https://learn.callminer.com/home/speaker-separation-datasheet. |
| storing the content data items in a content data item data base; | The Accused Instrumentalities store the content data items in a content data item data base. *See, e.g.,*

"Calls are converted to data and stored in non-proprietary formats[.]"

*Eureka Essentials*, CALLMINER, at 2. |

| U.S. Patent No. 8,204,884 | Accused Instrumentalities |
|---|---|
| | "The first step of the process in analyzing your customers' conversations is capturing the calls, emails, chats, or other interactions along with any associated metadata (agent ID/name, agent group, time and date, customer ID, etc), and ingesting or mining the data. |
| | The CallMiner platform supports integrations with all the leading call recorders, premise based or hosted, and text based communication systems. It also provides a standard method (programmatic interface) for integration of any data source that is not currently natively supported. |
| | Originally designed with large enterprise deployment in mind, CallMiner Eureka can support integrations with multiple sources or 'sites' of call recordings or other contacts in a single instance. These sources could be different systems, different physical locations (regional contact centers, outsourcers), and different recording or contact system vendors." |
| | *Robust Data Capture*, CALLMINER, https://callminer.com/advantages/robus-data-capture/ |
| | "Interceptor provides enterprises the ability to capture customer interactions in-network (also known as in-network recording, in the Telco network, or Telco cloud). Interceptor captures calls before they are compressed so audio quality is exceptional, and customer and agent interactions are distinct. With Interceptor, a single unified platform gathers all interactions before they enter in the contact center eliminating all delays and providing real time access to rich sources of customer data. Most importantly, with Interceptor, enterprises own their customer interactions and may do whatever they please with them." |
| | Jeff Gallino, *Improving Performance: Using Interceptor and In-Network Analytics to Capture Customer Interactions as They Happen*, CALLMINER, at 5 (2011), https://www.callcentrehelper. com/images/callminer_webinar_white_paper_v2.pdf. |

| U.S. Patent No. 8,204,884 | Accused Instrumentalities |
| --- | --- |



"CallMiner Eureka is a SaaS-based, customer engagement and speech analytics platform that leverages AI and machine learning to capture, transcribe and reveal insight from 100% of your customer interactions."

*Eureka's Platform*, CALLMINER, https://callminer.com/products/platform/.

15

| U.S. Patent No. 8,204,884 | Accused Instrumentalities |
|---|---|
| | 

*Eureka API*, CALLMINER, https://callminer.com/products/api/.

"When a business adds speech analytics to the mix, data from every department is collected and transcribed into one database. . . . Contact center managers can search and analyze customer conversations in the database to uncover trends across customers and departments."

"Artificial intelligence is an additional layer of speech analytics software. AI takes analytics from merely a way to extract data and create a database for contact center managers to search and analyze to automatically reviewing the collected information and offering solutions."

*7 Ways of Using Speech Analytics to Shape Your AI Strategy*, CALLMINER, https://callminer.com/blog/7-ways-of-using-speech-analytics-to-shape-your-ai-strategy/. |

| U.S. Patent No. 8,204,884 | Accused Instrumentalities |
|---|---|
| selectively analyzing the at least one of the at least two interaction information units suitable for further analysis by applying content analysis rules on said content data items, including non-text based analysis rules by a rule based content analysis engine; | 

*CallMiner Analyze*, CALLMINER, https://callminer.com/products/analyze/.

The Accused Instrumentalities selectively analyze the at least one of the at least two interaction information units suitable for further analysis by applying content analysis rules on said content data items, including non-text based analysis rules by a rule based content analysis engine. *See, e.g.,*

"Real-time monitoring technology scans the live stream of audio transcriptions generated by the Eureka real-time speech mining engine to rapidly identify key events such as keywords, phrases or acoustic measures which you have defined as important. AI-driven algorithms automatically trigger notifications that alert your agents to the next-best-action and inform your supervisors about when and how they need to intervene on a call to optimize customer."

*Eureka Alert*, CALLMINER, https://callminer.com/products/alert/. |

| U.S. Patent No. 8,204,884 | Accused Instrumentalities |
| --- | --- |
| |  |
| | *Eureka Analyze*, CALLMINER, https://callminer.com/products/analyze/. |
| | "Automated call categorization is a fundamental component of voice of customer engagement analytics (speech & text). Categorization is the automatic tagging of contacts that contain certain language patterns, keywords, phrases, or other characteristics. Any given customer contact is likely to be tagged as belonging to several categories. Categories allow you to find, count, and trend contacts that contain these characteristics. . . . |
| | At CallMiner, we have identified a common taxonomy of category groups used in tagging calls and text communications. The common types of categories include: Behaviors – how are agents or customer behaving? For example, are they expressing dissatisfaction, and is there an empathetic response to that dissatisfaction. . . . |

| U.S. Patent No. 8,204,884 | Accused Instrumentalities |
|---|---|
| | CallMiner Eureka's call category groups and definitions can be configured and organized to suit your specific business needs. CallMiner Eureka ships out of the box with Instant Insights – 13 behavioral categories including dissatisfaction, empathy, repeat contact language, transfer language, politeness, just to name a few – intended to provide instant insight into your customer conversations on day one of implementation. With over 10 years of experience in speech analytics CallMiner has developed libraries for language patterns for different contact center functions and different industries. |
| | CallMiner Eureka provides you with all the tools necessary to edit existing call categories or create new categories, easily adapting to your changing needs and expanding focus. Creating a category is as easy and familiar as creating a web search – spend less time learning the tool, more time analyzing your conversations." |
| | *Automated Categorization*, CALLMINER, https://callminer.com/advantages/automated-categorization/. |

| U.S. Patent No. 8,204,884 | Accused Instrumentalities |
|---|---|
|  |  |

*Solution Packs Datasheet*, CALLMINER, https://learn.callminer.com/data-sheet/solution-packs.

"CallMiner Eureka's Score Builder allows quality departments to interactively create, modify and target scores to any set of contacts and for any set of competencies based on language spoken/written, acoustics such as silence or hold time, or quality metrics such as compliance, emotion, empathy, politeness, customer satisfaction and agent ownership."

*Fully Automated Quality Solution*, CALLMINER (OCT. 12, 2011), https://callminer.com/company/news/callminer-launches-eureka-8-with-a-fully-automated-quality-solution/.

"[Eureka's] Sentiment Analysis combines both the acoustic characteristics of a speaker's voice and the context of the conversation into a single score. This call score can be used to measure relative sentiment or emotion across various cross sections of calls, agent groups, and time frames.

| U.S. Patent No. 8,204,884 | Accused Instrumentalities |
|---|---|
| | During Sentiment Analysis CallMiner measures: |
| | - The amount of physical stress in the voice |
| | - The changes in stress |
| | - The rate of speech |
| | CallMiner Eureka seamlessly meshes these acoustic measures with the overall context of the conversation to determine true meaning behind the spoken words – for example, when 'amazon' means the rainforest and when it means the retailer." |
| | *Sentiment Analysis*, CALLMINER, https://callminer.com/advantages/sentiment-analysis/. |
| | "CallMiner uses specific language models that are tuned according to different dialects and accents. . . . [It's] advanced analytics systems offer sophisticated categorization capabilities which can identify more complex language patterns and are significantly more powerful than simple word or phrase spotting." |
| | *The Inner Circle Guide to Customer Contact Analytics*, CALLMINER, at 41, https://callminer.com/wp-content/whitepapers/ICGCCA-CallMiner-US.pdf |
| | "Advancements in speech recognition technology not only deliver faster speeds, these new recognition engines are more accurate than ever before, and handle dialects and accents with greater precision. CallMiner Interaction Analytics uses a new recognition engine that delivers up to 80-90% word accuracy and supports over 20 languages and dialects. It also eliminates out-of-vocabulary concerns with an expanded dictionary and accommodates additional words and phrases." |
| | *The Inner Circle Guide to Customer Interaction Analytics*, CALLMINER, at 19, http://callminer.com/wp-content/uploads/The-Inner-Circle-Guide-to-Customer-Interaction-Analytics.pdf. |

| U.S. Patent No. 8,204,884 | Accused Instrumentalities |
|---|---|
| classifying the content data items from the at least two interaction information units into at least two user-defined categories, by matching at least one of the content data items against the at least two user-defined categories and associating the at least one of the content data items with a suitable category of the at least two user defined categories, the at least two user-defined categories defined in accordance with at least one word combined with a screen event or with a CRM entry that occurred substantially at the time the at least one word was used; | The Accused Instrumentalities classify the content data items from the at least two interaction information units into at least two user-defined categories, by matching at least one of the content data items against the at least two user-defined categories and associating the at least one of the content data items with a suitable category of the at least two user defined categories, the at least two user-defined categories defined in accordance with at least one word combined with a screen event or with a CRM entry that occurred substantially at the time the at least one word was used. *See, e.g.,*

"Automated call categorization is a fundamental component of voice of customer engagement analytics (speech & text). Categorization is the automatic tagging of contacts that contain certain language patterns, keywords, phrases, or other characteristics. Any given customer contact is likely to be tagged as belonging to several categories. Categories allow you to find, count, and trend contacts that contain these characteristics. . . .

At CallMiner, we have identified a common taxonomy of category groups used in tagging calls and text communications. The common types of categories include: Behaviors – how are agents or customer behaving? For example, are they expressing dissatisfaction, and is there an empathetic response to that dissatisfaction. . . .

CallMiner Eureka's call category groups and definitions can be configured and organized to suit your specific business needs. CallMiner Eureka ships out of the box with Instant Insights – 13 behavioral categories including dissatisfaction, empathy, repeat contact language, transfer language, politeness, just to name a few – intended to provide instant insight into your customer conversations on day one of implementation. With over 10 years of experience in speech analytics CallMiner has developed libraries for language patterns for different contact center functions and different industries.

CallMiner Eureka provides you with all the tools necessary to edit existing call categories or create new categories, easily adapting to your changing needs and expanding focus. Creating a category is |

| U.S. Patent No. 8,204,884 | Accused Instrumentalities |
|---|---|
| | as easy and familiar as creating a web search – spend less time learning the tool, more time analyzing your conversations."

*Automated Categorization*, CALLMINER, https://callminer.com/advantages/automated-categorization/.

*Solution Packs Datasheet*, CALLMINER, https://learn.callminer.com/data-sheet/solution-packs.

"CallMiner Eureka's Score Builder allows quality departments to interactively create, modify and target scores to any set of contacts and for any set of competencies based on language |

| U.S. Patent No. 8,204,884 | Accused Instrumentalities |
|---|---|
| | spoken/written, acoustics such as silence or hold time, or quality metrics such as compliance, emotion, empathy, politeness, customer satisfaction and agent ownership." |
| | *Fully Automated Quality Solution*, CALLMINER (OCT. 12, 2011), https://callminer.com/company/news/callminer-launches-eureka-8-with-a-fully-automated-quality-solution/. |
| | "[Eureka's] Sentiment Analysis combines both the acoustic characteristics of a speaker's voice and the context of the conversation into a single score. This call score can be used to measure relative sentiment or emotion across various cross sections of calls, agent groups, and time frames. |
| | During Sentiment Analysis CallMiner measures: |
| | • The amount of physical stress in the voice |
| | • The changes in stress |
| | • The rate of speech |
| | CallMiner Eureka seamlessly meshes these acoustic measures with the overall context of the conversation to determine true meaning behind the spoken words – for example, when 'amazon' means the rainforest and when it means the retailer." |
| | *Sentiment Analysis*, CALLMINER, https://callminer.com/advantages/sentiment-analysis/. |
| | "CallMiner uses specific language models that are tuned according to different dialects and accents. . . . [It's] advanced analytics systems offer sophisticated categorization capabilities which can identify more complex language patterns and are significantly more powerful than simple word or phrase spotting." |
| | *The Inner Circle Guide to Customer Contact Analytics*, CALLMINER, at 41, https://callminer.com/wp-content/whitepapers/ICGCCA-CallMiner-US.pdf |

| U.S. Patent No. 8,204,884 | Accused Instrumentalities |
|---|---|
| | "Advancements in speech recognition technology not only deliver faster speeds, these new recognition engines are more accurate than ever before, and handle dialects and accents with greater precision. CallMiner Interaction Analytics uses a new recognition engine that delivers up to 80-90% word accuracy and supports over 20 languages and dialects. It also eliminates out-of-vocabulary concerns with an expanded dictionary and accommodates additional words and phrases."<br><br>*The Inner Circle Guide to Customer Interaction Analytics*, CALLMINER, at 19, http://callminer.com/wp-content/uploads/The-Inner-Circle-Guide-to-Customer-Interaction-Analytics.pdf.<br><br><br><br>*Eureka API*, CALLMINER, https://callminer.com/products/api/. |
| using the rules to look for pre-defined combinations of specific keywords, emotion levels or talk behavior; and | The Accused Instrumentalities use the rules to look for pre-defined combinations of specific keywords, emotion levels or talk behavior. *See, e.g.,*<br><br>"Automated call categorization is a fundamental component of voice of customer engagement analytics (speech & text). Categorization is the automatic tagging of contacts that contain certain language patterns, keywords, phrases, or other characteristics. Any given customer contact is likely |

| U.S. Patent No. 8,204,884 | Accused Instrumentalities |
|---|---|
| | to be tagged as belonging to several categories. Categories allow you to find, count, and trend contacts that contain these characteristics. . . . |
| | At CallMiner, we have identified a common taxonomy of category groups used in tagging calls and text communications. The common types of categories include: Behaviors – how are agents or customer behaving? For example, are they expressing dissatisfaction, and is there an empathetic response to that dissatisfaction. . . . |
| | CallMiner Eureka's call category groups and definitions can be configured and organized to suit your specific business needs. CallMiner Eureka ships out of the box with Instant Insights – 13 behavioral categories including dissatisfaction, empathy, repeat contact language, transfer language, politeness, just to name a few – intended to provide instant insight into your customer conversations on day one of implementation. With over 10 years of experience in speech analytics CallMiner has developed libraries for language patterns for different contact center functions and different industries. |
| | CallMiner Eureka provides you with all the tools necessary to edit existing call categories or create new categories, easily adapting to your changing needs and expanding focus. Creating a category is as easy and familiar as creating a web search – spend less time learning the tool, more time analyzing your conversations." |
| | *Automated Categorization*, CALLMINER, https://callminer.com/advantages/automated-categorization/. |

| U.S. Patent No. 8,204,884 | Accused Instrumentalities |
|---|---|

**Customer Service**

**Categories**
- Agent Ownership
- Compliments
- Dissatisfaction
- Empathy
- Hold Language
- Politeness
- Transfer Language
- Escalation

**Scorecards**
- Agent Quality
- Percent Silence
- Handle Time
- Emotion

**Sales**

**Categories**
- Sales Ownership
- Assumptive Close
- Upsell / Cross Sell
- Touting Benefits
- Objection Handling
- Escalation

**Scorecards**
- Sales Effectiveness
- Percent Silence
- Handle Time

**Collections**

**Categories**
- Right Party Contact
- Mini-Miranda
- FDCPA Violations
- Legal Action Mentions
- Risk & Abusive
- Language
- Escalation

**Scorecards**
- Compliance Risk
- Hot Calls
- Handle Time

**Chat**

**Categories**
- Churn Language
- Compliments
- Dissatisfaction
- Empathy
- Escalation
- Ownership
- Repeat Contact
- Transfer Language

*Solution Packs Datasheet*, CALLMINER, https://learn.callminer.com/data-sheet/solution-packs.

"CallMiner Eureka's Score Builder allows quality departments to interactively create, modify and target scores to any set of contacts and for any set of competencies based on language spoken/written, acoustics such as silence or hold time, or quality metrics such as compliance, emotion, empathy, politeness, customer satisfaction and agent ownership."

*Fully Automated Quality Solution*, CALLMINER (OCT. 12, 2011), https://callminer.com/company/news/callminer-launches-eureka-8-with-a-fully-automated-quality-solution/.

"[Eureka's] Sentiment Analysis combines both the acoustic characteristics of a speaker's voice and the context of the conversation into a single score. This call score can be used to measure relative sentiment or emotion across various cross sections of calls, agent groups, and time frames.

27

| U.S. Patent No. 8,204,884 | Accused Instrumentalities |
|---|---|
| | During Sentiment Analysis CallMiner measures:<br><br>• The amount of physical stress in the voice<br>• The changes in stress<br>• The rate of speech<br><br>CallMiner Eureka seamlessly meshes these acoustic measures with the overall context of the conversation to determine true meaning behind the spoken words – for example, when 'amazon' means the rainforest and when it means the retailer."<br><br>*Sentiment Analysis*, CALLMINER, https://callminer.com/advantages/sentiment-analysis/.<br><br>"CallMiner uses specific language models that are tuned according to different dialects and accents. . . . [It's] advanced analytics systems offer sophisticated categorization capabilities which can identify more complex language patterns and are significantly more powerful than simple word or phrase spotting."<br><br>*The Inner Circle Guide to Customer Contact Analytics*, CALLMINER, at 41, https://callminer.com/wp-content/whitepapers/ICGCCA-CallMiner-US.pdf<br><br>"Advancements in speech recognition technology not only deliver faster speeds, these new recognition engines are more accurate than ever before, and handle dialects and accents with greater precision. CallMiner Interaction Analytics uses a new recognition engine that delivers up to 80-90% word accuracy and supports over 20 languages and dialects. It also eliminates out-of-vocabulary concerns with an expanded dictionary and accommodates additional words and phrases."<br><br>*The Inner Circle Guide to Customer Interaction Analytics*, CALLMINER, at 19, http://callminer.com/wp-content/uploads/The-Inner-Circle-Guide-to-Customer-Interaction-Analytics.pdf. |

28

| U.S. Patent No. 8,204,884 | Accused Instrumentalities |
|---|---|
| notifying the agent by providing a coaching statement to a computing device used by the agent when a pre-defined combination is found. | The Accused Instrumentalities notify the agent by providing a coaching statement to a computing device used by the agent when a pre-defined combination is found. *See, e.g.,*<br><br>"Inline commenting provides drilldown details that help agents focus on specific performance improvements. The assigned follow-up actions displays management alerts by team, agent, and call. Agents like Ada receive notifications along with securely redacted audio and transcript detail from their supervisor. Rule-based dashboards notify Ada and her supervisor about focused interactions. To engage Ada, the individualized agent portal targets scores, behavior patterns, and trends to generate coaching sessions on the agent dashboard."<br><br><br><br>*Eureka Coach*, CALLMINER, https://callminer.com/products/coach/.<br><br>"Eureka Coach offers distinct feedback tools for agents and for their supervisors. The Agent's web-based portal offers a dashboard that displays personal evaluation metrics, their scores compared to team members, resources for notification from supervisors with targeted coaching guidance, and an inline player for listening to calls."<br><br>*Eureka Coach Datasheet*, CALLMINER, at 1, https://learn.callminer.com/data-sheet/my-eureka-data-sheet-sept-2015-2; *see also, e.g., id.* (representing that it is a "performance portal for personalized agent feedback and coaching" offering "[p]ersonalized, web-based portals for agents and supervisors."). |

| U.S. Patent No. 8,204,884 | Accused Instrumentalities |
| --- | --- |
| | **Alerting**<br><br>Real-time monitoring technology scans the live stream of audio transcriptions to rapidly identify events such as keywords, phrases or acoustic measures which you have defined as important. Algorithms can be configured to automatically trigger notifications that you can API-configure to alert your agents to the next-best-action and inform your supervisors about when and how they need to intervene on a call to optimize customer.<br><br>"Alert provides real-time customer interaction insight to enable immediate awareness and in-the-moment action while a call is in progress. Real-time redaction ensures secure data management."<br><br>*Eureka Alert*, CALLMINER, https://callminer.com/products/alert/.<br><br>**Real - Time Redaction**<br><br>Our real-time redaction technology identifies PCI data such as credit card numbers in audio streams as they are being transcribed. Sensitive cardholder data is securely redacted from text transcripts and source audio files, ensuring regulatory compliance and to mitigate legal risk.<br><br>Eureka Alert enables real-time alerting of critical language and acoustic events that are occurring in live calls such as compliance violations, customer dissatisfaction or upsell opportunities. A REST-based API ensures that these notifications are delivered via the interfaces that your staff are familiar with — such as internal business apps.<br><br>**Real - Time API** |

30

| U.S. Patent No. 8,204,884 | Accused Instrumentalities |
|---|---|
| | *Eureka Alert Datasheet*, CALLMINER, https://learn.callminer.com/data-sheet/eureka-real-time-data-sheet-2?_ga=2.3777848.986620863.1552155465-269926729.1551192567. |

"Augmenting or even replacing traditional QM processes with a single component of speech analytics—automated agent scorecards—can generate a rapid return on investment from QA cost and time savings alone. It can also motivate change, and perhaps more importantly, provide a meaningful way to reward superior performance."



"The same scorecards could also provide a total composite score for each agent, along with other metrics such as number of calls handled and average length of calls and then provide agents with their own customized dashboard view of how well they are performing against the metrics as compared to other team members. These metrics can encourage healthy competition and also fuel incentive and bonus programs."

| U.S. Patent No. 8,204,884 | Accused Instrumentalities |
|---|---|
| | 

"Advanced speech analytics solves this problem by combining the principles of pervasive business intelligence and automated quality monitoring into a single solution that delivers the right information to the right person at the right time. A performance portal provides contact center agents direct access to comprehensive and continuous feedback driven by the speech analytics platform. Agents receive the feedback they need exactly when they need it and are more confident that their performance is being measured in a holistic, objective manner. This encourages self-evaluation and improvement."

*Using Automated Scorecards to Improve Agent Performance*, CALLMINER, at 3-4, 6.

"Today, call centers have a better option through speech analytics software that includes an automated call scoring feature. Call centers that utilize automated call scoring define the metrics they want to track on every call such as script adherence, industry compliance wording, voice inflection, and long spans of silence. Once you input these metrics, the software automatically scores every |

32

| U.S. Patent No. 8,204,884 | Accused Instrumentalities |
|---|---|
| | interaction. These scores are accessible by call center agents so they can see first-hand how their performance measures compared to your standards." |
| | "Agents also have the information they need to identify lost opportunities during their conversations. Did they fail to offer the right solution to the customer's needs? How can they adjust their conversations moving forward? Or do they need more guidance on how to handle certain types of customer conversations? If they do, they can proactively look or ask for the information they need to increase performance scores." |
| | "Automated scoring lets managers customize and allows agents seek out training that best suits their needs, so they get the information they need to serve customers better. Also, by looking at language patterns and call strategies of those that excel at achieving desired outcomes, you can craft training based on these successes." |
| | "Automated call scoring clearly defines expectations for agents and empowers them to make changes to their call handling and improve performance. Agents that have access to this feedback are less likely to feel lost in the role or surprised by difficult conversations with management. Your call center will experience a well-rounded boost to efficiency as a result." |
| | *Deliver Performance Scores Directly to Your Agents*, CALLMINER, https://callminer.com/blog/deliver-performance-scores-directly-to-your-agents/. |
| | "Key features of Coach:<br>• Immediate feedback – Based on automated AI-driven scoring across 100% of all agent interactions. . . .<br>• Actionable assignments – Supervisor assignments with call detail and coaching notes<br>• Personalized evidence – PCI-redacted call playback with ability to tag specific sections with coaching notes<br>• Sustainable performance management – Ongoing feedback and discussion between supervisors and agents" |

| U.S. Patent No. 8,204,884 | Accused Instrumentalities |
|---|---|
| | *CallMiner Announces Eureka Coach to Provide Contact Center Optimization*, CALLMINER, https://callminer.com/company/news/callminer-announces-eureka-coach-to-provide-contact-center-optimization/. |