IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NICE LTD., NICE SYSTEMS INC., and MATTERSIGHT CORP., | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 18-2024-RGA-SRF |
| v. | ) ) | |
| CALLMINER, INC., | ) ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 30th day of April, 2021, **PLAINTIFFS' OPENING CLAIM CONSTRUCTION BRIEF** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| Brian A. Biggs, Esquire<br>DLA Piper LLP (US)<br>1201 North Market Street, Suite 2100<br>Wilmington, DE  19801-1147 | VIA ELECTRONIC MAIL |
| Michael G. Strapp, Esquire<br>DLA Piper LLP (US)<br>33 Arch Street, 26th Floor<br>Boston, MA  02110-1447 | VIA ELECTRONIC MAIL |
| Tiffany Miller, Esquire<br>DLA Piper LLP (US)<br>401 B Street, Suite 1700<br>San Diego, CA  92101-4297 | VIA ELECTRONIC MAIL |

Of Counsel:

Gerson S. Panitch
Forrest A. Jones
Kelly S. Horn
FINNEGAN HENDERSON FARABOW
  GARRETT & DUNNER, LLP
901 New York Ave., NW
Washington, DC 20001
(202) 408-4000

Jeffrey A. Berkowitz
Michael V. Young
Joseph M. Schaffner
Alexander M. Boyer
FINNEGAN HENDERSON FARABOW
  GARRETT & DUNNER, LLP
Two Freedom Square
1875 Explorer Street, Suite 800
Reston, VA 20190-6023
 (571)-203-2700

Shawn S. Chang
FINNEGAN HENDERSON FARABOW
  GARRETT & DUNNER, LLP
271 17th Street, NW, Suite 1400
Atlanta, GA 30363-6209
(404) 653-6400

Dated:  April 30, 2021

ASHBY & GEDDES

/s/ Andrew C. Mayo

_____
Steven J. Balick (#2114)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
sbalick@ashbygeddes.com
amayo@ashbygeddes.com

Attorneys for Plaintiffs